

# ESOP Feasibility Analysis & Deal Structure

DRAFT: **November 16, 2010**

**2nd Generation Capital, LLC**
Dana Holmes
dholmes@2ndgeneration.com
615.846.7650

**Katz, Sapper & Miller**
Andy Manchir
amanchir@ksmcpa.com
317.428.1134

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01607



PLAINTIFF'S
EXHIBIT
10
1-23-19 MB



# ESOP Characteristics

# And

# Tax Elements

KSM 01608

2



# ESOP Characteristics

Employee stock ownership plans (ESOPs) are set up by companies as a kind of employee benefit plan designed to invest primarily in employer stock. To establish an ESOP, a firm sets up a trust and makes tax-deductible contributions to it. All full-time employees with a year or more of service are normally included.

KSM 01609



## ESOP Characteristics *(continued)*



**The ESOP can be funded through tax-deductible corporate contributions to the ESOP. Discretionary annual cash contributions are deductible for up to 55% of the pay of plan participants and are used to buy shares from selling owners. Alternatively, the ESOP can borrow money to buy shares, with the company making tax-deductible contributions to the plan to enable it to repay the loan.**

4

KSM 01610



## ESOP Characteristics *(continued)*

- **Contributions to repay principal are deductible for up to 25% of the payroll of plan participants; interest is always deductible.**

- **Dividends can be paid to the ESOP to increase this amount over 25%.**

KSM 01611



## ESOP Characteristics *(continued)*

- **In an S Corp, to the extent the ESOP owns shares, that percentage of the company's profits are not taxed: 100% ESOPs pay no federal income tax, but the profit distribution to the participants is taxed, just as in any S-Corp.**

- **Employees do not pay taxes on the contributions until they receive a distribution from the plan when they leave the company; even then they can roll the amount over into an IRA.**

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01612



## ESOP Characteristics *(continued)*

Stock acquired by the ESOP is allocated to accounts for individual employees based on relative pay or some more equal formula. Accounts vest over time, usually following one of two formulas: in the first, vesting starts at two years and completes at six; in the second, participants become 100% vested after four years.

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01613



## ESOP Characteristics *(continued)*



When employees leave the company, they receive their vested ESOP shares, which the company or the ESOP buys back at an appraised fair market value.  For this reason, the ESOIP must have an independent valuation annually. ESOP participants must be allowed to vote their allocated shares at least on major issues, such as closing or selling the company, but are not required to be able to vote on other issues, such as choosing the board.

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01614



## ESOP Characteristics *(continued)*

- Altogether, there are about 11,500 ESOPs covering 11 million employees, almost all in closely held companies. The other forms of ownership generally occur in public companies, and another estimated 15 million employees participate in one or more of these plans (see data from the National Center for Employee Ownership).

- Sellers to an ESOP in a closely held company can defer taxation on the proceeds by reinvesting in other securities.

9

KSM 01615

# Tax Elements





US individuals and corporations pay income tax on the net total of all their capital gains just as they do on other sorts of income, but the tax rate for individuals is lower on "long-term capital gains," which are gains on assets that had been held for over one year before being sold.

KSM 01616

Case 3:17-cv-01187   Document 104-4   Filed 05/23/19   Page 10 of 29 PageID #: 5818



# Tax Elements *(continued)*

The tax rate on long-term gains was reduced in 2003 to 15%, or to 5% for individuals in the lowest two income tax brackets . Short-term capital gains are taxed at a higher rate: the ordinary income tax rate. The reduced 15% tax rate on eligible dividends and capital gains, previously scheduled to expire in 2008, has been extended through 2010 as a result of the Bush Tax Cuts legislation signed into law in 2006. In 2011 these reduced tax rates will "sunset", or revert to the rates in effect before 2003, which were generally 28% at a minimum.

11

KSM 01617



# Tax Elements *(continued)*

**The IRS allows for individuals to defer capital gains taxes with tax planning strategies such as the structured sale (ensured installment sale), charitable trust, installment sale, private annuity trust and/or 1031 exchanges (real estate).**

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01618



# Tax Elements *(continued)*



- **In the case of a Zander ESOP, the benefit of triggering the capital gains tax before sunset can be substantive. For example:**

  - ➢ **At a sale price of $ 16,500,000 for a 40% transfer (based on mid-point $46mm value)**

  - ➢ **Tax savings = $5,775,000 (35%) - $2,475,000 (15%) = $3,300,000**

13

KSM 01619



## Tax Elements *(continued)*

**The structure outlined is expected to:**

➢ **Ensure capital gains treatment for the proceeds to Zander**

➢ **Ensure that future earnings are taxed at the S-Corp rate for federal tax purposes at the new Holding company level**

➢ **Ensure that the General Partnership and Trust structure remains intact, so that state taxes are at this level (i.e., no franchise & excise taxation for Tennessee)**

14

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01620

# Summary of Structure



**To achieve shareholder objectives, deal reflects:**

- **Sale of minority interest to ESOP**
- **Seller Financing (no Bank debt)**
- **Normalizing of compensation levels**

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01621



# Valuation

# Range

KSM 01622

Part 4 - ESOP Formation
Doc 6(a)(2)



# Why a 'Range' of Value?

- **Importance of Independent ESOP <u>Fiduciary</u>**

- **External Trustee & Valuation/Legal Advisors, to negotiate on behalf of ESOP Plan participants**

- **"Range", at initial feasibility stage, to**
  - **A. ensure Seller's interest to proceed,**
  - **B. without binding the eventual Trustee before full due-diligence is completed**

KSM 01623



# Levels of Value



| | |
|---|---|
| **Strategic Control Value** | • **Synergies that can enhance deal price**<br>• **Vary by deal, by industry** |
| **Control Value** | • **Influences Strategic Direction**<br>• **Can sell the business**<br>• **Profits taken distribution vs. salary** |
| **Minority Marketable Value** | • **Shareholder can liquidate interest**<br>• **Does not control distributions, strategy**<br>• **"As If Publicly Traded" value** |
| **Minority Non-Marketable Value** | • **No secondary market for these interests**<br>• **Restrictions on transfer & sale common** |

Zander ESOP would own a Minority position

→

*BUT,* owing stock inside ESOP is more favorable than minority stock in other closely-held Companies

18

KSM 01624

# Levels of Value



| | | |
|---|---|---|
| **Strategic Control Value** | | |
| **Control Value** | 4.5x – 5.0x Cash Flow | $65 Million |
| **Minority Marketable Value** | 4.0x Cash Flow [DCF]<br>1.5x Revenues [GPC]<br>0.8x Revenues [M&A] | $52 Million<br>$39 Million<br>$20 Million |
| **Minority Non-Marketable Value** | Discount for ESOP Purpose<br>Discount for non-ESOP | 10%<br>30% - 35% |

KSM 01625



# Deal

# Structure

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01626

# 1. Holding Company Formed by ESOP



Agent on behalf of the ESOP forms

<u>Zander Group Holdings, Inc.</u> [S-Corp]

*[Tennessee Corporation]*

*No restriction on which party can form Corp.*

KSM 01627

# 2. Holding Company acquires Sub's





**Zander Group Holdings, Inc.**

*Holdings becomes a General Partner*

*Q-Sub, disregarded for tax purposes*

JJZIA General Partnership

JJZ, Inc.

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01628



# 3. ESOP Formed, Acquires Stock

## Sponsor Company Zander Group Holdings, Inc. forms Employee Stock Ownership Plan (ESOP)

**Point Estimate:**

$ 40.7 MM

x  40% Interest

= $14.7 MM deal

*(including 10% marketability discount)*



KSM 01629

23

Case 3:17-cv-01187    Document 104-4    Filed 05/23/19    Page 23 of 29 PageID #: 5831



# Other Information

KSM 01630

# Budget for Transaction



- Legal – forming ESOP & documenting transaction -- $ 50,000 - $75,000
- Transaction Trustee fee – approx. $ 10,000
- Accounting quarterback & tax opinion & internal valuation modeling - $ 45,000
- Independent valuation - $ 35,000
- ESOP's Attorney - $ 15,000
- Other (Plan Administration) - $ 15,000

**Total cost for transaction - $ 175,000 - $195,000**

KSM 01631

# Future Costs



- **Annual valuation update for the ESOP trust = $ 15,000 - $20,000**
- **Trustee review = $ 2,500 - $ 5,000**
- **Legal notices, etc. = $ 2,500 - $ 5,000**
- **Plan Administration = $5,000 - $7,000**

**Annual cost = $ 25,000 to $ 35,000**

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01632

Case 3:17-cv-01187    Document 104-4    Filed 05/23/19    Page 26 of 29 PageID #: 5834



# Financing Costs

- **$ 16,500,000 purchase price**
- **7.5% annual interest assumption**
- **5 Year Term**

- **$3,793,691 annual debt service (P&I)**
  - ➤ **$ 3,300,000 principal ( $16,500,000)**
  - ➤ **$    493,691 interest   ( $  2,468,455)**

- ***Note:  debt service of approximately $750,000 annually can be expensed pre-tax by the ESOP = tax savings of over $250,000 annually (based on assumed $3mm in annual payroll)***

Part 4 - ESOP Formation
Doc 6(a)(2)

KSM 01633

# Financial Incentive



$ 3,300,000 tax savings

$ 2,022,995 excess return from debt service
(assumes 1.35% 5 year Treasury yield vs.
7.5% loan yield  or $ 2,468,455 - $ 445,460)

less transaction costs = $ 215,000 (inc. feasibility
study)
less annual costs for 5 years = $ 150,000

Net incentive = $ 4,957,995 (> 25% of deal value)

KSM 01634

Case 3:17-cv-01187     Document 104-4     Filed 05/23/19     Page 28 of 29 PageID #: 5836



# Non-Financial Incentives

- **Partial Change of Control – with internal audience (acceptable to Ramsey "partners")**

- **Self-funded – no external debt**

- **Sets transaction value for minority position – thus sets base price for future sales to outside parties or later tranches to the ESOP**

- **Incentive for existing employees and managers – share rewards with loyal folks**

KSM 01635