KSM 01655
Thompson 003410

DRAFT 11-November-2010



# ESOP Feasibility Analysis & Deal Structure

DRAFT: <u>November 11, 2010</u>

All information ©2010, KSM Business Services, Inc.

Our People : Your Success

**KATZ, SAPPER & MILLER**

Certified Public Accountants

PLAINTIFF'S EXHIBIT 11 1.23.19 m

Case 3:17-cv-01187   Document 104-8   Filed 05/23/19   Page 1 of 10 PageID #: 5872

# Summary

To achieve shareholder objectives, deal reflects:

- Sale of minority interest to ESOP
- Seller Financing (no Bank debt)
- Normalizing of compensation levels

KATZ, SAPPER & MILLER
Certified Public Accountants

KSM 01656
Thompson 003411

KSM 01657
Thompson 003412

# Valuation Range

DRAFT 11-November-2010

KATZ, SAPPER & MILLER
Certified Public Accountants

3

DRAFT 11-November-2010

# Why a 'Range' of Value?

- Importance of Independent ESOP <u>Fiduciary</u>
- External Trustee & Valuation/Legal Advisors, to negotiate on behalf of ESOP Plan participants
- "Range", at initial feasibility stage, to
  A. ensure Seller's interest to proceed,
  B. without binding the eventual Trustee before full due-diligence is completed

Katz, Sapper & Miller
Certified Public Accountants

KSM 01658
Thompson 003413

4

# Levels of Value

| Strategic Control Value | • Synergies that can enhance deal price<br>• Vary by deal, by industry |
|---|---|
| Control Value | • Influences Strategic Direction<br>• Can sell the business<br>• Profits taken distribution vs. salary |
| Minority Marketable Value | • Shareholder can liquidate interest<br>• Does not control distributions, strategy<br>• "As if Publicly Traded" value |
| Minority Non-Marketable Value | • No secondary market for these interests<br>• Restrictions on transfer & sale common |

Zander ESOP would own a Minority position

BUT, owning stock inside ESOP is more favorable than minority stock in other closely-held Companies

KATZ, SAPPER & MILLER
Certified Public Accountants

KSM 01659
Thompson 003414

Case 3:17-cv-01187  Document 104-8  Filed 05/23/19  Page 5 of 10 PageID #: 5876

5

KSM 01660
Thompson 003415

# Levels of Value

| | | |
|---|---|---|
| Strategic Control Value ↔ | | |
| | Control Value | 4.5x – 5.0x Cash Flow    $65 Million |
| ↔ Minority Marketable Value | | 4.0x Cash Flow [DCF]    $52 Million<br>1.5x Revenues [GPC]      $39 Million<br>0.8x Revenues [M&A]      $20 Million |
| ↔ Minority Non-Marketable Value | | Discount for ESOP Purpose    10%<br>Discount for non-ESOP         30% - 35% |

KATZ, SAPPER & MILLER
Certified Public Accountants

Case 3:17-cv-01187   Document 104-8   Filed 05/23/19   Page 6 of 10 PageID #: 5877



# 1. Holding Company Formed by ESOP

Agent on behalf of the ESOP forms

**Zander Group Holdings, Inc. [S-Corp]**

*[Tennessee Corporation]*

*No restriction on which party can form Corp.*

KATZ, SAPPER & MILLER
Certified Public Accountants

KSM 01662
Thompson 003417

8

## 2. Holding Company acquires Sub's

```
         ┌─────────────────────┐
         │  Zander Group       │
         │  Holdings, Inc.     │
         └─────────┬───────────┘
                  / \
                 /   \
     ┌──────────┐     ┌──────────┐
     │  JJZIA   │     │ JJZ, Inc.│
     │ General  │     │          │
     │Partnership│    │          │
     └──────────┘     └──────────┘
```

Holdings becomes a General Partner

Q-Sub, disregarded for tax purposes

KATZ, SAPPER & MILLER
Certified Public Accountants

KSM 01663
Thompson 003418

KSM 01664
Thompson 003419

# 3. ESOP Formed, Acquires Stock

## Sponsor Company Zander Group Holdings, Inc. forms Employee Stock Ownership Plan (ESOP)

*Point Estimate:*

$40.7 MM
× 40% Interest
= $14.7 MM deal

*(including 10% marketability discount)*

Shareholders ←"Outside" Loan→ ESOP Trust

Promissory Note

Stock

Promissory Note ← Zander Group Holdings, Inc.

$14.7 MM Note "Inside" Loan

KATZ, SAPPER & MILLER
Certified Public Accountants

Case 3:17-cv-01187   Document 104-8   Filed 05/23/19   Page 10 of 10 PageID #: 5881