May 5, 2011

Steve Thompson, Trustee
Zander Insurance Group ESOP
c/o Huth Thompson
415 Columbia Street, Suite 2000
Lafayette, IN 47902

RE: Zander Insurance Group Equity Interest – ESOP Valuation

Dear Mr. Thompson:

This report is in response to your request for our firm to provide the Company and the Trustee with a Conclusion of Value opinion of the total equity value of Zander Insurance Group and its operating/consolidated affiliates (the "Company" or "Zander", as defined) as of May 1, 2011 (the "Valuation Date").

The Conclusion of Value for the Trustee is made as-of the Valuation Date, which is the proposed Closing Date for the pending ESOP transaction, and will be based on a going concern of value and the following definition of Fair Market Value:

> "The price at which a property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts". Court decisions frequently state in addition that the hypothetical buyer and seller are assumed to be able, as well as being willing, to trade and be well informed about the property and concerning the market for such property."[1]

Our valuation engagement procedures have been performed and our report prepared in accordance with the National Association of Certified Valuation Analysts Professional Standards. The final report has also take into account the requirements set forth in the Statement of Standards for Valuation Services No. 1 issued by the AICPA Consulting Services Executive Committee – *Valuation of a Business Ownership Interest, Security, or Intangible Asset ("SSVS No. 1")*, and the proposed regulations related to ESOP transactions promulgated by the U.S. Department of Labor (ERISA § 3 (18). The form of our report is a "Summary Report" as described in SSVS No. 1.

This valuation analysis has taken into consideration those factors usually considered in valuing closely-held businesses including all of the factors described in Revenue Ruling 59-60, 1959-1 C.B. 237, including:

  a. Nature and history of the business,

---

[1] Revenue Ruling 59-60: 1959-1, Cumulative Bulletin 237. Also, Section 20.2031-1(b) of the Estate Tax Regulations (Section 81.10 of the Estate Tax Regulations 105).

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 1 of 137 PageID #: 5885

Thompson 000131

b. Economic outlook and conditions of the business,
c. Book value and financial condition of the business,
d. Earning capacity of the Company,
e. Dividend – paying capacity,
f. The existence of goodwill and other intangibles, and
g. Prior sales and size of the block to be valued and the Market price of similar interests actively traded in the open markets.

It is our understanding that the owners and management team of Zander Insurance Group (the "Company") are implementing a plan to transfer a substantial interest in the firm to an Employee Stock Ownership Plan (the "Transaction"). An ESOP Exploratory Committee (the "Committee") has been created by the Zander Insurance Group Board of Directors to engage counsel and trustee/fiduciary advisors on behalf of the Committee. The Committee has directed that a valuation be performed for the benefit of the Committee and the Plan Trustee, to be used for decision-making, respecting the merits of an ESOP Transaction, its structure, and financing considerations. Under this engagement, an independent opinion as to the Adequate Consideration nature of the pricing implicit in the Transaction shall be provided solely for the benefit of the Plan Trustee.

This report has been prepared for the specific purpose of assisting the Committee and the Trustee in their own evaluation of strategic options. Among these options is the potential leveraged sale of the owner group's equity to an Employee Stock Ownership Plan. This value report is specifically restricted to internal use only; and, accordingly, may not be distributed to outside parties for any other purposes, other than for use by the Company and its professional advisors for purposes of evaluating, along with other information and considerations that the Company and its advisers deemed relevant, strategic options. This report has also been prepared for the specific purpose of providing the ESOP Trustee with a basis for an annual valuation for ESOP administration and reporting purposes. It may thus also be distributed to outside parties for use by the Company and its professional advisors for ESOP administration and reporting purposes.

**Conclusion**

Based on our valuation procedures for the specific purpose of a Valuation Report for the ESOP Trustee, and specifically restricted to internal use only, our conclusion of fair market value of

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 2 of 137 PageID #: 5886

Thompson 000132

100% of the outstanding equity interest of Zander Insurance Group and its consolidated operating affiliates as of May 1, 2011 is:

$$\$75,000,000$$

This value assumes that all of the equity interest is voting and that the interest valued is non-controlling, since the pending 2011 ESOP transaction potentially involves the acquisition of up to 49% of the former owner's equity interest. This report is based on historical and prospective financial, economic, and other information provided to us by management and other third parties. We have relied on all such data as being true, correct accurate and complete. We have made no independent investigation, performed no verification procedures, nor have we audited the data. Therefore, we express no opinion or other form of assurance regarding this data.

Events subsequent to the date of this report could affect the valuation of the business, and actual values may vary from the value estimated above and such variations could be material. We take no responsibility to update this report for events and circumstances occurring subsequent to the date of this report.

The following sections of this valuation report contain further explanations of our valuation theory, methodology and conclusions. Inclusions and appendices include the statement of appraisal assumptions, limiting conditions and scope limitations, and the appraisal certification. All of those are integral parts of this value estimate report and must be read in conjunction with this valuation opinion letter to provide the user with an understanding of the work completed, the limitations imposed and the estimate of value.

We appreciate this opportunity to be of service.

Sincerely,

2ND GENERATION CAPITAL, LLC

Dana Holmes, CVA, CFFA
Principal and Member, Preparer

Michael Collins, CPA, ABV, CFF
CEO and Managing, Reviewer

Note: A courtesy copy of this final report is being provided to the Company and its counsel.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 3 of 137 PageID #: 5887

Thompson 000133

# Table of Contents

1.   Description of Assignment..................................................................... 6

2.   Date of Value...................................................................................... 7

3.   Subject of Valuation Engagement............................................................ 8

4.   Standard of Value................................................................................ 9

5.   Scope of the Engagement.....................................................................10

6.   Principal Sources of Information........................................................... 11

7.   Assumptions and Limiting Conditions.................................................... 12

8.   Opinion of Value – Value Estimate Summary and Conclusion...................... 12

9.   Methodology...................................................................................... 13

10.  Company Summary.............................................................................. 14

11.  Economic Conditions and Industry Overview........................................... 27

12.  Competition....................................................................................... 31

13.  Financial Performance of the Company................................................... 32

14.  Valuation of the Subject......................................................................35

15.  Valuation Methods Considered and Rejected............................................ 41

16.  Valuation Methods Considered and Utilized for this Assignment.......................43

17.  Market Approach.................................................................................62

18.  Other Methods for Valuing the Transaction ..............................................63

19.  Selection of the Most Suitable Method.....................................................70

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 4 of 137 PageID #: 5888

Thompson 000134

## Exhibits

I.    Management Representations

II.    Valuer and Reviewer Qualifications

III.    Financial Statements

IV.    Proposed ESOP Transaction Summary

V.    Ibbotson Exhibits

VI.    Market Comparables Exhibits

VII.    Peer Comparison Information

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 5 of 137 PageID #: 5889

Thompson 000135

<div style="border:2px solid black; text-align:center">

## Confidential Business Valuation

## Zander Insurance Group and Consolidated Affiliates

## 100% of the Membership Interest

## Fair Market Value Standard

</div>

**Prepared for:** Zander Insurance Group; Steve Thompson, ESOP Trustee, Trusted Advisors LLC
**Prepared by:** Dana Holmes, 2nd Generation Capital, LLC
**Completion Date:** 5/5/2011
**Valuation Date:** 5/1/2011

## 1. Description of Assignment:

It is our understanding that the owners and management team of Zander Insurance Group ("Company" or "subject Company" or "Zander") are implementing a plan to transfer controlling interest of the firm to an Employee Stock Ownership Plan (the "Transaction"). An ESOP Exploratory Committee ("Committee") has been created by the Zander Insurance Group Board of Directors to engage counsel and trustee/fiduciary advisors on behalf of the Committee. The Committee has directed that a valuation be performed for the benefit of the Committee and the Plan Trustee, to be used for decision-making, respecting the merits of and ESOP Transaction, its structure, and financing considerations. Under this engagement, an independent opinion as to the Adequate Consideration nature of the pricing implicit in the Transaction shall be provided solely for the benefit of the Plan Trustee.

This report has been prepared for the specific purpose of assisting the Committee and the Trustee in their own evaluation of strategic options. Among these options is the potential leveraged sale of the owner group's equity to an Employee Stock Ownership Plan. This Valuation Report is specifically restricted to internal use only; and, accordingly, may not be distributed to outside parties for any other purposes, other than for use by the Company and its professional advisors for purposes of evaluating, along with other information and considerations that the Company and its advisers deemed relevant, strategic options. This report has also been prepared for the specific purpose of providing the ESOP Trustee with a basis for an annual valuation for ESOP administration and reporting purposes. It may thus also be distributed to outside parties for use by the Company and its professional advisors for ESOP administration and reporting purposes.

A graphical representation of the proposed transaction is included herewith in Exhibit IV.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 6 of 137 PageID #: 5890

Thompson 000136

May 5, 2011

Steve Thompson, Trustee
Zander Insurance Group ESOP
c/o Huth Thompson
415 Columbia Street, Suite 2000
Lafayette, IN 47902

RE: Zander Insurance Group Equity Interest – ESOP Valuation

Dear Mr. Thompson:

This report is in response to your request for our firm to provide the Company and the Trustee with a Conclusion of Value opinion of the total equity value of Zander Insurance Group and its operating/consolidated affiliates (the "Company" or "Zander", as defined) as of May 1, 2011 (the "Valuation Date").

The Conclusion of Value for the Trustee is made as-of the Valuation Date, which is the proposed Closing Date for the pending ESOP transaction, and will be based on a going concern of value and the following definition of Fair Market Value:

> "The price at which a property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts". Court decisions frequently state in addition that the hypothetical buyer and seller are assumed to be able, as well as being willing, to trade and be well informed about the property and concerning the market for such property."[1]

Our valuation engagement procedures have been performed and our report prepared in accordance with the National Association of Certified Valuation Analysts Professional Standards. The final report has also take into account the requirements set forth in the Statement of Standards for Valuation Services No. 1 issued by the AICPA Consulting Services Executive Committee – *Valuation of a Business Ownership Interest, Security, or Intangible Asset ("SSVS No. 1")*, and the proposed regulations related to ESOP transactions promulgated by the U.S. Department of Labor (ERISA § 3 (18). The form of our report is a "Summary Report" as described in SSVS No. 1.

This valuation analysis has taken into consideration those factors usually considered in valuing closely-held businesses including all of the factors described in Revenue Ruling 59-60, 1959-1 C.B. 237, including:

    a. Nature and history of the business,

---

[1] Revenue Ruling 59-60: 1959-1, Cumulative Bulletin 237. Also, Section 20.2031-1(b) of the Estate Tax Regulations (Section 81.10 of the Estate Tax Regulations 105).

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 7 of 137 PageID #: 5891

Thompson 000131

b. Economic outlook and conditions of the business,
c. Book value and financial condition of the business,
d. Earning capacity of the Company,
e. Dividend – paying capacity,
f. The existence of goodwill and other intangibles, and
g. Prior sales and size of the block to be valued and the Market price of similar interests actively traded in the open markets.

It is our understanding that the owners and management team of Zander Insurance Group (the "Company") are implementing a plan to transfer a substantial interest in the firm to an Employee Stock Ownership Plan (the "Transaction"). An ESOP Exploratory Committee (the "Committee") has been created by the Zander Insurance Group Board of Directors to engage counsel and trustee/fiduciary advisors on behalf of the Committee. The Committee has directed that a valuation be performed for the benefit of the Committee and the Plan Trustee, to be used for decision-making, respecting the merits of an ESOP Transaction, its structure, and financing considerations. Under this engagement, an independent opinion as to the Adequate Consideration nature of the pricing implicit in the Transaction shall be provided solely for the benefit of the Plan Trustee.

This report has been prepared for the specific purpose of assisting the Committee and the Trustee in their own evaluation of strategic options. Among these options is the potential leveraged sale of the owner group's equity to an Employee Stock Ownership Plan. This value report is specifically restricted to internal use only; and, accordingly, may not be distributed to outside parties for any other purposes, other than for use by the Company and its professional advisors for purposes of evaluating, along with other information and considerations that the Company and its advisers deemed relevant, strategic options. This report has also been prepared for the specific purpose of providing the ESOP Trustee with a basis for an annual valuation for ESOP administration and reporting purposes. It may thus also be distributed to outside parties for use by the Company and its professional advisors for ESOP administration and reporting purposes.

**Conclusion**

Based on our valuation procedures for the specific purpose of a Valuation Report for the ESOP Trustee, and specifically restricted to internal use only, our conclusion of fair market value of

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 8 of 137 PageID #: 5892

Thompson 000132

100% of the outstanding equity interest of Zander Insurance Group and its consolidated operating affiliates as of May 1, 2011 is:

## $75,000,000

This value assumes that all of the equity interest is voting and that the interest valued is non-controlling, since the pending 2011 ESOP transaction potentially involves the acquisition of up to 49% of the former owner's equity interest. This report is based on historical and prospective financial, economic, and other information provided to us by management and other third parties. We have relied on all such data as being true, correct accurate and complete. We have made no independent investigation, performed no verification procedures, nor have we audited the data. Therefore, we express no opinion or other form of assurance regarding this data.

Events subsequent to the date of this report could affect the valuation of the business, and actual values may vary from the value estimated above and such variations could be material. We take no responsibility to update this report for events and circumstances occurring subsequent to the date of this report.

The following sections of this valuation report contain further explanations of our valuation theory, methodology and conclusions. Inclusions and appendices include the statement of appraisal assumptions, limiting conditions and scope limitations, and the appraisal certification. All of those are integral parts of this value estimate report and must be read in conjunction with this valuation opinion letter to provide the user with an understanding of the work completed, the limitations imposed and the estimate of value.

We appreciate this opportunity to be of service.

Sincerely,

2ND GENERATION CAPITAL, LLC

Dana Holmes, CVA, CFFA
Principal and Member, Preparer

Michael Collins, CPA, ABV, CFF
CEO and Managing, Reviewer

Note: A courtesy copy of this final report is being provided to the Company and its counsel.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 9 of 137 PageID #: 5893

Thompson 000133

# Table of Contents

1.  Description of Assignment..................................................................... 6

2.  Date of Value......................................................................................... 7

3.  Subject of Valuation Engagement...................................................... 8

4.  Standard of Value................................................................................ 9

5.  Scope of the Engagement...................................................................10

6.  Principal Sources of Information...................................................... 11

7.  Assumptions and Limiting Conditions............................................ 12

8.  Opinion of Value – Value Estimate Summary and Conclusion........................... 12

9.  Methodology......................................................................................... 13

10. Company Summary............................................................................. 14

11. Economic Conditions and Industry Overview................................ 27

12. Competition......................................................................................... 31

13. Financial Performance of the Company.......................................... 32

14. Valuation of the Subject....................................................................35

15. Valuation Methods Considered and Rejected................................ 41

16. Valuation Methods Considered and Utilized for this Assignment........................43

17. Market Approach...............................................................................62

18. Other Methods for Valuing the Transaction .................................63

19. Selection of the Most Suitable Method...........................................70

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 10 of 137 PageID #: 5894

Thompson 000134

**Exhibits**

    I.    **Management Representations**

    II.    **Valuer and Reviewer Qualifications**

    III.    **Financial Statements**

    IV.    **Proposed ESOP Transaction Summary**

    V.    **Ibbotson Exhibits**

    VI.    **Market Comparables Exhibits**

    VII.    **Peer Comparison Information**

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 11 of 137 PageID #: 5895

Thompson 000135

<div style="border: 2px solid black; padding: 10px;">

# Confidential Business Valuation

## Zander Insurance Group and Consolidated Affiliates

## 100% of the Membership Interest

## Fair Market Value Standard

</div>

**Prepared for:** Zander Insurance Group; Steve Thompson, ESOP Trustee, Trusted Advisors LLC
**Prepared by:** Dana Holmes, 2nd Generation Capital, LLC
**Completion Date:** 5/5/2011
**Valuation Date:** 5/1/2011

## 1.      Description of Assignment:

It is our understanding that the owners and management team of Zander Insurance Group ("Company" or "subject Company" or "Zander") are implementing a plan to transfer controlling interest of the firm to an Employee Stock Ownership Plan (the "Transaction"). An ESOP Exploratory Committee ("Committee") has been created by the Zander Insurance Group Board of Directors to engage counsel and trustee/fiduciary advisors on behalf of the Committee. The Committee has directed that a valuation be performed for the benefit of the Committee and the Plan Trustee, to be used for decision-making, respecting the merits of and ESOP Transaction, its structure, and financing considerations. Under this engagement, an independent opinion as to the Adequate Consideration nature of the pricing implicit in the Transaction shall be provided solely for the benefit of the Plan Trustee.

This report has been prepared for the specific purpose of assisting the Committee and the Trustee in their own evaluation of strategic options. Among these options is the potential leveraged sale of the owner group's equity to an Employee Stock Ownership Plan. This Valuation Report is specifically restricted to internal use only; and, accordingly, may not be distributed to outside parties for any other purposes, other than for use by the Company and its professional advisors for purposes of evaluating, along with other information and considerations that the Company and its advisers deemed relevant, strategic options. This report has also been prepared for the specific purpose of providing the ESOP Trustee with a basis for an annual valuation for ESOP administration and reporting purposes. It may thus also be distributed to outside parties for use by the Company and its professional advisors for ESOP administration and reporting purposes.

A graphical representation of the proposed transaction is included herewith in Exhibit IV.

Case 3:17-cv-01187     Document 104-10     Filed 05/23/19     Page 12 of 137 PageID #: 5896

Thompson 000136

Several elements of the proposed transaction structure are notable, and of significant importance in a valuer's considerations:

- The transaction will be for nearly 50% of the outstanding equity – preliminary models have been performed at up to 49%   This is a significant tranche of employer stock, and is currently intended as "first stage" in a possible ultimate surrender of all stock to the ESOP.

- The proposed transaction will be self-funded by the selling shareholder – there will be no external bank debt.  This reduces the transaction expense and can be seen as a positive endorsement of the future returns expectations by the seller.

- The high level of annual cash flows generated by the subject Company make it likely that the ESOP transaction debt will be retired at a fast rate, and thus some of the funds used will be special distributions to the ESOP which will exceed the annual tax shield of 25% of payroll.  These distributions will thus ultimately be taxable to the ESOP plan participants when funds are withdrawn.

## 2.    Date of Value:

The Valuation Date is as of May 1, 2011.  Only information (known or knowable), provided to us by Company management or its other advisors for this transaction is to be considered in the determination of value.  However, subsequent events may be used in determining value to prove the reasonableness of the willing buyer's and seller's expectations at the valuation date.  If the willing buyer and seller cannot reasonably anticipate the future events, then they are not relevant.

### Purpose of Value

Zander has engaged us to provide a conclusion of value for use by the Plan Trustee in determining the adequate consideration nature of the pricing implicit in the pending ESOP Transaction.

*While it is understood that the sale of the Company is not necessarily contemplated at this point in time, the valuation analysis performed by 2nd Generation Capital, ("2ndG"), will provide an indication of the comparative fair market value which might be achieved in a sale of substantially all or a portion of the stock or all of the assets of the Company, as a going concern, at the present time and under the present known business conditions.  Valuations for this purpose tend to be limited by their nature, as the level of due diligence involved is minimal, the pricing must reflect a financial-type buyer with no known "synergy" premiums, and there is a presumption of immediate sale, rather than a longer term search for a varying buyer profile.*

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 13 of 137 PageID #: 5897

Thompson 000137

## 3.    Subject of Valuation Engagement:

Zander Insurance Group has retained 2nd Generation Capital, LLC ("2ndG"), to render a confidential business valuation for such use as described above. 2ndG's contact at the Company has been Mr. Jeff Zander as its Chief Executive Officer. 2ndG has also communicated with Mr. Andy Manchir of Katz, Sapper, Miller CPA's, as an adviser to the Company, with Mr. David Lewis of Wyatt Tarrant & Combs, as the Company's primary legal counsel, with Mr. Bryan Howard, the owner's estate planning attorney, Mr. Larry Sacks, CPA, the Company's tax advisor, and with Mr. Steve Thompson of Trusted Advisors, LLC, as Plan Trustee.

Entities included in the valuation are:

- JJZ, Inc. – the original agency and holder of certain insurance licenses
- JJZIA Partnership – the primary operating entity prior to the proposed transaction, and holder of key licenses
- Cardinal Trust – an owner of the JJZIA partnership
- Toxaway Trust – another owner of the JJZIA partnership
- DRP Trust – ultimate owner of the two JJZIA trusts

Considered in the analysis, but not valued:

- ZGH - Zander Group Holdings – a newly formed holding Company

In connection with such request, a fee for services has been charged by 2nd Generation Capital, based on hourly rates for work performed for researching and preparing a final estimate report. It was agreed that such fee should not exceed $35,000. It is recognized by the parties that such fee shall have been invoiced and paid prior to delivery and use of this document. Our fee is in no way related to or subject to the satisfaction of the Company with respect to the determination of any such valuation.

At the direction of Mr. Zander, as the CEO of the subject Company, it was agreed that all analysis and conclusions herein are based solely upon the financial statements and other information furnished to 2ndG by the management of the Company and/or its professional advisors, and it is recognized that 2ndG has not been required to make any efforts to seek independent verification of any such information in connection with this assignment.

2nd Generation Capital, LLC, located in Nashville, Tennessee is a merchant banking firm, and its officers, directors, agents and employees collectively have significant experience in corporate transactions involving divisions and/or companies of similar relative size to the Company in question. The evaluator has performed similar valuations over more than a decade in similarly sized companies. Other principals of 2ndG, including the reviewer of this report, are certified by either NACVA or the AICPA as valuation professionals. The NACVA standards have been used as the basis for the analysis and presentation of this calculated value estimate; also taken into account are the

Thompson 000138

requirements set forth in the *Statement of Standards for Valuation Services No. 1* issued by the AICPA Consulting Services Executive Committee – *Valuation of a Business Ownership Interest, Security, or Intangible Asset ("SSVS No. 1")*, and the proposed regulations related to ESOP transactions promulgated by the U.S. Department of Labor (ERISA § 3 (18).

Neither 2ndG, nor its officers, directors, agents, or employees (including the preparer of this report as an individual), have, to the knowledge of the principals of 2ndG, any financial interest in common with either Mr. Zander, the ESOP Trust, or the Company other than the afore-described business valuation assignment. 2ndG does not offer ESOP administrative services and has no pecuniary interest in the continued operation of the ESOP.

2ndG, in its valuation analysis, has considered relevant factors including, but not limited to, those which, in the opinion of the Internal Revenue Service (as set forth in its Revenue Ruling 59-60), should be considered in valuing the fair market value of the stock of a closely-held corporation or similar business entity. The use of such factors is based on the Service's opinion that, in situations where public market quotations of the corporation's common stock are not available, and where there have been no sales, or sales at irregular intervals, or sales not necessarily at true value, then all other financial data, including any other relevant factors affecting the fair market value should be considered. The Service also emphasizes that no general formulas should be relied upon as being applicable to all valuation situations involving the appraisal of closely-held stock.

2ndG further believes that the review of multiple scenarios and multi-variate valuation procedures adds considerable validity to the valuation process. The factors addressed herein are deemed by 2ndG to reflect due consideration of the guidelines set forth in Revenue Ruling 59-60, and although no representation is herewith implied that such factors are all-inclusive, it is 2ndG's opinion that such factors should be considered where relevant in the valuation of a closely-held corporation such as the subject of this assignment.

## 4.     Standard of Value:

"The price at which a property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts". Court decisions frequently state in addition that the hypothetical buyer and seller are assumed to be able, as well as being willing, to trade and be well informed about the property and concerning the market for such property."[2]

---

[2] Revenue Ruling 59-60: 1959-1, Cumulative Bulletin 237. Also, Section 20.2031-1(b) of the Estate Tax Regulations (Section 81.10 of the Estate Tax Regulations 105).

Case 3:17-cv-01187     Document 104-10     Filed 05/23/19     Page 15 of 137 PageID #: 5899

Thompson 000139

## 5. Scope of the Engagement

A business valuation is based on factual information. It is necessary for the business valuer to determine the proper amount of information necessary to competently perform the valuation engagement.

The specific valuation methods used in the determination of value were based upon the performance of investigative procedures that we considered necessary under the circumstances. These procedures included a visit to the Company's office and other relevant operating sites. Other procedures included a range of discussions with Company management regarding the history of the business, as well as detailed discussions of the Company's recent financial performance and operations of the Company; management's perceptions of market conditions and trends, the Company's expected future performance; and other factors we consider relevant.

However, in this instance, the Scope of the engagement for the subject Company requested more limited visits and discussions with owners and managers given the Internal and Limited Purpose of the Valuation for the Subject client's own use. As a result, 2ndG has performed no in-depth:

- assessment of management personnel
- review of inventory, accounts receivable, or physical assets other than by visual inspection during a facility visit
- review of documentation supporting financing transactions
- review of stock records
- review of accounting work paper
- customer and/or vendor interviews; or
- other more rigorous activities included by 2ndG in its investigation for certain types due diligence assignments.

**The direction of the Committee respecting certain procedures, timing of delivery, and matters of confidentiality have thus served to limit the scope of this report. The limited scope of this assignment should be recognized as a significant factor impacting the potential viability of 2ndG's findings and opinions in the report. Although the narrow scope of related due diligence may have no substantive impact on the values derived through the empirical analysis, the final report should be considered valid only in the context of the conditions under which it has been prepared. As presently configured, this evaluation analysis should be considered valid for the Trustee's and the Company's internal use only, and should, therefore, not be relied upon or reproduced for any other person, party, or entity without the prior written consent of 2ndG.**

Under the guidelines in the above paragraph, both internal and external factors influencing the value of the Company were reviewed, analyzed, and interpreted. Internal factors included the Company's financial position, results of operations, and the size and marketability of the interest being valued. External factors included – among other things

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 16 of 137 PageID #: 5900

Thompson 000140

— the status of the industry and the position of the Company relative to the industry. The business Valuer must obtain sufficient data about the Company's industry and economic environment, as well as Company specific data to make a determination of value.

2ndG, as the evaluator, has relied upon certain factual information, provided by the management of the subject Company, both in writing and through oral interviews with a Company officer, Jeff Zander, the accuracy of which shall be assumed by 2ndG without verification in connection with the determination of business value set forth herein. It has been stipulated to 2ndG by the Company that the facts provided by its management are true and correct as of the date hereof, that the Company has no reason to believe that such facts with be subject to substantive changes in the near future, and that in presenting such facts, the Company has not failed to disclose a substantive fact or factor which would make such statements and/or other information materially inaccurate or misleading. It must be recognized that the conclusions reached by 2ndG in this assumed to be wholly accurate and complete, and that any reliance on 2ndG's conclusions should be subject to independent verification of this information.

## 6. Principal Sources of Information

The principal sources of information used by 2ndG in valuing the Company include the following:

- Interviews with Messrs. Zander, Sacks, Howard, Lewis & Manchir and documentation they supplied respecting the Company's history, activities, financial condition, and future prospects. The questionnaire typically used by 2ndG as the basis for such oral interviews is available upon request.

- In addition, 2ndG reviewed Company financial reports with respect to its historical and current financial position and accounting conventions.

- 2ndG performed site visits in December 2010, March 2011 and April 2011 to the corporate headquarters to review the physical facilities, operating assets, and other characteristics of the Company.

- Research respecting other industry participants to establish relevant trends in similar transactions, comparative financial performance criteria, and perspectives on industry prospects and characteristics. Such research is primarily directed towards the development of "base-line" comparative data.

- Review of the financial and operating information supplied by management and/or its professional advisors (see appendices of this report) and determination of a potential range of values using quantitative analysis techniques, such as earnings stream analysis and market/price multiples. It should be noted that certain critical information relied upon by the evaluator has been provided by management solely in the form of verbal communications. 2ndG has not audited the financial statements of the subject Company, nor examined related notes or

Case 3:17-cv-01187     Document 104-10     Filed 05/23/19     Page 17 of 137 PageID #: 5901

Thompson 000141

work papers, and thus makes no representation as to their accuracy or completeness.

- Utilization of such qualitative factors as deemed pertinent by 2ndG to isolate any adjustments made to empirical data so as to render a reasonable, situation-specific analysis of value to the selling shareholders.

A business valuation is neither a legal nor a tax opinion. Its purpose is to estimate the fair market value within the meaning of the defined Standard of Value. 2ndG assumes no responsibility whatsoever or legal or tax matters relative to its findings. Values are stated without reference to legal or tax claims unless so noted. The Company's compliance with all applicable federal, state and local laws and regulations is assumed in reliance on management's representation. The valuation engagement and the resulting report should not be relied upon to disclose errors, irregularities, or illegal acts, including fraud or defalcations.

## 7. Assumptions and Limiting Conditions

The business valuation process requires certain assumptions and limiting conditions, many of which may have significant influence on the valuation conclusion:

2ndG does not purport to be a guarantor of value. Valuation of closely held companies is an imprecise science and reasonable people can differ in their opinions of value. 2ndG has, however, used conceptually sound and commonly accepted methods and procedures of valuation in determining the opinion of value included in this report.

Since 2ndG is not a law firm, any legal issues that have an impact upon value have been considered from a non-attorney's viewpoint. Readers of this report should seek proper legal advice if such matters are material in nature. As previously indicated, internal and external factors can strongly affect value.

Assumptions and limiting conditions are noted through this report and contained in paragraph 1.3, Scope of the Engagement, and in Appendix 1, Statement of Appraisal Assumptions.

## 8. Opinion of Value – Value Estimate Summary and Conclusion

Pursuant to 2ndG's review and analysis (utilizing the procedures outlined herein) and based on the facts available to 2ndG, and the assumptions set forth herein, and in reliance on all oral and written representations made to 2ndG by the management of the Company in connections with this assignment, it is 2ndG's opinion that a Fair Market Value of 100% of the membership interest of Zander Insurance Group of **$75,000,000** is reasonable under the existing facts and circumstances existing as of the valuation date. As explained later in this report, 2ndG relied primarily on market comparables methods in arriving at its conclusion of value. The market comparables derived value was adjusted based on a review of income approaches, such as a discounted cash flow

Thompson 000142

("DCF") method, and the valuer's assessment of the risk of the firm attaining future earnings and revenue growth in line with management's projections, given relative economic and industry trends.

Considering the subject Company's (JJZIA & affiliates) Partnership federal income tax status, 2ndG made its various calculations, using multiple valuation methods, consistently on a pre-tax basis. The derived discount and/or capitalization rates used in the calculations of value were then adjusted by an assumed tax effect rate in order to take into account the after-tax nature of the historical statistics used in the Ibbotson studies – our primary source for market return trend data. This tax-effect adjustment was determined after consideration of all of the relevant factors implicit in similar Sub-S pass-through tax treatments. (see Sub S Adjustments – discussion begins on page 65).

## 9.  Methodology:

Described throughout this report, are details of the specific information and procedures used, and the conclusions reached by 2ndG in deriving its valuation of the Company. Certain of appendices which follow this report have been included in order to provide the reader with a summary of the pertinent information relied upon by 2ndG in formulating its conclusions, and such appendices are essential to a complete understanding of the analysis presented herein.

In connection with the afore-described assignment, 2ndG has adhered to the following procedures, which, because of the inherent limitations of any such engagement, need to be sufficient in scope and nature for completion of the assigned task.

Zander Group has been valued on a going concern basis. Since the Company is closely-held and thus without a public market for its ownership interests, this valuation report is conducted according to guidelines established by the U.S. Internal Revenue Service ("IRS"), the U.S. Department of Labor in a Proposed Regulation 29 CFR Part 2510, the National Association of Certified Valuation Analysts Professional Standards, and the requirements set forth in the Statement of Standards for Valuation Services No. 1 issued by the AICPA consulting Services Executive Committee - *Valuation of a Business Ownership Interest, Security, or Intangible Asset ("SSVS No. 1")*.

**Analysis**

2ndG has prepared this valuation analysis after considering a combination of primary valuation approaches and methodologies including market asset based, and/or income approaches. Each of these can be used to derive a value for a privately held entity such as the Company. After a review of the different approaches and methods, it is the job of the valuator to determine which provide the most relevant basis for estimating value in the circumstances. The consideration of the most relevant valuation method takes into consideration, where applicable, such factors as:

- the type of business engaged in by the subject Company;

- the market for the Company's products and/or services;

- the nature of the Company's competition;

- the relevant economic factors or outlooks affecting the general economy, the Company, and its industry;

- the market price of actively traded interests in public entities engaged in the same or similar lines of business as the Company, as well as sales or ownership interests entities similar to the Company;

- the prices, terms and conditions or past sales of ownership interests in the Company;

- the known history and financial condition of the Company;

- the earning capacity of the Company;

- an assessment of the strength of the Company's key management; and,

- other relevant subjective factors.

2ndG does not represent itself as a guarantor of value. Valuations such as that provided in this report are expressly defined as the statement of opinion of an expert, developed after a review of the known relevant facts. Valuation analysis is not a precise science, and the validity of the expert's opinion of value is related to his/her reasonable application of sound and commonly-accepted methods and procedures.

## 10. Company Summary

### 10.1 Description of Subject Company

The subject of this analysis is a privately held Partnership based in Nashville, Tennessee: *Zander Insurance Group and consolidated affiliates are defined on page 7 of this valuation estimate report.*

### 10.2 History

Jeffrey J. ("Jeff") Zander joined his father's insurance agency in 1986 as an agent. Zander Insurance Agency ("ZIA") was formed in the 1920's and is now, with Jeff at the helm, entering its fourth generation of family ownership and management. Jeff's father, Julian ("Bud") Zander had built a strong role for ZIA in the Nashville, Tennessee community as a source for property & casualty coverages. Jeff quickly became a top

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 20 of 137 PageID #: 5904

Thompson 000144

producer for ZIA in the late 1980s, and added employee benefits lines to ZIA's offerings. He was paid on a commission basis and did not own any equity in ZIA.

As he began to experiment with different marketing and sales ideas, Jeff started JJZ, Inc. (a Sub-S Corporation) as a vehicle for his own agency business, with only Jeff and his wife Elisha as employees. All of Jeff's business ran through JJZ, Inc. to ZIA. JJZ was as a separate subsidiary with separate books, expenses, and retirement plan; revenues came into ZIA, which entity was still 100% owned by Jeff's father, then any remaining income after ZIA level expenses flowed directly into JJZ, Inc.

One of the new ideas explored by Jeff in JJZ, Inc. was a cross-marketing opportunity with a new radio personality, Dave Ramsey (and Ramsey's firm, Lampo, Inc.). Ramsey's message of fiscal responsibility (without debt) for families was popular, and the need for term life insurance to replace traditional and more costly whole-life and Universal life products was a natural fit. Jeff Zander quickly realized than an independent agent could provide access to multiple providers of term life insurance in support of Ramsey's message, and he built a business around the characteristics of Ramsey's audience.

Ramsey markets lifestyle/financial management advice through syndicated radio, internet broadcast spots, books and seminars. Ramsey started about 15 years ago with 6-8 radio stations syndicated, and is now featured on 450+ stations nationwide, as well as Sirius XM satellite radio. Ramsey's marketing material (see www.daveramsey.com) estimates that he reaches 4.5 million listeners each week for his syndicated show and another group of 1.75 million listeners on 220 radio stations with a 90 second "Daily Money Makeover" program.

Zander became one of Ramsey's largest and most consistent advertisers. For over a decade, Zander has run radio spots on all Ramsey shows, and is also listed on the Ramsey websites. Zander is used as an example in, or has contributed content to, Ramsey's books and lectures, etc. Zander is the sole national referral target for term life insurance for Ramsey – the agency provides quotes from various insurers for Ramsey clients. The Zander Group developed a call center and web presence that enabled Ramsey's referred "clients" to quickly and easily acquire the term insurance called for by his financial responsibility model. Zander's operation has become very efficient at conversion of its leads, and has developed many competitive advantages over purely web-based "quote operations". The Ramsey link has built lead generation volume, but JJZ's service has closed the sales and maximized the customer retention.

However, despite substantial growth in the volume of production from JJZ, Inc., its relationship with the family-owned parent agency, ZIA, was unchanged. Eventually, Jeff realigned the business structure to mirror the reality of the business volume. In 2007, he started the effective transfer of all employees and expenses (office, etc.) into JJZ, Inc. and worked to "right-size" the compensation structure between the firms.

Thompson 000145

By March 2009, Jeff formed a new entity – JJZ Insurance Agency ("JJZIA") – which was structured as a general partnership for estate planning reasons. All Ramsey-related and other web-related business developed by Jeff is now in that entity. Management allowed the old Ramsey contract to run through ZIA in Jan/Feb 2009 and then accounts to run off through the remainder of 2009. Jeff simultaneously started a new Ramsey contract w/JJZIA and wrote all new business into that entity after March 1, 2009.

Zander has continued to innovate, developing both new products to sell-through to its Ramsey-derived customer base, and new lead generating relationships to reduce its reliance on the Ramsey audience. Two examples:

- Zander Group is exploring the growth of sales in of both health and auto insurance using its call center and web-based independent agency model, wherein it provides access to competing quotes for customers on these Personal Lines products. Tests of this new market segment in Tennessee have gone well – generating new business sales of auto policies of $159,000 in January 2011 in TN alone. The lead generation for this segment is similar to the Ramsey model (relying on radio spots in local markets) but Zander Group has also aligned itself with different (non-Ramsey) radio shows in these markets. In addition, Zander has partnered with corporate lead-generating groups in these sectors – Progressive in Auto and Ehealthinsurance in health – to generate additional web activity for which it receives commissions.

  This cross-sell product activity is already significant to the overall company, despite the fact that it is only really being pursued as a pilot program with advertising in Tennessee only. Activity in other states is solely from consumer click through on the Company web sites and is all referred to the partner firms. Management expects $1mn in total commission revenue from the ocmbinaiton of Individual Health, Disability and Auto insurance in 2011 – with very limited advertising costs and no incremental operating costs.

- The Company created an Identity Theft protection product group in 2006. ID theft is a growing criminal risk for Americans and is defined as when a consumer's personal information, such as name, social security number and date of birth, are used by thieves without the consumer's knowledge to commit criminal and fraudulent activity. ID theft continues to be the fastest growing crime in America, affecting over 11 million people in 2009. The Zander ID Theft product was developed in partnership with a third-party insurer and provider of recovery and mitigation services related to ID theft.

The ID theft product provides coverage for:

| | |
|---|---|
| Financial Fraud | Criminal Activity |
| Medical ID Theft | Employment Fraud |

Thompson 000146

Social Security Fraud                 Child ID Theft

Tax Fraud                              Benefits Fraud

By 2010, the new ID theft product group was generating over 13% of all web page views by Zander customers – term life-related inquiries represented 51%, while disability-related inquiries represented about 6% and auto was almost 2%. Commission revenues for the ID theft product group were over $4.65 million in 2010, and it produced a net Pre-tax profit in the $1.54 million range, or approximately a 33% net margin. Management estimates that the Company had over 69,000 IDT customers at the end of 2010.

## 10.3  Structure

The Company's corporate structure has historically been driven by estate planning and tax strategy:

a.  JJZ, Inc. is a Sub-S owned by Jeff Zander personally. This is now what remains of the original business, which was focused on employee benefits plans, as well as Property & Casualty insurance. These segments generate about $3,000,000 of commissions annually, and hold the group's insurance agency licenses for the State of Tennessee. Jeff's father is paid out of this business – he was paid approximately $700,000 in 2009 and 2010, but his actual book of business now generates only about $380,000 in annual commissions and it is anticipated that he will be compensated in the future only at the level of his commissions. The salary allocation for Bid Zander in 2011 and forward is $320,000.

b.  JJZIA is a general partnership that owned 50% by two trusts, since its general partnership structure required two partners (Cardinal Trust and Toxaway Trust). The general partnership structure was basically chosen to allow income to flow in to the trusts without Tennessee's F&E tax at the corporate level. The general partnership's assets are subject to liability from the Company debt.

c.  Both trusts are Grantor trusts formed by Jeff's mother; Jeff is trustee and beneficiary of each. The formation and gift by Jeff's mother enabled generation skipping, so the trust ownership is not in Jeff's estate and passes to daughter Halley – a side-benefit that as a 3rd party spendthrift trust, the assets of these trusts are not subject to outside creditors.

d.  The creation of the new partnership with the new Ramsey contract meant that there was no transferred basis, so the switchover transaction was non-taxable. All value created is long-term capital gain or current income as the general partnership and the trusts have zero basis.

e.  A third trust (DRP) was set up by Elisha (Jeff's wife) and is also a completed gift with Jeff as trustee and beneficiary. The DRP trusts own both Cardinal and Toxaway

17 | P a g e

Trusts. Distributions to DRP from Cardinal and Toxaway are shielded from any remaining corporate liability to which the general partnership and those two trusts are subject.

f. Jeff is paid approximately $405,000 annual salary through JZZ, Inc. (as of 2011) – the rest of the income from all operations flows into JJZIA – by flowing directly into the partnership, the structure seeks to avoid self-employment (SS and FICA, etc.) tax on additional income.

g. The Identity Theft protection ("IDT") business is owned 100% by JJZIA, but the Company has historically paid 50% of the profits to Diane Sacks, who assisted in conceptualizing of the product and founding that business. Ms. Sacks is primarily involved in the business today as Director of Marketing – the other operational elements of the ID Theft business are fully integrated with the term life business. Although she has previously been paid a profit share on the IDT segment, it has been agreed that her compensation will be fixed at $500,000 for 2011 and future years, in recognition of her diminished role as a direct generator of the revenues, but also an indicator of her continued value to the entire enterprise.

## 10.4 Business Characteristics

Term life insurance is the primary product marketed by the Zander Insurance Group. Term life insurance is the basic commodity level of life insurance, and is the most cost-effective type of life insurance for most consumers. A premium is collected which provides insurance coverage for a set period, usually a year. At the end of the year, the policy may be renewed if another premium payment is made. There is no cash value, no investment component, etc. Premiums vary with the size of the insurance contract, the age of the insured, as well as health & lifestyle underwriting criteria.

Zander's role in the term life market is an agent only – it does not provide actual insurance contracts or underwrite policy issuance. Zander is a marketing organization which connects consumers in search of term insurance with insurers seeking customers. As an independent agent, Zander effectively "shops" the consumer's insurance need with multiple carriers, assisting the consumer in identifying the best or most cost effective insurance product and carrier for their need. Zander also assists the "client" in the application process.

Zander has built an independent insurance agency model that is very unique in its market segment. In addition to the unique qualities of its business model that are outlined below, Zander has also chosen to apply its methodologies to a wide variety of different insurance products – not just life insurance, but also disability insurance, home/auto insurance, long-term care insurance, and identity theft insurance. In our due diligence process respecting the Subject Company, 2ndG extensively interviewed management about its business model and operating tactics – the section below paraphrases elements of this discussion:

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 24 of 137 PageID #: 5908

Thompson 000148

- Web activity is a primary thrust of the Company's business model. In the Zander model, this activity is not related solely to tracking page views and unique visitors for marketing purposes, but is focused on transactional sales activity occurring 24 hours per day, 7 days per week. Many agency websites basically function as a brochure, a public relations piece that highlights the agency services. It may also include an information section so a client can go through the "sales process" which research shows many people want to avoid (that is why they went to the web). Very few maintain any kind of "instant quote" technology other than the direct writers such as State Farm, Allstate, Geico, etc.

- Zander is different. As Jeff explains; "Our structure for the past 7-8 years has been to allow our clients and prospects to access whatever information they need in whatever format they want it. That is why our website provides instant quote capability for Term Life, Disability, Hope/Auto, Health and ID Theft. These are the primary areas of the vast majority of insurance product searches on the web and we are the "ONLY" Company nationally to provide this thorough level of quoting services. The fact that we are an Independent Agent and have multiple Company representation in these instant quote results only enhances our offering."

- This full-service web presence is augmented by the call/service center approach to allow potential customers to access the insurance info they want and move forward in any manner they prefer. For example, Zander's experience indicates that most consumers choose to search the web for a quote (85-90%), then call with some questions, email or fax their application request, and pay premiums through the mail. "Our system allows them to follow any course they prefer and interchange their methodology at any time. We simply have to find effective marketing programs that guide the prospective client to us. This approach not only enhances our client satisfaction and closing ratio levels, but allows us to strongly differentiate ourselves from our competitors. This is a major reason why our conversation and placement ratios are the highest in the industry." For example – Zander converts 68% of its leads into applications and 77% of its applications result in issued policies. These metrics correlate strongly to direct agent sales (traditional "face-to-face") metrics (70% and 75% respectively), but are higher than those experienced by other web or call center based marketing organizations (typically 45-50% and 50-55%, respectively). Zander belongs to LIDMA – the Life Insurance Direct Marketing Association – which management cites as a source for these comparisons.

- Zander's focus on automation and systems does not stop at the web; it is an integral part of the Company's expense management process. "Once a policy/sales request is made for one of our programs, the info that the client provides via the web is automatically downloaded into our agency management system and then can be cross populated for rating, marketing and service responsibilities. In our P/C operation, we have been a paperless transactional operation for at least ten years and in the Life/Disability side we are also paperless

and utilize bar code systems so our applications can be scanned and uploaded to the carriers. This allows us to greatly reduce postage and other related overhead expenses, along with faster underwriting time for our clients and less personnel." In 2011, Zander intends to launch an eDelivery option to further enhance speed in serving the client while reducing expenses. Other system upgrades in development, such as eSignature and voice signature options, are all geared to providing an efficient, customized transactional experience for the customer.

- The Company's highly computerized service center approach has been in place for over 10 years and is focused on efficient task separation for staff, to increase thorough and effective service at the customer level. Management believes this adds to sales and retention. "Most Independent Agents set up their departments whereby the CSR has to basically be the expert in all areas of the service operation. Especially in Personal Lines (Home/Auto) not only do most CSR's handle the new business sales activity, they are also responsible for all service duties, automation uploads, claims, coverage questions, policy reviews and remarketing. It is impossible to stay up to date with all the Company underwriting guidelines and rating processes, especially if you have more than two or three companies, and maintain proficiency with all the other areas of expertise required…and be pleasant and professional to the client. This is why organic growth for so many agencies is nearly impossible."

- Zander's approach has been to segment these responsibilities, in all departments, thereby allowing individuals to be more effectively trained to excel at a certain aspect of the process. "In our Life/Disability operations, our New Business unit is trained to handle all sales related inquires which allows them to be totally focused on knowing every aspect of each Company's product portfolio so they can match the client to the best option and enhance their sales success. Once an application is received, then the Case Management team oversees the underwriting process to assure that every effort is made to expedite the issuance of the policy. Once the policy is approved, it is then handled by our Policy Delivery Unit that is responsible to get all forms in order and mailed to the client ASAP. The Policy Placement Unit then tracks all mailed policies and undertakes the process of following up with the client to receive payment and the necessary forms for policy activation." The Company has applied this approach to its other product teams, as well, and management believes it has led to a better client experience, higher placement rates, better retention and personnel that are more productive in their daily efforts.

- Management asserts that this system operational method is not only a difference maker in terms of efficiency and client experience when compared to others in the industry, but also considers it a major contributor to the Company's above-average profitability. "This breakdown of typical agent and CSR responsibilities has allowed us to bypass the standard compensation format that drives up their employment costs in typical agencies. Since we have in essence "simplified" many of the employee technical training requirements, we do not have the need to

Thompson 000150

pay at the same level as other agency operations." No Life/Disability employees are compensated by commission, and the New Business units in Personal and Commercial are only paid a percentage of the first year policy commission. In all cases, the agency owns the book of business and all renewal revenue. Its direct marketing approach and related systems design allows Zander to escape the typical cost of high commission and renewal splits for "producers." "This is one reason which helps us have a 16-17% expense for payroll (based on 1/1/2011 compensation plans) including commission compensation for our entire Company while Best Practices reports the top agencies as having 59-64%."

(Note: Best Practices is an annual industry publication jointly prepared by the Independent Insurance Agents & Brokers of America (www.iiaba.net) and Reagan Consulting (www.reaganconsulting.com). Excerpts from the 2010 Best Practices report are attached hereto in Exhibit VII.)

## 10.5  Key Business Metrics – Subject Company

Most term life insurance leads are generated through the Ramsey referral relationship. Application rates exceed the direct marketing segment due to the quality of the Ramsey lead structure, but key closing, retention, and profitability metrics are tied more closely to the Zander systems and business approach than to the lead source. For term life products, the Company reports 95% or higher retention, but, as all commissions are paid in Year 1; the real impact of retention is that the Company can cross market to this pool of customers.

In Identity Theft, the Company experiences approximately 85% retention of customers once enrolled. JJZIA keeps 65% of ID theft revenue for marketing, sales, expenses – the rest is a pass-through to the provider. Each year's premium is split on this basis, so the IDT program is an important producer of recurring revenues. In the property & casualty sector ("P&C"), Zander's home & auto coverages have a 85-90% typical retention rate and also represent recurring annual commissions. Individual health policies tend to experience similar retention rates, but the Company receives a 1st year commission and 25% of first year level on subsequent annual renewals. Employee benefits products also pay annual commissions, but represent a very small proportion of overall sales.

The Company experiences some sales seasonality. January – April is busy and volume often slows during the summer months. Income also is front-end loaded to the extent that some insurance companies pay volume and retention bonuses early in the year; with smoothing trends, management expects revenues to reach about $1,100,000monthly from the term life business segment. One smoothing trend is tied to the practice of offering payment options. In keeping with the emphasis on "customizing the experience to the client's needs", Zander allows some clients to pay annual premiums in one lump sum, some quarterly, some monthly. Management estimates 50% annual pay, 25% quarterly, and 25% monthly. Application lag also smoothes revenues; it takes 4-6 weeks to approve applications and issue policies. Accordingly, management asserts that of business written in 2010, approximately ½ actually is realized in 2011.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 27 of 137 PageID #: 5911

Thompson 000151

The total customer count as of the end of 2010 is estimated at over 200,000 active customers for all policy types.

## 10.6    Relationship With Dave Ramsey Enterprises

o   Zander pays a flat fee for advertising - $2,000,000 in 2010 – running about three spots per Ramsey radio show – most other national sponsors run only 1 ad spot

o   Zander is the only national life insurance provider endorsed by Ramsey

o   Ramsey has an Endorsed Local Provider ("ELP") program for property & casualty (P&C) insurance - Zander is the ELP in middle Tennessee

o   Like Ramsey, Zander eschews debt of any kind – neither Company has debt in its capital structure

o   The Ramsey advertising contract is one-year renewable, but is not guaranteed. Zander's management believes that its status as the largest consistent advertiser and its tight relationship with the Ramsey "family" limits any risk of a failure to renew

o   With Ramsey's approval, Zander has $10,000,000 of Key Man life insurance on Dave Ramsey's life as a "fail safe"

## 10.7    Restrictions on Sale of Subject Interest

There are no stockholder agreements or other restrictions respecting the membership interests, including no Buy/Sell or Non-compete agreements.

## 10.8    Prior Ownership Transactions

See history above for a discussion of the corporate restructuring and Zander Group's current ownership structure.  There have been no prior transactions involving the equity of the Zander Group or its affiliates.

### Subsidiaries and Affiliates

Zander Insurance Group has no subsidiaries, but is made up of five affiliated companies as previously identified on page 7.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 28 of 137 PageID #: 5912

Thompson 000152

| Name | Functional Role & Relationship(s) |
|---|---|
| JJZ, Inc. | Sub-S Corp; owns TN agency licenses and is conduit for TN P&C underwritings |
| JJZIA, Partnership | Primary operating entity of the Group; owns 50 state licenses for key products; is conduit for all term life, disability, and ID Theft underwritings |
| Toxaway Trust | One partner in JJZIA partnership |
| Cardinal Trust | Second partner in JJZIA partnership |
| DRP Trust | Owner of Toxaway and Cardinal Trusts; ultimate level at which individual federal taxes paid |

As Jeff Zander is either the primary owner or the primary beneficiary of all of the entities, management has stated that it has sought to ensure fair dealing between the entities. The multi-affiliate structure has been designed to split financing costs, risks and taxation appropriately between different classes of assets and income flows. For valuation purposes, all entities will be considered as element of the same enterprise. Because of the proposed structure of the enterprise (see Proposed Transaction below), separate going concern values will be provided for JJZ, Inc. and JJZIA Partnership, although both will also be considered as part of an overall enterprise valuation.

## 10.9   Executive Group

**Jeff Zander:**  Founder and CEO of the Zander Insurance Group.  After graduating from Miami University of Ohio in 1982, Mr. Zander worked in the insurance industry for four years before joining his father's agency (ZIA) in Nashville in mid-1986. He was a sales associate for Northwestern Mutual Life in New York City, and served as a Territory Manager for Progressive in Hartford Ct.  By the mid-90's, Mr. Zander had a personal book of business generating over $1,000,000 in commission revenues from a wide range of product groups.  His experimentation with different mass lead-generation approaches (direct-mail, telemarketing, e-mail blasts, advertising on various media, etc.) to generate volume for his personal production led to the development of a sales center approach – providing the foundation for the current Zander operations method.  Once the Ramsey connection was made, Mr. Zander focused his efforts not only on the internal sales and service structure of the Company, but also was instrumental in helping the Ramsey organization develop key consumer teaching tools that support the term life message.

**Lon Cherry:**  Joined Zander in May 2010 as the CFO/COO.  He previously had served as Dave Ramsey's (Lampo, Inc.) CFO for five years.  He has an intricate understanding of Dave Ramsey's operation and the marketing opportunities that are prevalent within that organization.  He also has maintained a personal relationship with key Lampo employees that helps further solidify the 13 year relationship of our two companies. Prior to Lampo, he served at COO for a Christian Publishing/Distribution operation.  At this time, he is working on a daily basis with Jeff Zander to understand the specific and unique operations at Zander.  He is being exposed to each department, their focus and operations and involved with the oversight of day to day management issues and their resolution.  He has initially spent more time in the accounting department and the INC

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 29 of 137 PageID #: 5913

Thompson 000153

side of the business to help develop more effective operational monitoring tools but is moving into a more all encompassing role in the Company management.

**Jackie Stillwell:** Has been with Zander for over 9 years and currently is the National Sales Manager for the entire Company. She had numerous years of prior insurance experience with other companies and distribution approaches and joined Zander initially in our New Business Department. She has a keen understanding of our distribution strategies and is one of the key people responsible for oversight of the daily operations. Her specialty is sales and marketing which includes overseeing all sales operations, tracking daily results, conducting training and monitoring process, quality assurance reviews along with client complaint inquiries and other management oversight responsibilities.

**Elizabeth Hendrickson:** Joined Zander over 6 years ago and is currently our Operations manager for the entire Company. She previously was a supervisor with Reliaquote.com, a national direct marketing firm specializing in the sale of term life insurance. Liz brought with her a wealth of experience related to direct marketing and after learning the "Zander" way has been able to apply that experience and develop unique and effective operation systems that have greatly enhanced our processing systems and daily operations. She works hand in hand with Jackie Stillwell managing the daily operations of the Company and determines where each department is with regard to their goals and the methodology and execution to stay on track to accomplish those goals.

**Diane Sacks:** Until January 2011, Diane was considered an independent contractor with Zander, which was a role she had maintained for over 6 years. She worked from day one on the development and growth efforts of the ID Theft Protection Plan. She not only was integral in the development of the actual product but also in the structure of all operational systems to sell, service and retain clients as well as the ongoing marketing and advertising programs that have created a membership base not exceeding 70,000 (and growing). As of Jan 1, she became Director of Marketing for the entire Company. Her duties are to help the management team develop and execute marketing strategies, such as the blast email campaigns, new advertising and leads sources, alternate distribution by department so the Company can continue to grow into the future. Prior to Zander, she was an Account Executive with Kroll/Background America.

**Vickie Owens:** Has been with the Company for over 16 years and has worked intricately with Jeff during the growth of the Company in all areas of operations. Her prior experience includes accounting, computer systems, operations, oversight and general agency administrative duties. She is currently Personal Lines Manager which oversees the daily operations of the sales, service and claims departments for our Home/Auto clients. She assists the sales and service personnel with their daily issues and challenges while also handling the client service needs for our VIP accounts which include our high net worth and affluent customers.

**Tammy Thomas:** Has been with the agency for over 10 years and is currently the Commercial Lines Department Manager. She has grown from her initially duties as a

Thompson 000154

Customer Service agent to have her time split between department manager and New Business sales agent. She oversees the daily operation of the Commercial Lines CSR's assisting with their service issues and training needs. She also responds to small business call in leads and is responsible for new business sales and marketing responsibilities.

**Patty Bowling:** Has been with the Company for almost 10 years and has been responsible for the sale and service of our Employee benefit clients. She initially took over an existing book of business to fulfill the daily service requirements of these accounts and has grown to also handle new business inquiries.

Management comments re: staffing at Zander Group – "There are multiple department supervisors that each has over 10 years experience that assist the management team with the daily responsibilities of running the business. Since our operations are set up on a task oriented system, each supervisor's team is responsible for one part of the overall process and everyone is trained to that unique department task. This system allows for a redundancy of personnel since there is no one person or manager in a department that has an overbearing value to the Company in the event of their departure. In addition, we have personnel capable to step in the event of a key management team departure, which is also very rare based on the tenure noted."

## 10.10   Employees

The Company employs a staff of 65 employees, including the management team outlined above. All are full-time equivalents; the annual payroll for staff (before benefits) is approximately $3,900,000, including key employee's compensation.

The supervisor/organization structure is split functionally – Life (Training, Marketing, Operations, and Call Center Supervisors); Property & Casualty supervisors; and IDT supervisors. All top managers and supervisors have 10 years or more service.

## 10.11 Other Business Relationships

As discussed above, the Company operates as an Independent Agent, representing multiple insurers in each of its product lines (with the exception of the ID Theft segment, which functions as a joint venture with one carrier). During 2010, Zander Insurance Group wrote policies (and was paid commissions) through relationships with a total of over 70 insurance companies. These included The Hartford, Grange, Travelers, Kemper, Zurich, Safeco, Progressive, ING, Hanover, and Southern Cross, as well as many regional or specialty insurers.

The Company believes that its primary insurers/suppliers are adequate and that it is not dependent on any one insurer/supplier. There are over 1000 carriers in the US which offer term life insurance.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 31 of 137 PageID #: 5915

Thompson 000155

## 10.12 Customer Base

The Company serves a national customer base with its Internet and telephone distribution approach. For instance, in its largest segment (term life insurance), 2010 records indicate applications received from all 50 U. S. States and the District of Columbia.

The top 10 states in terms of applications represented 55% of all applications received – Texas, Georgia, Florida, Tennessee, California, Michigan, North Carolina, Indiana, Missouri, and Washington (state) make up the top tier of states in terms of market penetration. The next tier of 10 states (Alabama, Ohio, South Carolina, Illinois, Colorado, Kentucky, Kansas, Oklahoma, Virginia and Utah) recorded 22.6% of applications filed in 2010 – the combined impact of the top 20 states was thus almost 78% of all applications.

## 10.13 Location and Related Real Estate

The Company has one primary operating location, which houses all executive offices, administration; call center and operations functional areas. There are two buildings at this location. The main building includes 5000 square feet of Class B office space on three levels. This building is owned by Bud Zander outside of the business and is on a month to month lease. The second building next door is owned by a physician who uses a portion of the building and leases 4500 square feet to the Company, also on a market lease rate.

Management indicates that there is growth space open in both buildings to accommodate business volume and staff growth, and that up to another 2500 square feet of expansion room can be rented in the secondary building if the need arises. There is ample space and parking for the current staffing levels. The primary office building is located at 212 Osceola Avenue, Nashville, TN, 37209. This location is in the western part of Nashville, near many residential areas, and is located within ½ mile of a major interstate exit, allowing ready access for staff from most parts of the Nashville metropolitan area.



Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 32 of 137 PageID #: 5916

Thompson 000156

## 11.    Economic Conditions and Industry Overview

### General Economic Conditions

By the end of 2010, economic conditions continued to show a soft recovery from the 2008-2009 recessions. The stock market, of course, is still recovering from its worst bear market since the 1930s. At year end, the S&P 500 was still down more than 16% from its high. The 17-month plunge was marked by what analysts have dubbed the Great Recession. The severe business contraction, which caused the U.S. unemployment rate to jump to 10%, was brought on by the bursting of the housing bubble, a sharp drop in lending to consumers and businesses, and an acute loss of confidence in financial markets and the banking system.

As the market recovery moves slowly into the new year, there are upbeat economic signs that suggest it may have stamina to continue churning out gains. For example, reports that measure the health of the manufacturing and services sectors in February hit their highest levels in five years.

Overall retail sales and purchases of cars, SUVs and trucks are also picking up, driven in part by rising consumer confidence. These upbeat snapshots, however, are due in large part to massive government intervention in the form of bailouts of a few big banks, automakers, insurers and mortgage-related institutions.

The nation's central bank has also taken extraordinary steps to jump-start the economy. The Federal Reserve has slashed short-term interest rates to near zero to stimulate economic growth and said it plans to keep them low until it is confident the expansion is sustainable and hiring is up. The Fed has also driven long-term interest rates down by purchasing hundreds of billions of dollars of government bonds. The Fed has stressed in public statements that it will continue to support the economy, which is bullish for stocks.

Still, some worry that with the Fed's latest round of asset purchases set to end in June 2011, and the higher concentration of conservative politicians at the national, state and local levels slashing spending, the economy's "sugar high" could end and growth could slow.

The greatest threat to growth right now is the rising price of oil due in large part to political instability in the Middle East. Rising energy prices are inflationary because they can push up prices of goods and services. That makes the Fed more likely to raise interest rates to keep inflation at bay. At the same time, when gas prices rise, the added expense saps the purchasing power of consumers, who might cancel a night out at the movies or a trip to the mall to preserve cash. Both developments would crimp growth and profits.

Still, Larry Adam, chief investment strategist at Deutsche Bank, says the facts that the economy is moving from recession to recovery and that corporate earnings are on the

Thompson 000157

cusp of hitting record highs by year's end are offsetting higher oil prices for now, which bodes well for stocks.

(Note: Some of the comments above quoted from "After 2 years, can the bull market maintain pace?" Adam Shell, <u>USA Today,</u> March 2011)

Reports from the twelve Federal Reserve Districts indicated that overall economic activity continued to expand at a modest to moderate pace in January and early February. The following comments are drawn from the <u>Federal Reserve Beige Book,</u> March 2, 2010.

***Industrial Production Edges Up***
*Industrial production increased by 0.8% in December after having risen by 0.3% in November. For the fourth quarter as a whole, industrial production increased at an annual rate of 2.4%, a slower pace than in the earlier quarters of the year. In the manufacturing sector, output moved up by 0.4% in December with gains in both durables and nondurables. Excluding motor vehicles and parts, factory output increased by 0.5%. The output of mines advanced by 0.4% while the output of utilities surged by 4.3%, as unusually cold weather boosted the demand for heating. At 94.9% of its 2007 average, industrial production in December was 5.9% above its level of a year earlier.*

***Automakers Finish Year On A Strong Note***
*Most automakers ended a challenging 2010 with a strong sales month in December, raising hopes that the industry could be carrying some momentum into the new year. American automakers General Motors, Ford Motor, and Chrysler Group all posted solid gains that met or topped forecasts. The one major automaker bucking the positive trend was Toyota, which posted a decline in sales for both December and the full year, as it continued to suffer from the hangover of its recall problems earlier in the year. Hyundai, Honda, and Nissan also ended the year with strong sales.*

***Housing Market Rebounds In November***
*After rising by 6.6% to an adjusted annual rate of 307,000 in September and then falling back to an annual pace of just 275,000 in October, new home sales rebounded somewhat in November, according to the U.S. Commerce Department, rising to a seasonally adjusted rate of 290,000—a gain of 5.5%. Similarly, after tumbling by 2.2% in October, existing home sales rebounded in November: the number of signed contracts was up by 3.0% over October levels, according to the National Association of Realtors.*

***Consumer Confidence Measures Mixed***
*The Conference Board Consumer Confidence Index, which had improved in November, decreased slightly in December. The Index now stands at 52.5 (1985=100), down from 54.2 in November. The Present Situation Index declined to 23.5 from 25.4, while the Expectations Index decreased to 71.9 from 73.6. In contrast, the similarly conceived Thomson Reuters/University of Michigan's Consumer Sentiment Index was 74.5 in December 2010, up from 71.6 in November and from 67.7 in October. The index increased by 9.4% for the entire year, with the gains were due largely to more favorable*

Thompson 000158

*plans for buying durable goods. By contrast, the organization's Expectations Index, while up by 4.2% for December, was down by 2.0% for the whole year.*

**Consumer Spending Remains Stagnant**
*According to a U.S. Department of Labor report released on October 6, middle-class Americans made their deepest spending cuts in more than two decades, slashing spending on such discretionary items as restaurant meals and alcohol. Overall, households in the middle fifth of the population sliced their average annual spending to $41,150, the Labor Department said, a level that was down by 3.1% from 2007 and by 3.5% from 2008. Consumer spending has rebounded since then, but only slightly: it rose by 0.2% in September after 0.5% gains in July and August, according to Commerce Department data. For last year as a whole, the Department subsequently reported, consumer spending was down by 2.8% year-over-year.*

## Industry Trends and Conditions

The insurance industry has suffered significant downward pressure during the recent recession, but industry reports seem to indicate improvement in the near term. Insurance and Financial Advisor reported March 1, 2011 that new individual premium for life insurance increased 2% in the 4th quarter of 2010, with total life premiums up 4% year to year over 2009. This overall improvement was not seen in the term life arena, however, where IFA reported a sales drop of 12% from 2009 to 2010. "Some of the things that contributed to the decline include companies dropping product lines like longer-duration and return-on-premium term products and increasing term life prices."

Assets of life insurance companies have increased steadily over the last few years, totaling $2.6 trillion in 1997, an increase of 11 percent from 1996, compared with a growth rate of 9 percent in the previous year. Life insurance ranks third among institutional sources of funds, providing $199 billion, or 14 percent of all funds going into U.S. capital markets; commercial banks ranked first with $457 billion, followed by mutual funds with $421 billion. Assets of life insurers are placed into four major investment areas: bonds (government and corporate), stocks, mortgages and real estate holdings, and policy loans. North America had the lowest growth rate in the world at 3.3 percent. The market is dominated by the United States, which holds 94 percent of the region's premiums. The U.S. market grew 2.6 percent, while the Canadian market grew 7 percent. (Industry Statistics from ResearchWiki; sourced from the US Department of Commerce)

IFA Webnews reported January 31, 2011 that the "MIB Life Index shows that interest in life insurance products have grown, after the battering the sector took since 2006. With interest rates down and people concerned about the stability of the financial markets since the crisis of 2008, life insurance has become more attractive".

LIMRA (the Life Insurance and Market Research Association) reports that there are fewer life insurance producers now than there have been in the past, and the number continues to drop. At the same time, the percentage of individual life insurance policy

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 35 of 137 PageID #: 5919

Thompson 000159

ownership is also dropping, from 50% six years ago (2004) to 44% today (2010 year end). From Life Insurance Selling *2011 Outlook:Life Insurance* – January 7, 2011.

Life insurance was once sold primarily by career life agents, captive agents that represent a single insurance company, and by independent agents, who represent several insurers. Now, life insurance is also sold directly to the public by mail, telephone and through the Internet. In addition, in the 1980s insurers began to market annuities and term life insurance through banks and financial advisors, professional groups and the workplace. A large portion of variable annuities, and a small portion of fixed annuities, are now sold by stockbrokers. By 2008 independent agents held 56 percent of the new individual life insurance sales market, followed by affiliated (i.e., captive) agents with 36 percent, direct marketers with 3 percent and others, including stockbrokers, accounting for the remaining 5 percent, according to LIMRA.

The Deloitte & Touche publication Insurance Industry Outlook "High Hurdles Loom in 2011 and Beyond" dated January 2011 indicates continued downward pressure on the property & casualty sector "due to claims cost that exceed the general economy's low inflation rate and a slow recovery that continues to dampen pricing and premium volume growth". Deloitte is more bullish about sectors where P&C carriers target market niches, such as healthcare, technology and environmental sustainability.

Deloitte views the life insurance sector as focused on the ability of marketers and carriers to emphasize consumer education about life coverage needs. "With the sluggish economy hampering growth for life insurers and especially annuity writers, gains are more likely to come from sales of the simplest products, as consumers seek to cover their basic risks with the cheapest coverage available."

The Deloitte 2011 report also points out the need for all insurers to address the "arrival of the virtual consumer. If this trend gains momentum, the result could be disintermediation of smaller agents (especially in commercial lines), and even greater emphasis on price in buying decisions, and the need for more simplicity in policy coverage".

The US Bureau of Labor Statistics 2010-2011 Career Guide to Industries indicates that "Wage and salary employment in the insurance industry is projected to grow about 3 percent between 2008 and 2018, compared to the 11 percent growth projected for wage and salary employment in all industries combined. While demand for insurance is expected to rise, job growth will be limited by industry consolidation, corporate downsizing, productivity increases due to new technology, and increasing use of direct mail, telephone, and Internet sales."

The continued solid performance of the subject Company during the past three years indicates that it clearly is outperforming its market sector. Zander's emphasis on simple, inexpensive policies, marketed and delivered efficiently on-line, would appear to position it as a market leader in recognizing the key industry trends outlined by sector analysts.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 36 of 137 PageID #: 5920

Thompson 000160

## 12. Competition

Zander Group competes with a plethora of different types of insurance distribution companies. These range from the agent sales forces of major carriers to local or regional independent agents and to various types of direct marketing companies. Management believes that Zander's most significant competitors are other national direct marketers of insurance. Even this segment is fragmented, however, as it is spread among specialty marketers (such as those who underwrite specialty policies for an affinity group, such as AARP) or mass-marketers with a call center approach (such as Progressive or Geico) or web-based quoting services, such as the other members of LIDMA (see above). This last group is deemed by Zander to be its most directly comparable competition. They include:

- Reliaquote.com
- Intelliquote.com
- Insure.com
- Selectquote.com
- Accuquote.com

Like Zander, these companies offer on-line quoting of multiple products from multiple carriers, and like Zander, they do not have a field sales force. These firms vary from Zander however, in the following ways:

- Reliaquote is focused on lead-generation from per-click and pop-up connections to consumers through search engines. They provide quotes for multiple carriers, but then sell the lead to a carrier or agent once the consumer is qualified. They do not manage the application process or provide service to the consumer once qualified. Reliaquote also buys leads from commercial sources.

- Intelliquote is similar to Reliaquote in its business model, but it uses an outsourced service provider to take the apps and submit them for underwriting. It is purely a lead-generator.

- Insure.com uses radio and newspaper ads to drive consumers to its web-site for the quote process. This Company was publicly traded (NSUR) before its 2009 sale to Quinstreet Inc. Insure.com also operates under the LifeQuotes and Consumer Insurance Guide brand names. Like Zander, this competitor actually takes applications and submits them for underwriting to its affiliated carriers, but it uses a staff of licensed, commissioned agents in each state to submit the business (a more costly approach).

- Selectquote uses a combination of direct mail and TV ads to generate leads, but does not provide on-line quotes in response to consumer queries. An agent calls the consumer back and attempts to take the application by phone. A similar firm (owned by AIG) is Matrix, which buys leads and uses an agent call-center business model.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 37 of 137 PageID #: 5921

Thompson 000161

- Accuquote is the most similar to Zander. It uses a per-click search engine method to generate leads, but provides a full-service call center for applications and customer service.

It is important to note that several of these firms also quote additional products, such as P&C or disability coverages directly to the consumer. None, however, uses Zander's internal sales team approach.

# 13. Financial Performance of the Company

## 13.1 Financial Statements

The financial statements of the Company are analyzed and compared to the industry and the Company's own trends. This analysis and comparison allows an evaluation of the Company's strengths, as well as some level of evaluation of the correctness of the subject Company's financial reporting and methods. There is some normalization of the financial statements required to allow industry comparisons.

## 13.2 Financial Information Provided by the Company or Others

The Company's fiscal year ends on December 31 of each year.

The Company's accounting firm reviews and adjusts the internally prepared statements and other information supplied by the Company. Since Jeff joined the Company in 1986 the accounting firm providing this review has been Goldstein/Sacks & Association PC of Nashville, Tennessee, which firm also prepares the Group's and/or Zander tax returns. Despite common ownership, separate financials are still prepared for JJZJA and JJZ Inc, and expense allocations occur between the firms. A reviewer must thus assess both firms to develop a true picture of the Zander Group performance.

Revenues are recognized upon the date of premium receipt and a combination of cash & accrual accounting methods are used (since the start of 2010 – prior to this, the Company used cash accounting only). For this report, 2ndG was provided internal financial statements for the years ending 2006 – 2010. The interim financial statement through 3-31-11 is Company prepared, and thus may be subject to modest variances from future periodic statements due to the lack of review and adjustments by the CPA firm. No tax returns were supplied.

In our opinion, the years covered in our review and analyses are adequate to identify any existing financial and operational trends that may affect our estimate of value. Summaries of our analyses and comparative review process are included in this report.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 38 of 137 PageID #: 5922

Thompson 000162

## 13.3 Financial Statement Analysis

Financial statement analysis allows review of trend data and industry comparisons to determine if the Company's financial condition has improved, deteriorated or remained stable over the periods reviewed. The analysis also allows review of operating performance – asset utilization trends, sales trends, profitability trends, to further determine probabilities of future trends of the Company. Finally, this comparative review allows an assessment of whether the Company is deemed more or less risky compared to other firms of its size in the industry.

## 13.4 Historical Financial Statements

A summary of the Zander Group's detailed income statements and balance sheets are included in Exhibit III below.

A review of the firm's historical financial performance highlights several key findings:

Zander's high profitability has been sustained for the reviewed historical period. Net profitability in this context is essentially EBITDA, as reported earnings are pre-tax (partnership), there is no debt and thus no interest, and the service business nature leads to limited capital expenditures and thus little to no depreciation and amortization. For the period 2006-2010, EBITDA has ranged between 40% and 58% of revenues, a level that reflects the unique advantages of its business model.

Despite economic cycles, Zander has demonstrated substantial growth for the period, as well. Revenues have more than doubled in the 5 year period under review, from $10,700,000 in 2006 to over $23,000,000 in 2010.

From a balance sheet perspective, a review indicates it is rather straight forward. The Company books income and expense as they occur. As a partnership with no inventory, there are limited accruals or adjustments from cash basis. All profits are paid out each year (or each quarter) and taxes are paid at the shareholder's personal level. There is limited build-up of cash in the Company, and practically no capital investment (the only items depreciated are computers, copiers and telephone systems). As stated elsewhere in this report, the Company eschews debt – there are little if any liabilities on any of the historical balance sheets.

## 13.5 Financial Statements and Industry Comparisons

The Company outperforms its industry in terms of profitability, and a review of industry statistics indicates some of the factors involved. The Best Practices 2010 study prepared by Reagan Consulting for the IIABA (see page 18) provided some information of note for comparison purposes – comparative information for the subject Company provided by management and/or from historical financial statements.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 39 of 137 PageID #: 5923

Thompson 000163

1) Zander's compensation costs including commissions were 16%-17% for 2010 versus an industry level in the range of 52% to 57% (for firms in the directly-comparable $10,000,000 to $25,000,000 revenues peer category). This is correlated to the salaried service employee versus commissioned salesperson emphasis of the subject Company's business model. Note: this is adjusted for owner comp – in the partnership structure owners comp is practically synonymous with profitability and has been ignored.

2) Zander's office and administrative costs are in line with its peers – with at 2010 level of 17% of revenues – the comparable group reported 16%-21% in the study. The only area where Zander's expenses exceed the group is in advertising – which is in keeping with its lead generation approach.

3) Zander's revenue per employee was approximately $354,000 for 2010; versus $202,370 per employee in the best performing peer group.

4) The subject Company's diversification across carriers and product groups is also atypical for the industry – its peers tend to be much more dependent on product specialty and reliance on key product suppliers.

5) It is notable that 20% of the best performing 25% peer group reported having an ESOP in place.

## 13.6 Summary of Financial Statement Analysis

The subject Company is financially conservative, highly profitable, generates strong cash flows, and has experienced solid trends throughout the studied period. It outperforms its peers in profitability due to its different business model. Like all service companies, it has limited assets, but it also has no debt.

## 13.7 Q1 2011 Financial Statements and Performance

The Company's financial performance has continued to improve during the first quarter of 2011. Management indicates that life insurance applications are up approximately 9% for the period over the same period in 2010, with about 17,400 applications processed during the quarter. Profitability appears in line with the projections used in the DCF analysis, as EBITDA for the quarter (combining JJZIA and JJZ Inc) is about $3,981,000 – on track for the estimated $16,000,000 annual estimate provided by management. Although the 1st quarter is usually strong due to carrier retention bonuses, management indicates that this trend is mitigated in this particular period by the lag effect of slow sales in mid-2010, while the performance since that time indicates continued strong profits for the remainder of 2011.

The ID Theft product, another important segment of the Group's business, has enjoyed increasing success during the 1st Quarter. The media reports of confidential data breaches at Epsilon and Sony fueled increased activity in this product – commissions were

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 40 of 137 PageID #: 5924

Thompson 000164

$1,320,000 for the quarter (a run rate of $5,280,000 annually, up more than 13% over the 2010 level of $4,650,000). Over 3000 IDT cases were closed in April alone, showing the increasing volume – the 2010 average was 60-65 cases per business day, but the April rate indicated an increase to 110-130 per day. This indicates that the actual annual volume may actually outpace an arithmetic extrapolation of the Q1 results.

The local property and casualty business also shows a 10% revenue improvement year to year. Management expects further gains, as the Company is beginning to experiment with e-mail blasts aimed at its existing life customer base, pitching P&C products.

The impact of the revenue and profitability improvement in Q1 2011 has not been explicitly taken into account in the calculations for this valuation assignment, as it based solely on the reviewed financials for the period ended 12/31/2010. The strong interim reports, however, do add weight to the conclusion that the 2010 performance and management projections are representative of future cash flows and that valuation assumptions based thereon are not speculative. Note: The projections for the DCF analysis do reflect growth assumptions based on management discussions – these assumptions are in line with the performance of Q1 2011.

## 14. Valuation of the Subject

The choice of the appropriate valuation approach (or approaches) to be used in a given valuation project is based on the judgment of the Valuer. The valuer's choice of methods is determined by the characteristics of the business to be valued, the purpose and use of the valuation and it's report, the pattern of historical performance and earnings of the subject Company, the Company's competitive market position, experience and quality of management, the availability of reliable information requisite to the various valuation methods, the marketability of equity ownership interest to be valued, and others. These factors are embraced by the Internal Revenue Services' Revenue Ruling 59-60, which outlines relevant considerations when determining value of a closely held business:

- o History and nature of the business;

- o Industry and general economic outlook;

- o Book value and financial condition;

- o Earning capacity;

- o Dividend-paying capacity;

- o Existence of goodwill or other intangible value;

- o Prior sales and size of the stock transaction being considered; and

Thompson 000165

- Comparisons to similar publicly traded guideline companies and private Company sales transaction data.

This Revenue Ruling also states that common sense, informed judgment, and reasonableness are required by the Valuer in determining a proper value in addition to the fundamental consideration described above.

## 14.1  The Search for Comparable Transaction Market Data

Transactional market data can be found in transactions consisting of either minority or controlling interests in either publicly traded or closely held companies. There are basic considerations that will provide useful guidelines n the selection of comparative publicly traded companies or acquisitions. Some of the more important considerations include the availability of adequate financial and price information; the Company's line of business, location, quality, and depth of management; the size of the comparative Company; trading activity in the stock; and the specific block of stock or equity ownership interest that is the subject of the valuation assignment.

More specifically, the factors to consider in determining the similarity of a particular guideline Company would include: size, financial position, liquidity, years in business, financial-market environment, marketability of shares, operating efficiency, geographical diversification, past growth of sales and earnings, rate of return on invested capital, stability of past earnings, dividend rate and record, quality of management, nature and prospects of the industry, competitive position and individual prospects of the Company, basic nature of the activity, general types of goods or service produced, relative amounts of labor and capital employed, extend of material conversion and value added, amount of investment in plant and equipment, amount of investment in inventory, level of technology employed, and the level of skill required to perform the operation.

In general, the market for public companies has the following characteristics: (1) financial data readily available and prepared in conformity with generally accepted accounting principles and SEC filing requirements: (2) companies are substantially larger; and (3) fundamental differences cause distortions between publicly traded and closely held companies.

In contrast, the market for closely held companies has the following characteristics: (1) limited access to data where financial data is often prepared for tax purposes; (2) closely held companies are typically similar in size; and (3) there are more fundamental similarities between closely held companies because of their common interests (see below) and because they do not benefit from the relatively easy liquidity of the public market.

There are other fundamental differences between public companies and closely held businesses. Closely held companies have one or more of the following risk attributes that are not inherent in their public Company counterparts:

Case 3:17-cv-01187     Document 104-10     Filed 05/23/19     Page 42 of 137 PageID #: 5926

Thompson 000166

- Lack of management depth or key person dependence

- Dependence upon a single product or service line

- Dependence upon a few customers

- Limited geographic market

- Relatively small market share

- Limited buying power or supplier dependence

- Unstable margins and/or highly volatile earnings

- Investment motivation is to acquire a job and the investment is less liquid

- High financial leverage and sources of dept financing is limited

The criteria used to search for comparative market data of both publicly traded and closely held sales transaction data to be compared to Zander Group is presented below.

### *Public Guideline Companies*

| Industry | Standard Industrial Classification ("SIC") Codes: 6411-Insurance Brokers |
|---|---|
| Size | Sales of Companies with revenue between $20 million and $3.2 billion |
| Types of Transactions | Controlling Interests |
| Time | Control transactions since 2007 until the valuation report date |
| Standard of Value | Fair market value transactions in which the buyers were independent financial buyers |
| Domicile | US Corporations |
| Status | Companies with positive earnings; i.e., not in financial difficulty |

### *Closely Held Companies*

| Industry | Standard Industrial Classification ("SIC") Codes: 6411-Insurance Brokers |
|---|---|
| Size | Sales of Companies with revenue of more than $250,000 and less than $600 million |
| Types of Transactions | Controlling Interests |
| Time | Control transactions since 2007 until the valuation report date |
| Standard of Value | Fair market value transactions in which the buyers were independent financial buyers |

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 43 of 137 PageID #: 5927

Thompson 000167

| Domicile | US Corporations |
|----------|-----------------|
| Status | It can be difficult to determine whether a closely-held business is in financial trouble. This is due to the limited quantity or quality of available information respecting private sales of such businesses. To a certain extent it is possible to eliminate the influence of distress sales and non-arm's length transactions by rejecting outliers or using only median multiples in an industry group. |

## 14.2 Minority Interest Transactions

### 14.2.1. Publicly traded companies

The purpose of gathering guideline Company information is to develop value measures based on prices at which stocks of similar companies are trading in a public market. The value measures developed will be applied to Zander's fundamental data and correlated to reach an opinion of value for the Company. Our search of available databases to identify possible comparable guideline companies produced companies in the Insurance Agency sector and/or equivalent SIC code that met the minimum criteria requirements and are presented in the tables below:

| Comparable Company | Symbol | P/E Ratio (TTM) | Enterprise Value/Revenue | Enterprise Value/EBITDA |
|--------------------|--------|-----------------|--------------------------|-------------------------|
| Arthur J Gallagher & Co. | AJG | 18.8 | 1.98 | 11.05 |
| Aon Corporation | AON | 22.2 | 2.49 | 12.96 |
| Brown & Brown Inc. | BRO | 23.3 | 3.82 | 10.85 |
| Marsh & McLennan Cos. | MMC | 19.5 | 1.66 | 13.40 |
| Willis Group Holdings | WSH | 14.6 | 2.57 | 9.40 |
| | | | | |
| *Mean* | | *19.7* | *2.50* | *11.53* |

*Yahoo Finance Data 3/1/10*

Valuation analysts often determine that price-to-revenue multiples or price to cash flow multiples are a more reliable indicator of value than the price-to-earnings multiple in many cases, especially when valuing closely-held entities, as the owners of relatively small businesses are afforded the discretion to manipulate net income. We thus review all three of the above-noted multiples in our analysis.

### 14.2.2. Closely Held companies

There is no established marketplace for minority interests in closely held companies in this business segment.

## 14.3 Controlling Interest Transactions

### 14.3.1 Closely Held Companies

This valuation method uses databases of sales of controlling interests in closely held businesses. Databases reviewed for this valuation assignment included *Bizcomps, Pratt's Stats, and the IBA Market Comparison Database*. The sales price for each reported sales transaction in each of these databases is used to derive separately calculated price-to-sales and price-to-earnings (assuming earnings are positive) multiples for each given transaction. Each multiple represents a ratio that is calculated based on the sales price to the net sales (revenue) or the net income (usually reported as EBITDA to provide a proxy for free cash flows) from the property, which is then either applied against the subject Company's sales or net profit to arrive at a value. Two components of this method are the sales or net profit and the appropriate multiple to be used.

*Bizcomps* is a database produced by Jack R. Sanders, an active business broker in San Diego. The *Bizcomps* database is published in a series of four editions with each edition published on an annual basis. There are three geographical editions: Western, Central, and Eastern. In addition, larger transactions obtained from the other three editions are published in a National Industrial Edition. The information is gathered from about 20 business brokers in each region and includes sales information by Standard Industrial Classification ("SIC") category. It currently reports information related to the sales of over 5,500 businesses throughout the United States. *Bizcomps* typically reports transaction prices compared to two key variables: sales revenue (Annual Gross) and free cash flow (Seller Discretionary Earnings or SDE). We found five transactions under SIC code 6411 which met our criteria.

Another database used to obtain relevant market data was *Pratt's Stats. Pratt's Stats* is the newest market source for comparable market sales data. Business Valuation Resources has joined with the International Business Brokers Association in developing it. *Pratt's Stats* includes the M & A Source Gold Company Database (which had been started around 1993, but was never completed). The M & A Source is a subsidiary of the International Business Brokers Association and is composed of intermediaries involved in transactions priced primarily in the $500,000 to $50.0 million range. Information for the *Pratt's Stats* database is gathered from transaction completed by M & A intermediaries and business brokers. The database currently has over 5,200 transactions. We found four companies under SIC code 6411 meeting our criteria.

The last database we reviewed is maintained in a market data file by the Institute of Business Appraisers, Inc. ("IBA" a professional organization, which maintains a proprietary database of actual transactions of closely held businesses and professional practices all over the United States. The IBA database is the largest

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 45 of 137 PageID #: 5929

Thompson 000169

known source of market transactions of small closely held businesses. It includes over 19,000 transactions. We found no companies under SIC code 6411 meeting our criteria.

Although we did not obtain a large sample of transactions in these databases, we believe that there are a sufficient number of transactions from *Pratt's Stats* and Key Value Data's *BizComps* to provide us with comparable indications of value for Zander Insurance Group. A summary of the transactions by database is presented below in 6-2: Transactional Databases.

*BizComps Guideline Data*

| Business Type | Transaction Year | Implied Price to Revenue Multiple | Implied Price to Cash Flow (SDE) Multiple |
|---|---|---|---|
| Insurance Agency (SIC 6411) | 2010 | 0.29x | 1.88x |
| Insurance Agency (SIC 6411) | 2010 | 0.64x | 0.95x |
| Insurance Agency (SIC 6411) | 2009 | 0.56x | 0.90x |
| Insurance Agency (SIC 6411) | 2009 | 2.12x | 3.57x |
| Insurance Agency (SIC 6411) | 2009 | 1.55x | 3.12x |
| | | | |
| *Mean* | | *1.03x* | *2.08x* |

*Pratt's Stats Guideline Data*

| Business Type | Transaction Year | Implied Price (MVIC) to Revenue Multiple | Implied Price (MVIC) to EBITDA Multiple |
|---|---|---|---|
| Insurance Agency (SIC 6411) | 2007 | 2.48x | 6.84x |
| Insurance Agency (SIC 6411) | 2007 | 2.16x | n/a |
| Insurance Agency (SIC 6411) | 2007 | 0.16x | n/a |
| Insurance Agency (SIC 6411) | 2008 | 3.05x | 6.14x |
| | | | |
| *Mean* | | *1.96x* | *6.49x* |

*Note: The Pratt's Stats comparable market transactions are perhaps more directly comparable than those recorded by Bizcomps, as they represent much larger entities and are thus more similar to the subject company, with its national market scope and revenue level approaching $25million annually. Only two of these firms were profitable at the time of sale, however, so the relative mean value multiples applied to revenues in these transactions may be understated due to the characteristics of the underlying firms.*

In this case, we also had access to an industry trade group study of relative private transaction values. This report, titled the "Private Ownership Study" and dated December 2010, was provided by <u>Reagan Consulting</u> for the Independent Insurance Agents & Brokers of America (IIABA) as part of its industry review for 2010, provides industry transaction data trends for a ten year period – 2000 thru 2010. The chart, reproduced below, also differentiates between transaction values based on guaranteed payments at closing versus those with earn-out components.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 46 of 137 PageID #: 5930

Thompson 000170

This chart illustrates the impact on industry segment M&A of the recent economic adjustments, as values for the reviewed agencies clearly peaked in 2007, and 2010 transaction values are more similar to values realized in 2003 and 2004.



Merger & Acquisition EBITDA Multiples since 2000

☒ Typical Guaranteed Price ☐ Sellers' Total Expected Payout ☐ Maximum Price Available

*Source: Reagan Consulting Analysis*

## 15.    Valuation Methods Considered and Rejected

### 15.1   Market Approach:  Prior Transactions in Subject Interest

A market value evaluation methodology relies on recent transactions involving the stock of the Company, often thus providing some indication of the current value and/or relative liquidity of the shares.  Unfortunately, many private companies, like Zander Insurance Group, are very closely held by the proprietor(s) or his/her family, resulting in a limited market for the shares, and thus minimal or no active trading of shares in an objective or arms-length market setting.  As there have been no recent transactions involving Zander Group stock, we cannot use this method to derive a fair market value.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 47 of 137 PageID #: 5931

Thompson 000171

## 15.2 Income Approach: Dividend Paying Capacity

The IRS Revenue Ruling 59-60, Section 4(e) states:

Primary consideration should be given to the dividend-paying capacity of the Company rather than to the dividends actually paid in the past. Where an actual or effective controlling interest in a corporation is to be valued, the dividend factor is not a material element, since the payment of such dividends is discretionary with the controlling stockholders. The individual or group in control can substitute salaries, bonuses and other methods of compensation and owner expense reduction for dividends, thus reducing net income and understating the dividend-paying capacity of the ". It follows, therefore, that dividends are less reliable criteria of a fair market value than other applicable factors. The Company has not paid dividends in past years and does not intend to pay dividends in future years. Consequently, this method of valuation is not applicable."

## 15.3 Income and Asset Approach: Excess Earnings Method

This method, often referred to as the Treasury Method, combines an income method and an asset based approach to derive the value of a closely held business. It uses a capitalization of earnings method to value the intangible assets of an enterprise (basically its goodwill) after applying a reasonable return estimate to tangible assets of the business, as valued under the adjusted net assets method (see Adjusted Net Assets method described below). As Pratt states "perhaps the most appropriate application of the excess earnings method is for the purpose of allocating total value between tangible and intangible assets, not for the purpose of valuing the Company s a whole". Given the availability of direct income and market approach data for use in other methods, the reviewer deemed this method as less applicable for the subject assignment.

## 15.4 Income Approach: Risk Rate Component Model for Capitalization of Earnings

This method is basically an alternative approach to the development of a capitalization rate estimate. It provides a capitalization rate from a build-up process similar to the Ibbotson's approach. The key difference is that Ibbotson's build-up model conclusions are based on historical trend data, while the RRCM requires the Valuer to independently consider a number of risk factor categories as they relate to the subject business. The four primary categories are: Competition, Financial Strength, Management Ability/Depth, and Profitability/Stability of Earnings. The Valuer's assessment of these categories is used to derive a weighted average risk premium, which is added to a risk free rate to develop a pre-tax capitalization rate.

## 15.5 Asset Approach: Liquidation Value

Liquidation value is generally defined to mean the net proceeds that could be reasonably expected to be realized if the assets of a business were sold off piecemeal or in bulk, all

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 48 of 137 PageID #: 5932

Thompson 000172

liabilities extinguished and all business activity terminated. It assumes the discontinuance of the business as a going concern. This assumption is not consistent with the terms of this engagement to estimate fair market value of a controlling interest as a going concern. Based on management's intentions, Zander is going to continue to operate in the foreseeable future. In addition, the value of Zander Group based on a going-concern basis is greater than if the Company were to be liquidated. In the case of the subject Company, the liquidation value approach is also inappropriate due to the nature of the business – as a service Company, Zander Group generates substantial cash flow without significant capital assets; i.e., there are few non-cash assets to be liquidated in any case.

## 15.6   Adjusted Net Asset Method

We considered and rejected the determination of fair market value by using an asset-based approach (i.e., separately identifying and valuing all tangible and intangible assets of the business and then deducting the fair market value of all liabilities). This method is generally applicable only in valuing control ownership interests, where such owners possess the authority to access the values locked in the assets. This is true because the assets are owned by the corporation not by the shareholders – who own only shares in the corporation.

The use of book values from the most recent balance sheet is a traditional asset-based valuation technique in small private Company analysis. Any purchase price in excess of the net value of the acquired assets is typically treated as goodwill and must be amortized for tax purposes. A proper book value analysis includes consideration of the Company's capital structure, its liquidity, its overall debt load, and its working capital/cash flow position, in addition to basic net worth and/or listing of assets which might be acquired. The use of book value or other asset-based surrogate valuation methods also require consideration of a going-concern scenario. A liquidation scenario assumption often dramatically influences the potential valuation, as liquidation typically implies extraneous expenses and diminished market values.

This method is also not typically a major consideration in a service-oriented business such as an insurance brokerage. There are limited operating assets or capital assets in such a business model – repeatable cash flows are much more indicative of value in such an enterprise.

## 16.   Valuation Methods Considered and Utilized for this Assignment

After considering the methods rejected, as described in the previous section, we selected the capitalization of earnings method, the discounted cash flow method, the guideline public company method, and the merger and acquisition method (i.e., market transaction comparables) as the most appropriate methods for this valuation engagement. The following sections will describe these methods, as well as deriving an indicated value under each method.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 49 of 137 PageID #: 5933

Thompson 000173

## 16.1 Market Comparables & Market Transaction Comparables

A commonly used technique for corporate valuation analysis involves a review of publicly available information respecting related market transactions and/or market values of comparable public companies. The use of publicly traded comparable companies often provides a clear sense of the value placed on companies similar to the subject firm by knowledgeable traders in an efficient, active, free market. The typical practice is to use such public data to determine estimated revenues, earnings, cash flow, and/or asset multiples at which the subject Company might trade, were there an active market for its stock.

As with the pricing information provided by Guideline publicly traded stocks, the values indicated by related market transactions are expected to demonstrate efficient capital market principles. In industries characterized by significant acquisition activity, the values provided by a review of recent merger and acquisition activity may be more indicative of achievable company values than those represented in the publicly-traded comparables. This variance is typically positive, as the transaction values indicate the premiums accruing to control positions

The operations of Zander Insurance Group are fairly represented by a variety of recent private Company acquisitions by publicly traded companies. The majority of the Company's direct competitors, however, remain privately held, either as on a stand-alone basis, or as subsidiaries of much larger concerns. The lack of direct comparables among the public companies is related primarily to the niche focus of the Company's business. Most of the publicly traded concerns are much larger than the Company and do not focus their business on exactly the same product mix and more concentrated customer list available to the subject Company.

2ndG performed a review of Guideline market comparables using the above-described criteria. 2ndG was able to secure detailed information respecting published values for five structurally comparable public companies. Although all are much larger than the subject Company, each is an insurance broker or agent, not a carrier, all serve multiple lines of business, all serve national or international markets, and all are profitable. The public companies reviewed are listed on page 36 above and in Exhibit VI. 2ndG notes that it has used price to revenues and price to EBITDA multiples for this analysis. Thus, an adjustment is needed in regard to the Company's partnership tax status for values determined using the EBITDA multiples.

Similarly, the valuer must consider that "the typical market approach/guideline public company method concludes a non-controlling, marketable ownership level of value", by the nature of public company investments.[3] The applicable multiples and value conclusions drawn from such data may require adjustment in a control transaction. It is also important to note that a substantive adjustment will need to be made for relative size

---

[3] Guide to ESOP Valuation: 2nd Edition; Chapter 13; "Valuation Adjustments", p. 201; Reilly & Scweihs, Williamette Management Associates Printers; 2007.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 50 of 137 PageID #: 5934

Thompson 000174

and lack of marketability when comparing the private subject Company to these highly liquid public securities.

| Comparable Company | Symbol | P/E Ratio (TTM) | Enterprise Value/Revenue | Enterprise Value/EBITDA |
|---|---|---|---|---|
| Arthur J Gallagher & Co. | AJG | 18.8 | 1.98 | 11.05 |
| Aon Corporation | AON | 22.2 | 2.49 | 12.96 |
| Brown & Brown Inc. | BRO | 23.3 | 3.82 | 10.85 |
| Marsh & McLennan Cos. | MMC | 19.5 | 1.66 | 13.40 |
| Willis Group Holdings | WSH | 14.6 | 2.57 | 9.40 |
| | | | | |
| *Mean* | | *19.7* | *2.50* | *11.53* |

*Yahoo Finance Data 3/1/10*

**Applying Comparable Public Market Multiples to Zander Group**

| 2010 Revenues | Revenue Multiple | 2010 EBITDA | EBITDA Multiple |
|---|---|---|---|
| $ 23,029,660 | 2.50x | $ 14,987,831 | 11.53x |
| *Value Estimate* | $ 57,666,269 | *Value Estimate* | $ 172,839,667 |
| | | | |
| *40% Size, DLOM, Risk Adjustment* | $ 34,599,761 | | $ 103,703,800 |
| *Adjustment for Tax Effect at 28%* | | | $ 74,666,736 |
| | | *Equivalent Net 2010 EBITDA Multiple* | 4.98X |

## 16.2  M&A or Market Transactions Method - Conceptual Basis

The Merger and Acquisition Method relies on value measures derived from transactions involving the sales of entire companies, rather than sales of minority interests of publicly traded stock as in another market method called the Guideline Company Method. Since the transactions comprise sales of entire companies, any derived value for the subject Company using this method results in a control value.

The value measure is usually some multiple computed by dividing the sale price of the subject Company by some economic variable (earnings, revenue, book value, etc.) observed or calculated from the comparable transactions. For instance, multiples of price/earnings, price/revenue, price/book value, etc. are often used to estimate values. The appropriate multiple, adjusted to be more comparable with the subject Company, is then multiplied by the applicable economic variable of the subject Company (earnings, price, book value, etc.) to derive the initial indicated value, before adjustment for shareholder-level factors such as size of the block and degree of marketability.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 51 of 137 PageID #: 5935

Thompson 000175

Generally, the economic factors that drive the value in this transaction approach should be comparable to those driving the subject Company. However, it is important to note that if public company transactions are used for comparison, that larger, public company transactions will generally reflect higher multiples paid for an acquisition than the smaller subject company. This is because larger companies tend to have greater management depth, stronger market positions, more diversified customers and products, easier access to capital and, due to the great financial resources, are generally viewed as less risky than the smaller subject company.

In addition, this method generally can be applied by using both public company and private company data. However multiples derived from public company data result in non-controlling, marketable values, as the typical public company investment is in a minority position. Detailed financial performance data about public companies is typically readily available, but because of the size of public companies, they are often not directly comparable to the subject company.

On the other hand, private company data, obtained more often than not from business brokers, is frequently available but with limited amounts of detail. In fact, the most often used multiples (ratios) available from these private databases are the selling price to the annual gross revenue and the selling price to some form of earnings (in most cases, some form of discretionary earnings). Almost all the databases provide only limited information about the business – a short description about its line of business, annual revenue, selling price and some form of earnings. In addition, transactions involving closely-held business entities are typically for control positions, as the stock in such entities is often non-marketable or illiquid without a control transaction.

The multiples derived from using the Merger and Acquisition Method may be averaged and/or modified to arrive at a single price-to-revenue and/or price-to-earnings multiple that is most similar to the subject company. This appropriate multiple(s) is (are) then applied against the subject company's revenue (sales), net cash flows, and/or net income to derive a value for the subject company.

In the Closely Held Companies private database transaction research (see page 37), we found several transactions from the *Bizcomps* and *Pratt's Stats* databases that met our criteria for comparability with Zander Group. We also found that the Price-to-Revenue multiple and Price-to-Cash Flows (EBITDA) multiples, as shown in Exhibit VI, are available for all of the transactions and are suitable for use in value estimates. It is important to note that the proxy value for transaction price provided by Pratt's Stats is MVIC or Market Value of Invested Capital. This simply means that *Pratt's Stats* has controlled for differences in leverage by deducting debt from the price paid in the transaction. What is provided by MVIC is thus the "price, net of debt". The valuer has followed the use of this convention when applying these market multiples. This convention can be a significant value factor, but in the case of the subject company, the lack of balance sheet leverage makes this distinction superfluous.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 52 of 137 PageID #: 5936

Thompson 000176

### 16.2.1 Summary and Indication of Value by this Method

*Applying Comparable Public Market Multiples to Zander Group*

| 2010 Revenues | Revenue Multiple | 2010 EBITDA | EBITDA Multiple |
|---|---|---|---|
| $ 23,029,660 | 2.50x | $ 14,987,831 | 11.53x |
| Value Estimate | $ 57,666,269 | Value Estimate | $ 172,839,667 |
| | | | |
| 50% Size, DLOC, DLOM, Risk Adjustment | $ 34,599,761 | | $ 86,419,834 |
| | | Equivalent Net 2010 EBITDA Multiple | 5.77X |

*Pratt's Stats Multiples applied to Zander Group 2010*

| 2010 Revenues | Revenue Multiple | 2010 EBITDA | EBITDA Multiple |
|---|---|---|---|
| $ 23,029,660 | 1.96x | $ 14,987,831 | 6.49x |
| Value Estimate | $ 45,138,134 | Value Estimate | $ 97,271,023 |
| Adjusted for Debt | $ 0 | | $ 0 |
| 20% DLOM & Risk Adjustment | $ 36,110,507 | | $ 77,816,818 |
| | | Equivalent Net 2010 EBITDA Multiple | 5.19X |

*Reagan Consulting Market Multiples applied to Zander Group 2010*

Seller Total Expected Multiple (with earn-out)

| | 2010 EBITDA | EBITDA Multiple (mean 2008-2010) |
|---|---|---|
| | $ 14,987,831 | 7.25x |
| | Value Estimate | $ 108,661,775 |
| Adjusted for Debt | | $ 0 |
| 30% combined DLOC, DLOM, & Risk Adjustment | | $ 76,063,243 |
| | Equivalent Net 2010 EBITDA Multiple | 5.08X |

Maximum Price Multiple (with earn-out)

| | 2010 EBITDA | EBITDA Multiple (mean 2008-2010) |
|---|---|---|
| | $ 14,987,831 | 8.75x |

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 53 of 137 PageID #: 5937

Thompson 000177

|  | *Value Estimate* | $ 131,143,521 |
|---|---|---|
| *Adjusted for Debt* |  | $ 0 |
| *30% combined DLOC, DLOM, Risk Adjustment* |  | $ 78,686,113 |
|  | *Equivalent Net 2010 EBITDA Multiple* | 5.25X |

It is important to note that we consider the cash flow multiple value to be more relevant than the revenue multiple value for this subject Company due to the following factors:

- The subject Company's cash flows (after recasting for excess owner compensation) tend to reflect its history out-performing the typical market in its industry segment. Applying cash flow multiples are thus most likely to give more realistic valuations for the subject company than revenue-based approaches.

- The measures associated with revenues, however, typically tend to mitigate any differences between firms in terms of financing choices (debt versus leases), owner compensation, tax planning, etc. Such measures are thus often useful for direct comparisons among private companies.

- The *Bizcomps* data (see page 37) provides value estimates that seem outside the normative range illustrated for other approaches considered to this point. A review of the detail behind these transactions (see Exhibit VI) may indicate the reason for these "spurious" results. All of the *Bizcomps* companies included in the data set are very small operations – most reported sales of less than $1 million annually. Although they are reported transactions in our target SIC Code and time parameters, they do not truly fit as comparable on this basis.

- The *Pratt's Stats* comparables are more relevant, with companies more in the range of operations of the subject Company.

- The Reagan Consulting multiples are considered as perhaps the most relevant, as they are provided by an independent industry analyst as part of a publication intended for used in planning associated with transaction values. This trend analysis is thus widely used by industry players as a rule of thumb for M&A planning. We thus believe that the recent-history-based market multiples are valuable for consideration in determining parameters for a current value range.

## 16.3 Income Approaches

The income approach is income or earnings based rather than an asset or market-based approach. This approach assumes that an investor whose objective is return on investment will invest in a property with similar investment characteristics, but not necessarily the same business. This approach derives the value of the business by discounting the expected future income streams of the business by the expected rate of

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 54 of 137 PageID #: 5938

Thompson 000178

return of the business. This discounted present value methodology evolves into a capitalization of earnings method when the expected future income streams are constant (i.e. single period stream of benefits). The capitalization of earnings method is merely the procedure of converting a single period stream (or a weighted average when the income is relatively consistent over time) of future benefits into value.

Historical data (because if its availability) is generally used as a starting point for estimating the future income of a business. Appraisers will often value larger businesses using a discounted future earnings method because larger companies generally tend to more easily develop reliable economic income projections. On the other hand, because smaller businesses may not be able to develop such reliable economic forecasts, appraisers will more often use the capitalization of earnings method in determining value of such smaller companies. However, there can be exceptions to these generalities because of the facts and circumstances of each specific valuation engagement.

## 16.4 Application of the Capitalization of Earnings Method

### 16.4.1 Conceptual Basis

The capitalization of earnings method is most appropriate when it appears that a company's current and historical earnings can reasonably be considered indicative of its future operations – that is stable earnings and a long-term sustainable growth rate. Under this method, a normalized future benefit stream is divided by a capitalization rate to arrive at an estimate of value. Based on the foregoing, the application of this method requires the selection of the following factors used in the formula to estimate value:

a. The selection of a benefits stream (usually earnings, cash flow, or dividends) to capitalize;

b. Whether the benefits stream base is applicable to equity or invested capital; and

c. The selection of a capitalization rate appropriate to the level of the benefit stream selected.

### 16.4.2 Benefits to be Capitalized

The selection of the level of benefits to be used in this method should be the one that represents the most probable expectation of future returns for the interest being valued. The selection process requires determining the following:

a. The type of benefits (e.g., earnings, cash flow or dividends);

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 55 of 137 PageID #: 5939

Thompson 000179

b. The number of years to be used. Under the capitalization of earnings method, a single benefit stream is used to represent future earnings into perpetuity.

c. If more than one year is used in the determination of the expected future benefit stream, then it is necessary to determine whether any special weighting favoring some years over others is appropriate.

We selected for the subject Company Normalized Earnings before Interest, Taxes and Depreciation and Amortization because EBITDA is the level of benefits that is the best proxy for the return available to the owner of the Company – the cash flows over which an owner can practice discretion – to fund dividends or profit distributions, etc. The most current full year of FY2010 projected cash flows were used because they represent a level of return which the owners believe will be the likely minimum to be repeated for the practically foreseeable future. The 2010 performance appears to be adequately supported by prior year trends. The fact that the Company continues to field increasing product inquiries, quote requests from customers and is experiencing continued growth in product sold lends additional credibility to this assumption.

It is important to note that the 2011 YTD performance of the Company indicates that reliance on the 2010 EBITDA performance for valuation multiples may be conservative, as the comparison year to year through the first 3 months (i.e. Jan-Mar 2010 vs. Jan-Mar 2011) shows that 2011 trends reflect continued sales and profitability growth. If this trend continues for the remainder of the year, as is asserted by Management, a valuation based on the 2010 level of cash flows may understate the Company's mid-2011 value by a like factor.

### 16.4.3   Equity of Invested Capital

The evaluator must determine whether an equity ownership interest should be valued using a direct or indirect method. If equity is valued using a direct method, then an income or cash flow, which relates to the equity (shareholders), must be capitalized or discounted using a capitalization or discount rate related t the equity holders. Common Benefit streams used when valuing equity directly include earnings (net of interest expense) before taxes ("EBT"), earnings (net of interest expense) after taxes ("EAT"), and equity net cash flows.

If equity is valued using an indirect method, then an income or cash flow, which relates to both equity and debt holders, must be capitalized or discounted using a capitalization or discount rate related to both the equity and debt holders. The rate is defined as a weighted average cost of capital or a "WACC". Common benefit streams used when valuing equity indirectly include earnings before interest and taxes ("EBIT"), earnings before interest, taxes, depreciation and amortization ("EBITDA"), seller's discretionary earnings ("SDE", or sometimes called "seller's discretionary cash flow"="SDCF"), or earnings before owner's compensation, depreciation, interest, and taxes, or invested capital net cash flows.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 56 of 137 PageID #: 5940

Thompson 000180

This approach results in a total market value for all invested capital (value to the equity holders and debt holders). The market value of the debt is subtracted from the market value of all invested capital to arrive at the market value of the equity.

## 16.4.4 Conclusion of Earnings Stream Capitalized for this Valuation

A valuation analysis method frequently used in the review of closely-held corporations involves the use of "recasted" historical earnings to provide base-line data respecting the expected earnings stream. The use of recasted earnings attempts to derive a typical earnings stream for the business, without undue influence from non-recurring or extraordinary income or expense items during the recent period used in the evaluation. In addition, "recasting" typically allows the evaluator to develop a model of the Company's earnings stream which is not influenced by "private company accounting" (including excessive owner's compensation, family expenses or payroll, aggressive expense timing, or other private perquisites, such as planes, boats, vacation homes, etc.) or other non-GAAP accounting conventions.

Zander's size and extremely conservative financial approach have resulted in comprehensive accounting and record keeping conventions. Management asserts that there are no non-GAAP accounting or reporting procedures, and that "private Company expense" can be clearly identified. The primary elements of "recasting" which may be relevant for an analysis of a company such as Zander Insurance Group include:

> Owner Salary, Bonuses, and Benefits
> Owner & Staff Vehicles
> Owner Life Insurance
> Discretionary Donations
> Family Salary, Costs, etc.
> Inter-company Transfer Payments
> Excess Travel and Entertainment Expenses
> Other Discretionary Expenses

In the case of the subject Company, the impact of earnings adjustments due to these recasting elements is not as complex of an issue as it might be in many small, private companies. The owners/operators of the Company have chosen to bonus out to themselves and key staff the majority of corporate earnings each year, and all discretionary owner items, such as owner travel, charitable contributions, etc. are expected to continue forward post-transaction in keeping with historical practice. Zander Group does not have any owner used assets in the business, such as residences, etc.

We have thus adjusted the pre-tax earnings stream and cash flow numbers to reflect a base-salary only annual cost for the services of the owner and key

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 57 of 137 PageID #: 5941

Thompson 000181

employees, in addition to standard benefits. All officer compensation above this figure is deemed an add-back in the normalization of earnings for used in the valuation process.

| 2010 Financial Statements | JJZIA Partnership | JJZ, Inc. | Combined |
|---|---|---|---|
| | $12,701,566 | $27,731 | $12,729,297 |
| *Add Diane Sacks commission exp* | *1,462,063* | | *1,462,063* |
| Deduct new Sacks salary | (500,000) | | (500,000) |
| *Add Bud Zander comm expense* | *349,999* | *349,646* | *699,645* |
| Deduct new Bud Zander salary | (160,000) | (160,000) | (320,000) |
| *Add Jeff Zander comp* | *863,720* | *388,163* | *1,251,883* |
| Deduct new Jeff Zander salary | (405,000) | | (405,000) |
| Net Adjusted EBITDA | $14,312,348 | $605,540 | $14,917,888 |
| *Add-back ESOP Transaction Exp (estimate of non-recurring exp)* | | | *69,943* |
| Combined EBITDA | | | $14,987,831 |

The recasted cash flow and earnings streams have been used by 2ndG in two valuation contexts:

- In the use of EBITDA (earnings before interest, taxes, depreciation and amortization) multiples and in the calculation of the discounted net present value of EBITDA streams tied to current and estimated future performance; and,

- As the basis for valuation methods tied to historical earnings. Given the philosophy as previously cited in Revenue Ruling 59-60, we looked to the public marketplace in determining our estimate of the capitalization rate, as developed in section 16.3.5 Selection of Capitalization Rate is presented below.

## 16.4.5 Selection of an Appropriate Capitalization Rate

A critical step in the development of the fair market value of an equity ownership interest under the capitalization of earnings method is the determination of a capitalization rate for the appropriate definition of economic income forecasted.

The capitalization rate is any divisor (usually expressed as a percentage) used to convert anticipated benefits into value. Alternatively, the discount rate is a rate of return (cost of capital) used to convert a monetary sum, payable or receivable in

Thompson 000182

the future, into present value and also must be appropriate t the forecasted income streams. The discount rate represents the total rate of return that an investor would demand on the purchase of an investment given the level of risk associated with the investment. Basically, the difference between the two rates is the capitalization rate equals the discount rate less the expected growth rate.

## Ibbotson's Build-Up Method

*As of April 2011*

| | | 2010 | | 2009 |
|---|---|---|---|---|
| Risk-free long-term U.S. Government Bond Rate | | **4.10%** | | **4.60%** |
| | | | | |
| Equity Risk Premium (Ibbotsons) | 6.00% | | 5.20% | |
| Micro Cap Size Premium (Ibbotsons) | 6.36% | | 6.28% | |
| | | | | |
| **Return in Excess of Risk-Free Rate** | | 12.36% | | 11.48% |
| | | | | |
| Risk Premium for Company Specific Risk | | | | |
| Leverage/Liquidity | 1.00% | | 1.00% | |
| Earnings Volatility | 1.00% | | 1.00% | |
| Other Risk Factors Peculiar to Entity | 2.00% | | 2.00% | |
| Total Risk Premium for Company Specific Risk | | 0.00% | | 0.00% |
| | | | | |
| **After-Tax Net Cash Flow Discount Rate** | | **16.46%** | | **16.08%** |
| | | | | |
| LESS: Long-Term Sustainable Growth Rate | | -2.00% | | -2.00% |
| After-Tax Net Cash Flow Capitalization Rate for Next Year | | **14.46%** | | **14.08%** |
| | | | | |
| Cash to Earnings Factor | | 0.00% | | 0.00% |
| After-Tax Net Income Capitalization Rate for the Current Year | | **14.46%** | | **14.08%** |
| | | | | |
| Intangible Earnings Factor | | 0.00% | | 0.00% |
| After-Tax Intangible Capitalization Rate for the Current Year | | **14.46%** | | **14.08%** |
| | | | | |
| Tax Effect (1 - tax rate 28% for Sub S adjustment) | | 72.00% | | 72.00% |
| Pre-tax Net Income Capitalization Rate for the Current Year | | | | |
| **Pre-Tax Intangible Capitalization Rate for the Current Year** | | **20.08%** | | **19.56%** |

The expected rate of return for an investment in the subject Company is based on the risk associated with that investment and the rates of return available on alternative investments. The expected rate of return determined, or the capitalization rate plus the expected growth rate, must combine to meet the expectations of the hypothetical buyer (investor) under the fair market value standard, as required in this valuation assignment. In addition, this rate of return must also be one that is acceptable to the "willing seller", as also inherently embedded in the definition of the fair market value. In accordance with this definition of value, the valuation analyst must determine an acceptable rate of return

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 59 of 137 PageID #: 5943

Thompson 000183

that both a hypothetical willing buyer and a hypothetical willing seller would deem acceptable without compulsion and with knowledge of relevant information.

Furthermore, as explained in Standard of Value, the buyer is assumed to be a financial and not a strategic buyer. Therefore, the buyer is not motivated by any synergy or other strategic advantage. It also is important to note that an investor will require rate of return, as expected returns are perceived to contain more risk. Empirical studies have indicated that the investors of publicly traded firms have required rates of return of above prevailing risk-free rates because of the additional risk associated with private firms. For example, closely held firms have limited access to public capital markets increasing the inherent risk and thus the required rate of return.

**Risk free rate.** The risk-free rate of return is generally the rate of return an investor can obtain without taking on market risk (i.e., free of the risk of default). The consensus of financial analysts today uses the 20-year Treasury yield to maturity as of the effective date of the valuation for the risk-free rate of return. In addition, Ibbotson Associates, which is often used in the development of discount and capitalization rates, uses this rate of return in it calculations of equity risk premiums because its data goes back to 1926 and 20 years was the longest period U.S. Treasury obligations were issued during the earlier years of that time period.[4]

The estimated 20 year U.S. Treasury bond yield provided by Ibbotson for 2010 was 4.10%. This rate, listed in the 2011 Valuation Edition released in March 2011, is typically used by value professionals for all value estimates performed during the following year.

**Equity Risk Premium (Reflecting Systematic Risk).** The equity risk premium ("ERP") is the reward required by investors to accept uncertain outcomes associated with owning equity securities and is measured by distributions (dividends and withdrawals), the reinvestment of dividends in the market, and the capital gain or loss in the value of the investment. It represents the extra return that equity holders expect to achieve over risk-free assets on average. Ibbotson has calculated this in two ways – based only on historical returns, and based on historical returns adjusted for a three average changes in P/E ratios, to reflect the influence of investor's future expectations on the equity risk premia. The supply-side ERP is calculated by Ibbotson Associates using the arithmetic average returns on the Standard & Poor's 500 from 1926 to December 31, 2010 over the income return for the same period on the 20-year U.S. Treasury bond as the benchmark for the risk-free rate.

The ERP as reported for 2010 is equal to 6.0%.[5]

**Small Company Risk Premium.** This added-risk element is associated with the additional risk inherent in the development of equity risk premiums for smaller

---

[4] Ibbotson Stocks, Bonds, Bills and Inflation 2011 Valuation Edition Yearbook, Key Variables Summary, Table C-1.
[5] Ibid.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 60 of 137 PageID #: 5944

Thompson 000184

companies as compared to larger companies. The need for this size premium adjustment is the result of the fact that small companies generally are more risky than larger companies. Empirical studies have shown that stocks of small companies tend to generally outperform stocks of larger companies. The greater risks inherent in smaller companies are the results from limited access to capital markets, dependence upon limited products and geographic market with relatively small customer bases, reliance on few suppliers, limited management depth and/or key person dependence, etc.

The risk premium for size is again obtained from Ibbotson Associates Annual Studies. Because an industry risk premium is incorporated in this build-up capitalization rate computation, Ibbotson Associates notes that the proper size premium to be used should be the beta-adjusted size premium found in Table 6-5, not the simple difference in returns of large and small Company stocks. In this case, 6.36% is the beta-adjusted size premium for the 10th decile. This is the group of companies whose market cap ranges from just over $2,000,000 up to $173,000,000 – i.e., the smallest studied group, and the most directly comparable to the subject Company.[6]

**Specific Company Risk Premium.** This last increment relates to other factors specific to the subject company and is based on the Valuer's professional judgment, as no empirical data or evidence presently exists to measure these specific risk drivers. The Valuer not only needs to identify these specific risk drivers applicable to the subject company, but must also determine their incremental magnitude to the rate of return.[7]

- **Operating History, Consistent Earnings Growth.** The summary of historical financial performance on page 27 of this report shows a steady increase in the Company's historical revenue and operating earnings from 2003 through 2010. Because of this historical revenue and operating history of the Company, we have made a very conservative specific risk premium adjustment for this factor, which is typically higher in private company analysis due to the tendency for highly variable trends due to the tendency for highly variable trends. The Company has continued to grow and outperform its industry group throughout multiple business cycles. In addition, the Company's profitability trends are much better than typical in its industry niche, so we have added a negative 1% earnings volatility premium.

- **Relative scope compared to competition.** We considered the long-history of the firm, its relative customer concentration, its relative capacity compared to competition among other factors. We have determined that these elements do not provide for specific risk characteristics beyond that typical for other small companies in its industry. In fact, the Company's consistent ability to outperform its industry and its competition leads us to conclude that it has less than typical industry risk.

---

[6] Ibid., p.39
[7] Ibbotson Stocks, Bonds, Bills and Inflation 2009 Valuation Edition Yearbook, Key Variables Summary, Table 3-5, page 39

Thompson 000185

- **Reliance on Key Personnel.** We noted that the Company's reliance on the Dave Ramsey relationship (and thus on Mr. Ramsey personally as a spokesperson) is at least partially mitigated by the $10,000,000 life policy on his life. Zander management indicates that it feels that this capital could be used to offset the potential loss of Ramsey-related leads in two ways: to fund direct purchases of leads from commercial sources, and to fund "start-up" costs associated with building advertising relationships with similar radio shows and celebrity endorsers. We have chosen to address this risk in the context of the different value methods, rather than as a systematic risk applied to the discount rate itself. For instance, this risk is likely to be meaningful to certain industry acquirer and may thus be applicable to value estimates based on market transaction data.

  The Company's reliance on other key personnel is a factor, especially as relates to Jeff Zander, but we do not deem this risk to be greater than typical for other firms in this segment. Mr. Zander has ample operational staff and the structure of the "divisional" approach to the business tends to reduce its reliance on any one player to produce revenues and profits. Mr. Zander already travels significantly with his family, and the business's growth rate and profits have not been affected by his periodic absence. We made no adjustment for this factor.

- **Financial Risk.** We noted that the Company's balance sheet has consistently shown current assets in excess of current liabilities that were above the industry averages, and the Company has a relatively short collection period for its receivables compared to the industry norm. In addition, its total lack of debt results in leverage and coverage ratios that imply much less than the industry risk profile. For detail, refer to the financial analysis presented beginning on page 32 of this report. For all of the reasons noted above, we decided to add a negative risk factor for leverage of 1% to the specific risk premium for financial risk.

- **Diversification.** The Company's operations are clearly subject to customer concentration related to the reliance on the Dave Ramsey advertising medium as source for the critical term life insurance leads. Diversification is a management objective, for which trends indicate positive movement. We assigned a 2% specific risk premium to this category.

  The modest level of this risk premium is based on three factors:

1. The substantive level of existing business not dependent on Ramsey is indicative of the fact that the performance of Zander is also supported by its unique business model, not just its advertising relationship.

2. The existence of other sources for leads for its key products - management has worked to develop other radio shows for its advertising, and expects to

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 62 of 137 PageID #: 5946

Thompson 000186

enter into a second national sponsorship arrangement (for a minimum of 160 markets) in June of 2011.

3. The Ramsey key man insurance provides ample capital to further develop alternatives in the event of his death.

- **The combination of the above factors has led to assignment of a 0.0% (null) net specific risk factor to the Ibbotson build-up model. This represents our assessment that the subject Company is ultimately no more risky than its market competition.**

It is also important to note that the Ibbotson trend data is based upon after-corporate-taxes investment yields, not personal level taxes to the investor. It is thus necessary to adjust discount rates derived from this trend data if they are to be applied to pre-tax data for the subject company. The discount rate used by the reviewer should thus be tax-effected to make it applicable to the partnership tax pass-through status of the Company. See Sub S Adjustments on page 67 of this report for a discussion of a valuation analyst's approach to pass-through income. By adjusting the discount rate to reflect no corporate tax, the reviewer has adjusted for consistency with the use of pre-tax EBITDA cash flows. A 28% tax adjustment was used to adjust the post-tax Ibbotson data. The 14.46% derived capitalization rate is thus divided by 72% to develop a pre-tax capitalization rate of 20.08%.

It should also be noted that the studies performed by Ibbotson/Morningstar compare the returns of risk-free securities to after-tax returns realized by investors in equity securities (i.e. common stock). Because the corporate returns thus analyzed represent returns realized by investors in non-controlling positions of the related companies, a discount rate derived from such generally results in a value indication relevant for a non-controlling investor.[8]

## 16.4.6 Summary and Indication of Value by this Method

By dividing the selected normalized EBITDA by the capitalization rate, we arrive at the value of $ 74,628,204 before application of discounts (see chart).

---

[8] Guide to ESOP Valuation: 2nd Edition;, p. 472; Robert F. Reilly & Robert P. Schweihs, Willamette Management Associates Printers; 2007.

Case 3:17-cv-01187     Document 104-10     Filed 05/23/19     Page 63 of 137 PageID #: 5947

Thompson 000187

| | 2010 | 2009 |
|---|---|---|
| Pre-Tax Intangible Capitalization Rate for the Current Year | 20.08% | 19.56% |
| EBITDA (w exec comp adjustments) | $ 14,987,831 | $ 12,503,011 |
| Implied Value of Zander Insurance Group Cash Flows | $ 74,628,204 | $ 63,935,852 |
| less Long Term Debt | 0 | 0 |
| Implied Value of Zander Insurance Group Equity | $ 74,628,204 | $ 63,935,852 |
| less 15% discount for Risk & DLOM, etc. | $ 63,433,974 | $ 54,345,474 |
| *Equivalent EBITDA Multiple* | *4.23* | *4.35* |

Since the real estate is owned outside of the business and is not considered as part of this valuation, there are no significant non-operating assets to be considered. In the use of the capitalization of earnings method, such assets, if substantive, are often added to the capitalized earnings value to arrive at a total equity value of the subject business.

## 16.5  Ibbotson's Industry Specific Multiples – Alternative Income Approaches

The Ibbotson 2010 Cost of Capital Yearbook (see page for SIC 64 in Exhibit V) provides three key metrics which can be used to perform alternate income approach valuation estimates using the subject firm's EBITDA. These industry specific measures are derived from the Ibbotson proprietary data, and thus are not used to determine a value conclusion, but are provided to give an alternate (or sanity check) indication of potential subject company values. Note:  different adjusting discounts were applied to the different methods, in recognition of the variance between the underlying investment parameters. For instance, the WACC rate, like the discount rate, is determined on a non-controlling, marketable basis, so requires no adjustment for control, but may require adjustment for illiquidity; while the Price/Earnings multiple approach is based on large public firms, and likewise is deemed non-controlling and marketable, but is derived from after-tax earnings in large firms, and may thus require significant adjustment for size, tax effect, and marketability, as well as specific-company risk.

Thompson 000188

Value Estimates Using Ibbotson's Industry Specific Cases
applied to Zander Group 2010 EBITDA

| Method | Factor | Estimates |
|---|---|---|
| Three Stage WACC | 15.51% | |
| tax effected cap rate | 21.54% | |
| Implied Value | | $ 69,576,005 |
| 15% Risk & DLOM discount | | $ 59,139,604 |
| *Equivalent 2010 EBITDA multiple* | | *3.95* |
| | | |
| Price Cash Flow Multiple | 11.49 | $172,210,178 |
| tax effect at 28% | | $123,991,328 |
| 35% Risk & DLOM adjustment | | $ 80,594,363 |
| *Equivalent 2010 EBITDA multiple* | | *5.38* |
| | | |
| Price/Earnings Multiple | 17.77 | $173,116,942 |
| tax effect at 28% | | $124,644,198 |
| 35% Risk, Size & DLOM adj | | $ 81,018,729 |
| *Equivalent 2010 EBITDA multiple* | | *5.41* |

## 16.6   Discounted Cash Flow Method –  Build-up Approach

The Discounted Cash Flow Method utilizes the concept that the worth of a business is best represented by the present value of the estimated cash flow streams it can generate in the future.  The estimated cash flow streams of the business enterprise are adjusted to reflect the time value of money as well as the associated business and economic risks of the enterprise.

This method relies on the ability of the Valuer and/or management to forecast earnings or cash flows with reasonable accuracy and assess the risk associated with those earnings or cash flows.  As with any forecast, there is an element of uncertainty involved.  This method is most suitable with current and historical performance does not provide a reasonable proxy for future performance or an unsustainable rate of growth is expected for some years.

In this case, Management believes that the firm will continue to experience significant growth despite negative industry trends and/or economic conditions.  In short, they contend that the unique business model implemented by the Company, coupled with the conservative consumer spending and investment trends which have resulted from the economic shocks of the past few years, has positioned the Company for continued growth.  The Company's ability to outperform the industry during the recession and its trending 10% growth rate year over year during Q1 2011 adds credence to management's projections.

Thompson 000189

Finally, management indicates that its projections reflect an expectation that the post-ESOP management team (led by existing staff, with oversight by the current owner) will continue to be aggressive in terms of seeking opportunities for growth despite the related increased workload, due to the direct incentive provided by the ESOP shares.

## Ibbotson's Build-Up Method

*As of March 2011*

| | | |
|---|---|---|
| Risk-free long-term U.S. Government Bond Rate | | **4.10%** |
| | | |
| Equity Risk Premium (Ibbotsons) | 6.00% | |
| Micro Cap Size Premium (Ibbotsons) | 6.36% | |
| | | |
| **Return in Excess of Risk-Free Rate** | | 12.36% |
| | | |
| Risk Premium for Company Specific Risk | | |
|     Leverage/Liquidity | -1.00% | |
|     Earnings Volatility | 0.00% | |
|     Other Risk Factors Peculiar to Entity | 2.00% | |
| Total Risk Premium for Company Specific Risk | | 1.00% |
| | | |
| **After-Tax Net Cash Flow Discount Rate** | | **17.46%** |
| | | |
| **Pre-Tax Effective Cash Flow Discount Rate for DCF** | | **24.25%** |

(Tax effected at 28% to reflect Sub-S = effective DCF discount rate)

The discount rate to be applied in the DCF calculation (as well as the capitalization method described above) has been determined using the Ibbotson build-up method. Ibbotson Associates (now a division of Morningstar) is widely recognized as a source for historical trend data for use by valuation professionals.

## 16.7 Discounted Cash Flow Value Estimate

The pre-tax DCF derived above is then used in a calculation to determine the value of the projected cash flows generated by the subject Company. This calculation is illustrated below:

Thompson 000190

## Zander Group - Discounted Cash Flow Methodology

**Calculation of present value factors:**
**based on discount rate of :**      **24.25%**
**(from Ibbotson build-up)**

| Year | Formula for Present Value Factor | Present value factors for 24% rate of return |
|------|----------------------------------|----------------------------------------------|
| 1 | 1/(1.24)1 | 0.8065 |
| 2 | 1/(1.24)2 | 0.6504 |
| 3 | 1/(1.24)3 | 0.5245 |
| 4 | 1/(1.24)4 | 0.4230 |
| 5 | 1/(1.24)5 | 0.3411 |

**Calculate the value of the business:**

1. Calculate the present value of the annual cash flows:

| Year | Net Cash Flow | Present Value Factor | Today's Value | GR% |
|------|---------------|----------------------|---------------|-----|
| 1 | $ 14,987,831 | 0.8065 | $ 12,086,960 | |
| 2 | $ 16,200,000 | 0.6504 | $ 10,535,900 | 7.5% |
| 3 | $ 17,300,000 | 0.5245 | $ 9,073,630 | 6.4% |
| 4 | $ 18,000,000 | 0.4230 | $ 7,613,525 | 3.9% |
| 5 | $ 18,700,000 | 0.3411 | $ 6,378,715 | 3.7% |
| | | **Total** | **$ 45,688,730** | |

2. Calculate the present value of the terminal value:

| Year | Net Cash Flow | Present Value Factor | Today's Value |
|------|---------------|----------------------|---------------|
| 5 | $ 18,700,000 | | |
| | / 22% cap rate = | | |
| | $ 85,000,000 | 0.3411 | **$ 28,994,158** |

3. Add both present values:

| | |
|---|---|
| PV of annual cash flows | $ 45,688,730 |
| PV of terminal value | $ 28,994,158 |
| **TOTAL VALUE OF BUSINESS** | **$ 74,682,888** |

| | |
|---|---|
| 4. Less Market Debt | $ - |
| 5. Value Estimate | $ 74,682,888 |

| | |
|---|---|
| 6. Less DLOM & Risk adjustment of 15% | $ 63,480,454 |
| *Equivalent 2010 EBITDA Multiple* | *4.24* |

Thompson 000191

## 17.1 Other methods & considerations for valuing the transaction – the value of the tax shield

Another consideration peculiar to ESOP valuation is the potential value of the "tax shield" effect implicit in the annual ESOP contribution. Some valuation analysts calculate a DCF value for this tax savings and add it to their nominal valuation estimates before any discounts are applied. In the case of the subject Company, the value of the tax shield can be illustrated as follows:

|  | | DCF of ESOP Tax Shield | |
|---|---|---|---|
|  | | $4.0mm Payroll Assumed | |
| 25% | $ | 1,000,000 | Annual Tax Free Payments |
| 39% | $ | 390,000 | Annual Shield |

PV of 5 Year Loan Payback stream
at WACC for industry sub-group from Ibbotson
(see p.52 = 15.51%)

| PV = | $1,356,294 | to add to Value before discounts |
|---|---|---|

## 17.2 Selection of the Most Suitable Methods

The use of EBITDA in valuation analysis reflects 2ndG's opinion that this measure most accurately indicates the value of a company's operation to an acquire interested in available cash flow, as actual tax, depreciation and amortization treatments may vary with chosen corporate structures, accounting methods, and tax elections. In this case, it is critical to be consistent in the treatment of cash flows, as the partnership/Sub S status of the Zander Group & affiliates means that it is not taxed at the corporate level, with all tax attributes on a pass-through basis to the owners. When EBITDA is used in this context, the valuations provided are pre-debt, thus requiring adjustment for outstanding long-term debt.

We have taken the partnership status of the Company's earnings into account by tax-effecting the discount rate and the capitalization rate derived by the build-up method. This, in effect, treats the Company's cash flow estimate (EBITDA) as if it were an after-tax earnings measure. This matches the Sub-S pass-through income to the methods used by Ibbotson to generate historical trend data.

We have determined that the various market comparable methods are the most suitable for valuing the equity of the subject Company. The active consolidation of brokers and agencies over the past several years provides actual market data respecting the relative valuations of players in the subject Company's market niche. In addition, the existence of historical trend data respecting broker & agency valuations, provided by industry trade groups and independent consultants, tends to reinforce acceptance of the market multiples data by decision-makers in the segment. Knowledge of market transaction values may thus have an impact on the pricing of future transactions.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 68 of 137 PageID #: 5952

Thompson 000192

We conclude that the subject Company would likely trade at the higher end of market ranges for its industry, due to its history of outperforming other similar firms, and due to its total lack of debt – its earnings would tend to be more immediately accretive to a potential acquirer than those of a more highly leveraged alternative. Discounts to the market multiples should be applied to reflect various risk factors – see discussion below.

The value implied by the market comparables are somewhat higher than those generated by purely financial models such as a DCF analysis. We believe this reflects a important tendency in the market to ascribe a long-tem premium to strong performers in this segment. It is important to note, however, that the DCF and other approaches are "in the ballpark" of the market values, even after discounts are applied. The net DCF-derived value represents is at least 80% of the value estimates provided by the market comparables – providing an important "sanity check" for consideration by the valuer.

## 18    Adjustments

### 18.2   Notable Transaction and Subject Considerations

- Subject Company financial performance – no leverage and very high profitability indicates potential to rapidly re-pay ESOP transaction-related debt.

- Self-funding by seller limits transaction expense and provides "runway" (i.e., the possibility of slower repayment or adjusted terms) if economic conditions impact growth plans. It should be noted, however, that the business would have to be greatly eroded before there would be any risk of default. The total proposed ESOP debt is effectively in the range of 2 times existing annual cash flow, even if there is no growth.

- High profitability of the subject Company is not solely related to lead source, but relies in large measure on unique business model and operational methods. Risk of loss of lead source is also at least partially mitigated by key man insurance.

- Business model and product emphasis are in line with (or lead) industry trends – simple, inexpensive products marketed and delivered on-line with very tight expense controls. Voluntary re-pricing of products maintains tie to consumer and assurance of good supplier pricing.

- Revenue growth potential not limited to existing business lines – large "installed base" of consumers offers ready market for introduction of new products or aggressive cross-marketing of existing products as a means to generate organic growth. Management believes the subject Company has focused to date on "low-hanging fruit" in term life and ID theft, and

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 69 of 137 PageID #: 5953

Thompson 000193

emphasizes that other product sales will accrue similar benefits from the low-cost distribution model inherent in its business model.

- The subject Company has many options for suppliers/carriers and has developed or identified multiple lead sources. The risk profile is more systemic/economic, not necessarily linked to specific relationships.

## 18.3   Adjustment for Control

Widely accepted theory within the business valuation community holds that an investment in a privately-held company is worth the present value of all of the future benefits inuring to the holder of that equity interest. Clearly then, if the holder has a control position, it is anticipated that the holder can accelerate the benefits, take direct steps to enhance the future benefits, or at least support the probability that they will be generated. On the other hand, a minority or non-control position is generally held to be at risk of being subject to the judgment, ethics and management skills of the controlling equity-holders. Depending on situation-specific factors, the impairment of value to the non-controlling equity position can be significant. The use of discounts for lack of control has been widely supported in court and tax court decisions.[9]

### Conceptual Basis

Minority shareholdings or ownership interests that lack the ability to control a business enterprise are considered to be worth less on a pro rata basis than similar control of a major interest, and are adjusted accordingly. A minority adjustment, or adjustment for lack of control, takes into account the inability of an owner of a fractional interest in a closely held business to control the operation and management of the business. In particular, a security interest lacking control is unable to compel distribution of profits (absent judicial remedies), to force liquidation, or to effect any significant business change. Because of the limitations inherent in owning a non-controlling interest in a closely-held business, a willing buyer will presumably purchase such an interest only at a price that takes into account such limitations.

There are a number of methods for determining the appropriate discount for lack of control (DLOC), or conversely, for determining the appropriate estimating factors for "Control Premiums" for value estimates related to the potential sale of an enterprise. Most valuation analysts tend to rely on published academic studies which measure control-related premia and discounts in groups of historical transactions. Others rely on ranges of discounts accepted by the tax courts in published IRS rulings.

---

[9] National Association of Certified Valuation Analysts – 2006 Training Manual: Fundamentals, Techniques & Theory, Chapter Seven.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 70 of 137 PageID #: 5954

Thompson 000194

### DLOC Adjustment Appropriate for Subject Interest

The determination of whether a derived value is on a control or minority basis is based on the valuation methodology utilized. Under the income valuation method, the key to determining whether a derived value is a control or a minority value depends on the determination of economic income. Shannon Pratt, a noted authority on business valuations, states in his book entitled *"Valuing a Business"*, that "almost all of the difference in control versus minority value in the income approach is found in the numerator (the expected economic income), rather than in the denominator (the discount or capitalization rate.)"[10] This means that to the extent the normalizing adjustments represent those that are solely at the discretion of the controlling owners, the resulting indicated value represents a control value. Alternatively, if a minority value is required, then it is inappropriate to record a controlling adjustment.

<u>Discount for Lack of Control</u>. 2ndG has applied a modest minority interest discount of 10-15% to the value estimate for those value methods in which the underlying characteristics are not already non-controlling. The proposed transaction is basically internal with a known financial buyer, and the ESOP is expected to acquire a position approaching 50% of outstanding equity (all models of the transaction have been for positions up to 49%). If the final transaction does, in fact, apply to a 50% position for the ESOP, it could be deemed to be a control position and the negative impact of even a modest minority discount would be overstated.

It is also deemed inappropriate to apply a control premium for the same reason – both parties to the proposed transaction would view the Company value from a 50% stock fair market context.

## 18.4   Adjustment for Lack of Marketability

Protection from many risks associated with holding even a minority interest in a business can be controlled in the public stock market by simply selling the equity holdings, should the investor determine that trends or management actions are elevating risk beyond an acceptable level. The owner of equity (even if it is a control position) in a privately-held business, however, does not have the same ability to readily liquidate (convert into cash) his or her holdings. This implies a discount for lack of marketability (DLOM). Dr. Shannon Pratt defines marketability as **"The ability to convert the business ownership interest (at whatever ownership level) to cash quickly, with minimum transaction and administrative costs in so doing and with a high degree of certainty of realizing the expected amount of net proceeds."[11]**

Courts have followed this principal, and most valuation analysts again rely on academic studies which attempt to measure the relative pricing of historical transactions in

---

[10] Shannon P. Pratt, with Robert F. Reilly and Robert P. Schweihs, *Valuing a Business, The Analysis and Appraisal of Closely Held Companies* (Irwin Professional Publishing, 1996), p.304.
[11] National Association of Certified Valuation Analysts – 2006 Training Manual: Fundamentals, Techniques & Theory, Chapter Seven.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 71 of 137 PageID #: 5955

Thompson 000195

situations that control for liquidity, such as restricted stock studies, and pre-IPO studies. These studies tend to product a range of defensible discounts of from 25-40% for DLOM for minority positions. For control transactions, the discount is usually in a range between 0-25%.

The purposes of this valuation report, which contemplates the potential of a buy-out of owner(s) interest by the ESOP trust, would not support the need to consider a large marketability discount, from a facts and circumstances perspective. As Appendix 1 indicates, the factors important in determining the DLOM suggests that the Company should be at the low end of any discount range; therefore only a low DLOM is considered appropriate here. It may be argued that a minimal DLOM should be applied in any case, largely to take into account the time and administrative risks of carrying out a sale, as well as the risk related to the need to secure financing for a transaction. Since the contemplated transaction is an ESOP sale, the players in the proposed transaction have clearly taken transaction costs and financing costs in to account in developing the projections on which the transaction decisions are based.

"One factor that generally distinguishes ESOP-owned corporate shares in a closely-held corporation is the "put" option associated with ESOP plan shares. A put option requires the employer corporation to repurchase the distributed employer securities. The effect is to enhance the marketability and liquidity of the plan participant's ownership interest and, therefore, to reduce or eliminate the appropriate discount for lack of marketability." [12] An existing market thus exists with regard to the employer stock owned by the ESOP, but consideration must be given to potential limits on the employer's ability to redeem the stock according to the contractual obligations, such as cash flow limitations related to acquisition debt, market timing, etc.

In keeping with the nature of this assignment, therefore, we have applied a modest marketability discount of 10%. We have adjusted this discount, however to recognize the impact of other non-systemic risk that might be recognized be a knowledgeable industry buyer.

The use of a combined risk/marketability discount recognizes two primary factors in our consideration – the strong performance of the firm and the attractiveness of its future revenues from its existing customers and their "book of business" tends to support a lower DLOM, while the reliance on the Ramsey network for the majority of the key term life insurance leads tend to favor a Company specific value discount from a risk perspective.

After consideration of these balancing factors, we have used a 15% combined Risk/ DLOM in our analysis.

---

[12] Guide to ESOP Valuation: 2nd Edition;, p. 475; Robert F. Reilly & Robert P. Schweihs, Willamette Management Associates Printers; 2007.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 72 of 137 PageID #: 5956

Thompson 000196

## 18.5  Sub-S Related Adjustments *(typical analytical arguments that also relate to the subject Company's partnership structure)*

Since the seminal case of Gross vs. Commissioner in 2001, the subject of Sub-S to C-Corp valuation adjustments has been widely argued among valuation analysts. In effect, there are three elements to this discussion:

It is important to note that the Ibbotson trend data is based upon after-corporate-taxes investment yields, but not personal level taxes to the investor. It is thus necessary to adjust discount rates derived from this trend data if they are to be applied to pre-tax data for subject companies with Sub-S or LLC structures. The discount rate used by the reviewer should thus be tax-effected. By adjusting the discount rate to reflect no corporate tax, the reviewer can make the use of public Company "returns-trend" data consistent with the use of pre-tax EBITDA cash flows more frequently available for private company analysis. For instance, a 28-35% tax adjustment (assumed as a proxy for typical personal and/or corporate tax rates) can be used to adjust the post-tax Ibbotson data. The derived Ibbotson build-up capitalization rate is thus divided by 65-72% to develop a pre-tax capitalization rate. This is basically the approach of the Tax Court in the Gross decision.

### 18.5.1  Capitalization of discount rate adjustments for dividend and/or capital gains tax rates:

In subsequent studies and cases (such as Delaware Radiology, and most recently Bernier), analysts have acknowledged that the true benefit of S Corporation ownership lies in the avoidance of dividend and capital gains taxes. As Nancy Fannon[13] argues, this leads to a conclusion that the simple application of corporate tax rates tends to overstate the benefit of Sub-S adjustments and thus over-values the subject company in many cases. Based on the studies performed and models derived by various experts, such as Grabowski, Treharne, Mercer and Van Vleet, Fannon has build a case that the more appropriate adjustment factor would be for 20% to 28% in avoided dividend or capital gains related taxes.

2ndG has used a moderate 28% rate to adjust for partnership/Sub-S status, in recognition of these two arguments raised by industry experts. Recognizing the Company's S-Corp status, 2ndG has chosen to tax-effect the discount rate and capitalization rate determined via the build-up method. Appraisal literature and relevant case law respecting the impact on values of pass-through entities is mixed in its conclusions, but most experts seem to feel that consistent use of either pre-tax or tax-adjusted cash flows and discount rates will provide suitable valuations estimates.

---

[13] *"S Corporations: Getting Down to Basics"*, <u>Value Examiner</u>, March 2007

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 73 of 137 PageID #: 5957

Thompson 000197

### 18.5.2  Adjustments for trapped-in gains

Built-in or trapped-in gains are the final issue – this topic relates to items which can create built-up gains in the capital account of an owner in a Sub-s or LLC entity. Most likely is a gap between book value and fair market value of fully-depreciated corporate assets – this results in a gain which may be recognized at the time of sale or liquidation of the entity (or the assets in question).  A second element of built-in gains may result from the build-up of basis in the capital account of the owner (like the increase of basis in a stock), which can occur when a Sub-S entity does not distribute 100% of its earnings. Current practice tends to recognize the potential for adjustments to reflect trapped-gains, but the IRS has historically recognized the impairment of value in most cases, due to the argument that there is no clear expectation of liquidation of any particular assets implied in a hypothetical arms-length transaction.  In more recent cases, such as Dunn, Simplot and Eisenberg, there has been some consideration given to the judgment of the valuator in applying such discounts on a fact & circumstances related basis. [14]

In the case of Zander Insurance Group, we have made the determination to use a 28% adjustment factor to tax-effect the Ibbotson build-up capitalization rate.  We have also determined not to use an adjustment for trapped-in gains, as the purpose of the valuation exercise (to provide a basis for planning of a buy-out between two basically internal shareholders) does not imply a situation where it is certain that such gains would be triggered by the sale or liquidation of assets in the near-term.

### 18.6   Other considerations or adjustments

Balance sheet adjustments. The insignificant book value does not tend to reflect the overall value of the enterprise.  The earnings trends reflect sound management and solid profitability, but companies of this size are usually deemed to be much more subject to fluctuation in value based solely on volatility in earnings. In a case with substantive assets, this risk may be mitigated.  Also, the Company's operational real estate is not owned by the Company and it is not subject to any agreements that would transfer with the Company's stock.  It is thus not considered in the valuation of the Company stock.  In this case, however, 2ndG did not rely on balance sheet based valuation methods due to the service industry nature of the business.

Leverage-related adjustments. The complete lack of leverage used by Zander has a strong positive impact on the valuation.  The relatively strong current assets position (after recasting for excess owner compensation) indicates sufficient liquidity to meet near-term obligations, while the strong cash flow provides sufficient excess liquidity to cover likely swings in market conditions.  Other firms in this segment would have to take leverage into account – deducting any market debt from enterprise value to develop a comparable net value for their equity.

---

[14] National Association of Certified Valuation Analysts – 2006 Training Manual: Fundamentals, Techniques & Theory. Chapter Seven.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 74 of 137 PageID #: 5958

Thompson 000198

Zander's unleveraged approach (i.e., no use of debt) tends to increase its potential valuation to the extent that the possibility of use of leverage in the future may improve its ability to fund growth or weather temporary cyclical downturns in its volume, as well as providing liquidity for a buyer (such as the proposed ESOP) to finance part of the purchase by relying on the Company's free cash flow.

<u>Company Specific Risk Adjustments</u>. "The application of non-systematic adjustments is specific to the facts & circumstances of each individual employer corporation security."[15] A typical company-specific risk adjustment relates to growth trends and management projections for continued increases in revenues and profits. We are of the opinion that management's projections are not overly speculative, based on the historical performance of the Company and the industry trend data which indicates that the Company may have real competitive advantages over its competition. See page 53 for additional discussion of relative specific Company risk factors.

The primary specific Company risk for this subject is related to its lead-generating relationships with the Dave Ramsey organization. Although other direct marketers of insurance use similar "financial adviser celebrity" relationships to assist in their marketing efforts, such as Suze Orman and SelectQuote.com, the length and depth of the Ramsey relationship with Zander is in some ways unique.

Zander management has taken steps to mitigate the risk inherent in its high concentration on the Ramsey relationship (key man insurance, identifying and testing alternate lead generating methods, etc.) but we remain convinced that some third-party buyers would view this relationship as critical in the value equation for the Zander Group. Perhaps most important is the perception that most potential acquirers would not "fit" with the Ramsey ethos – i.e., no debt, sell only term insurance, etc. – and would thus not be assured of continued representation by Ramsey.

This is an important consideration in the context of risk discounts related to the Ramsey connection. The proposed ESOP transaction does not represent the same level of risk in this regard. The Ramsey and Zander organizations are interrelated at various operational levels (including the fact that the current Zander COO came from the Ramsey organization) and the sale of Zander equity to an ESOP does not interfere with the shared ethos of these organizations. No third-party is involved, no changes in business model or strategy are expected, and there is not even any outside debt involved in the proposed transaction.

For these reasons, we have imposed only a modest specific-Company risk discount for this issue – a 5% additional risk discount is applied in conjunction with the Discount for Lack of Marketability to the various valuation method calculations. See page 63 for further discussion of this discount.

---

[15] <u>Guide to ESOP Valuation: 2nd Edition</u>; Chapter 13; "Valuation Adjustments", p. 200; Reilly & Schweihs, Willamette Management Associates Printers; 2007.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 75 of 137 PageID #: 5959

Thompson 000199

# 19    Reconciliation of Indicated Values

The chart below illustrates the range of values derived using the valuation methods considered, and the relative discounts applied to each, in keeping with the various combinations of tax status, control, and marketability inherent in the data underlying each approach.

| Reconciliation of Indicated Values | | | | |
|---|---|---|---|---|
| Valuation Method | Approach | Value Indication | Discount (Size, DLOM, DLOC &/or Risk) | Determined Value |
| Capitalization Rate | Income | $ 74,628,204 | 15% | $ 63,433,974 |
| Discounted Cash Flows | Income | $ 74,682,888 | 15% | $ 63,480,454 |
| Ibbotson SIC-Specific WACC | Income | $ 69,576,005 | 15% | $ 59,139,604 |
| | | | | |
| Pratt's Stats - EBITDA | Market | $ 97,271,023 | 20% | $ 77,816,818 |
| Public Comparables - EBITDA | Market | $ 172,839,667 | 50% | $ 86,419,834 |
| Reagan Trend Study - EBITDA | Market | $ 108,661,775 | 30% | $ 76,063,243 |
| Ibbotson SIC-Specific Cash Flow | Market | $ 123,991,328 | 35% | $ 80,594,363 |
| Ibbotson SIC-Specific Price/Earnings | Market | $ 124,644,198 | 35% | $ 81,018,729 |
| | | | | |
| Plus value of tax shield | Income | $ 1,356,294 | 15% | $ 1,152,850 |

2ndG relied primarily on market comparables methods in arriving at its conclusion of value. The market comparables derived value range was adjusted based on a review of income approaches, such as capitalization rate and discounted cash flow methods, and the valuer's assessment of the risk of the firm attaining future earnings and revenue growth in line with management's projections, given relative economic and industry trends.

### Value Conclusion $ 75,000,000

This value assumes that all of the member equity is voting and that the interest valued is non-controlling, since the proposed transaction would involve up to 49%equity interest in the combined Zander Group operating companies.

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 76 of 137 PageID #: 5960

Thompson 000200

**Note:  The allocation of this value between the two operating companies to be involved in the proposed ESOP transaction is an additional consideration for the valuer in the context of this transaction.**

Issues considered in this context include:

- JJZ, Inc. houses the insurance agency licenses under which all TN property & casualty products are legally sold
- JJZ Inc. is thus paid certain commissions and volume bonuses from carriers
- JJZ, Inc. houses all property & casualty insurance products sold – a potential area for growth in future

- JJZIA Partnership houses the Ramsey advertising relationship & related contracts
- JJZIA Partnership houses the ID Theft carrier relationship & related contracts
- JJZIA houses the 50 state licenses for the two current dominant product groups – Term Life and ID Theft – the primary source of current cash flows
- JJZIA also houses the 50 state licenses for two potential growth product groups – Disability and Individual Health
- JJZIA is the primary operational unit, housing staff and functional expenses

- Both entities are operated under the aegis of the same management team
- Both entities are operated as "divisions" of the Zander Group entity –i.e., they basically use the same operational staffing model and distribution system.
- The primary differentiation is by product sold
- The agency licenses would have limited value without the DRP lead generating and IDT product relationships
- The business relationships would have limited value without the insurance licenses
- The entities are not operated as if separable, even though they could be legally separated
- The value of the different tangible and/or intangible assets (license, contracts, trademarks, copyrights, etc.) would likely differ between the entities in a liquidation context, but the subject valuation is being performed on a going concern basis, so this issue may not be relevant in context.
- The relative earnings of JJZ Inc are inflated by the fact that all executive comp has been added back.  A general manager salary of $112,500 + 25% benefits or $150,000 in total is estimated by management as appropriate to take this adjustment into account.

Given these considerations, the valuer has allocated value to these entities on the basis of their relative contribution to net cash flows or earnings before tax as reported (i.e., before adjustments).  On this basis:

Thompson 000201

**Allocation of Value Between Entities**

| | 2010 Revenues | Proportion % | 2010 PreTax Earnings | Proportion % |
|---|---|---|---|---|
| JJZIA Partnership | $ 20,379,587 | 88.42% | $ 12,701,566 | 98.74% |
| JJZ Inc. | $ 2,668,557 | 11.58% | $ 238,313 | 1.84% |
| Total | $ 23,048,144 | | $ 12,939,879 | |

Using PreTax Earnings as a proxy for EBITDA & same multiple as for overall valuation (JJZIA includes all other add-backs)

Combined value    $75,000,000 / 14,987,831 = 5.00X
JJZ Inc Value =   $238,313 X 5.00 = 1,191,565

| Implied Value Allocation of $ 75,000,000 | | |
|---|---|---|
| | JJZIA | $ 73,808,435 |
| | JJZ Inc | $ 1,191,565 |

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 78 of 137 PageID #: 5962

Thompson 000202

## Appendix 1 – Issues/Criteria for an ESOP Valuation

In the context of this assignment, there are several key factors that must be taken into account in a formal ESOP valuation or fairness opinion. The impact of these factors would be impossible to estimate on a priority basis, as the terms and conditions of the transaction are unknown and such terms and conditions are critical in the assessment of the value from the ESOP's perspective.

**Premise of Value** – the rules for ESOP valuations carry criteria which expand beyond the typical "fair market value" language, as indicated below:

The Employee Retirement Income Security Act (ERISA) requires than an ESOP pay no more than "adequate consideration" when investing in employer corporate securities. Adequate consideration" generally follows the specific guidelines for the definition of fair market value under the Internal Revenue Service Ruling 59-60.

The relevant approach to the definition of "fair market value" is provided by the Department of Labor proposed regulation section 2510.3-18 (b) (2) which defines it: fair market value is defined as the price at which an asset would change hands between a willing buyer and willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties are willing, as well as able, to trade and both parties are well-informed about the asset and the market for that asset. The DOL proposed regulations are commonly used by professionals in evaluating ESOP-related issues. Although never ratified, they are deemed to represent the intent of the department and thus serve as a guide.[16]

**The valuer has used this premise of value in the preparation of this report.**

**Methodology** – the typical approach for ESOP valuations is to use multiple tests to determine if the ESOP acquisition price is "adequate consideration". For example, the valuer may consider not only the Fair Market Value for the stock at or near the date of the transaction, but also the intrinsic value of the ESOP investment. Analysis of the intrinsic value of the ESOP investment compares the relationship between the ESOP's acquisition price and its future benefit from ownership of the stock – this analysis may compare future value to present value or may compare the IRR implicit in the transaction to the ESOP's cost of capital.

> **These approaches were considered as part of the analysis, and we do not believe that any adjustment of our value estimate is warranted.**

Independence – An employer corporation stock valuation by an independent financial adviser is typically required:

1. When the ESOP makes an acquisition of employer corporation securities
2. At least annually thereafter….
3. Whenever there is an employer stock purchase/sale transaction between the plan and a party in interest (such as other shareholders), and

---

[16] Guide to ESOP Valuation, Second Edition, Reilly & Schweihs, 2007, Willamette Associates Printers, p. 31.

Case 3:17-cv-01187     Document 104-10     Filed 05/23/19     Page 79 of 137 PageID #: 5963

Thompson 000203

    4.  If the ESOP sells out of its employer corporation stock ownership position.

An independent financial adviser for such report purposes must meet requirements similar to those under IRS Regulation 1.170A-13(c)(5). That regulation refers to independent appraisals of property donations made to charitable organizations. Basically, this indicates that:

1. The adviser holds itself out to the public as an appraiser or performs appraisals on a regular basis;
2. The appraiser's qualifications are described in the appraisal and indicate that it is qualified to make appraisals of the type of asset being valued:
3. The appraiser is not a party to the transaction for which the value is being appraised and is independent of all the parties to the transaction; and
4. The appraiser is aware that intentionally false or fraudulent misstatement of the value of the property described makes it subject to civil penalties.[17]

**In this case, the valuer meets all of the stated criteria. Please refer to the attached Appraisal Certification for a "pledge of independence" and to the CV of the appraiser for corroboration of this statement.**

## Other Considerations

There are other issues that must be carefully considered in an ESOP transaction valuation report or fairness opinion. These elements may impact the value, or may indicate concerns regarding the structure, etc.

It is important to note that the terms and conditions of the ESOP purchase transaction may impact the value or fairness – for instance, the evaluator must carefully consider the feasibility of the pay-back of the acquisition debt – using the terms (maturity period, collateral value assumptions, seller note retained as a portion of the purchase price, interest rate, transaction cost) before opining on the fairness of the ESOP transaction pricing.

**In this case, the valuer has considered the dept-retirement analysis provided by the ESOP evaluation committee's advisors. Discussion of this analysis with management and advisors indicates sufficient cash flow coverage of the anticipated debt. The analysis, in fact, indicates adequate debt-service coverage in the event of a worst-case scenario assumption – the substantial cash flows thrown off by the subject companies' operations would lend credibility to the contention that timing is the only risk, not default. Sufficient liquidity should be available even if current projections are not met in full.**

**In addition, the current ownership group has agreed to act as the primary lender for the transaction – i.e., it will provide seller financing.**

**Although we have considered this issue, we do not believe any adjustment to our value estimate is warranted.**

---

[17] Treasury Regulations, Subchapter A, Section 1.170A-13

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 80 of 137 PageID #: 5964

Thompson 000204

1. Another structural issue relates to the ESOP plan contribution limitations. Based on the subject Company's payroll and employee characteristics, there may be limitations on the amount of cash flow that can be applied to the ESOP acquisition dept in a given year. In addition, a senior lender for an ESOP may require a cushion of projected cash flows that exceeds the ESOP plan debt service requirements. Both of these items can impact the value conclusion because they may change the dynamics of the interrelationship between the projected growth of the firm, the working capital required to fund growth, and the projected profitability of the post-ESOP firm. In a situation where projected performance is an important driver of value, this can be an important factor for planning.

   **Management's projections were designed to take this concern into account. Management has been advised by its' independent CPA firm, Goldstein Sacks and its transaction adviser Katz, Sapper, Miller of Indianapolis, Indiana as to the limitations of the proposed ESOP structure. The Valuer conferred with both Management and representatives of the CPA firm during its preparation of this report and are satisfied that the projections upon which the value is based adequately take ESOP limitations into account. Although we have considered this issue, we do not believe any adjustment to our value estimate is warranted.**

2. It is also important to note that the proposed transaction involving the sale of the owner's equity to a to-be formed ESOP may imply certain structural changes to the corporate entities involved. To the extent that such structural changes trigger taxable events or require extensive (and potentially expensive) legal and tax assistance, there may be substantive impacts on the Company's balance sheet (in terms of its cash position or short-term liabilities), especially as relates to working capital. Management must recognize this potential impact in its planning, as the current value estimate does not take into account further erosion of the Company's liquidity.

   **The valuer believes that the potential impact of structural changes has been taken into account. Again, meetings with Management and its CPA firm have provided comfort that the projected cash flows and debt service take these issues into account. The valuer has also relied on the existence of the "seller's financing" as a clear "cushion" to protect the ESOP from any unforeseen negative impacts on the projected liquidity. Although we have considered this issue, we do not believe any adjustment to our value estimate is warranted.**

3. Finally, it is important to note that the ESOP transaction terms may have an impact on the valuer's use of adjustments. For ESOP valuation reports, there are several key value approach factors that must be considered.

   - Control Premium
   - Discount for Lack of Marketability
   - Put Option and Repurchase Liability
   - Post Transaction Equity Value in Leveraged ESOPs

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 81 of 137 PageID #: 5965

Thompson 000205

# EXHIBIT I

Thompson 000206

**Management Representation Letter**

May 5, 2011

2nd Generation Capital, LLC
618 Church St., Suite 430
Nashville, TN 37219

Gentlemen:

Concerning your independent analysis with respect to the fair value of the common equity of Zander Insurance Group and its affiliates JJZ, Inc., JJZIA GP, Cardinal Trust, Toxaway Trust, and DRP Trust ("Zander" or the "Company"), as of May 5, 2011 ("Valuation date"), on a control basis. We represent to you that to the best of our knowledge and belief:

1. We have made available to you all information requested and all information that we believe is relevant to your valuation.
2. The financial statements of Zander Insurance Group and its affiliates furnished to you are in conformity with generally accepted accounting principles,
3. The Company has no commitments or contingent liabilities, including those arising from litigation, claims and assessments that are not disclosed in the financial statements identified above.
4. The Company does not have any (a) employment contracts with salaried employees, (b) stock option plans, or (c) stock redemption agreements with shareholders, except to the extent indicated in written agreements disclosed or furnished to you.
5. The Company is not currently negotiating the acquisition of new business interests or the disposition of existing segments or service lines.
6. The forecast of future earnings and cash flows as presented to you in connection with your valuation estimate presents our assumptions and the Company's expected financial position, results of operations, and cash, in conformity with the generally accepted accounting principles expected to be used by the Company during the forecast period. These principles are consistent with the principles that Zander Insurance Group and its affiliates have used in preparing its/their historical financial circumstances, of the expected conditions and our expected course of action. There have been no material changes in our future forecasts through the date of valuation that have not been disclosed to you.
7. We have reviewed the preliminary draft of your valuation report and represent that the information about the company represented therein is accurate and complete.

Very truly yours,

Zander Insurance Group and affiliates
Jeffrey J. Zander
Chief Executive Officer

Thompson 000207

# EXHIBIT II

Thompson 000208





618 Church Street
Suite 430
Nashville, TN 37219

615-846-7650
dholmes@2ndgeneration.com

## Dana Holmes, MBA, AVA, CFFA
## Member & Principal

Dana, a principal and member, joined 2nd Generation in 2006, after 20 years as a founding principal of Phoenix Partners, LLC. Phoenix, a Nashville-based financial advisory firm, specialized in debt restructuring, mergers and acquisitions, and strategic consulting. Dana and Phoenix acted as a contract consultant to 2nd Generation on several major client engagements.

Dana has extensive experience as a principal and team leader in mergers and acquisitions (both buy-side and sell-side), strategic consulting, private placement of equity and debt instruments, work-outs and turnarounds. He has served in the resident and managing partner role in an advisory firm, as well as in CEO and COO roles in operating companies in both high-tech and computer-services industries. He has led strategic planning processes for both private and public firms in many industries. He is vice president of our broker/dealer subsidiary, BrightChoice Financial, LLC and holds FINRA licenses 7, 63, and 24 (General Securities Principal).

Dana served as the vice president/director of securities research for both Hermitage Capital Corp. (formerly Allen C. Ewing & Co.) and the Financial Investors Fund. He was responsible for primary securities research, staff recruiting, staff management, staff training, as well as serving as a general office administrator and treasurer for this regional investment-banking firm. Duties included similar roles in an affiliated private investment partnership (FIF), which managed a pool of funds for financial institutions.

Dana has a bachelor's degree in political science and economics from Vanderbilt University and an MBA from Florida State University. He was recognized as a National Merit Scholar.

Dana is also an Accredited Valuation Analyst (AVA) and a Certified Forensic Financial Analyst (CFFA) specializing in financial litigation. Both designations are awarded by the National Association of Certified Valuation Analysts ( NACVA)

Dana serves on the board of directors of Tennessee Wildlife Federation. He previously served on the boards of Stingray Computers International, Genetics Associates, MSS, Inc., Somerset Homeowners Association, and Tallent Communications, Inc. He is a Scoutmaster of Troop 86 of the Boy Scouts of America. He lives with his wife and two children in Brentwood, Tennessee.

Thompson 000209

**DANA HOLMES, MBA, AVA, CFFA**
**CONTINUING EDUCATION REPORT**
**REPORT FOR 05/01/06 TO 12/2/10**

CATEGORY DETAILS

| NUMBER | TITLE | SPONSOR | INSTRUCTOR | LOCATION | START DATE | COMPLETION DATE | CPE HOURS |
|---|---|---|---|---|---|---|---|
| | Fundamentals, Techniques & Theory | NACVA | Various | Philadelphia, PA | 06/05/06 | 06/05/06 | 16.00 |
| | Calculation & Application of Income & Asset Approaches | NACVA | Various | Philadelphia, PA | 06/07/06 | 06/07/06 | 8.00 |
| | Case Analysis - The Market Approach | NACVA | Various | Philadelphia, PA | 06/08/06 | 06/08/06 | 4.00 |
| | Case Analysis - Discounts & Premiums | NACVA | Various | Philadelphia, PA | 06/08/06 | 06/08/06 | 4.00 |
| | Case Study - Facts to Conclusion | NACVA | Various | Philadelphia, PA | 06/09/06 | 06/09/06 | 8.00 |
| | The ABC's of Litigation Support for Family Law | NACVA | Webinar | Nashville, TN | 08/07/08 | 08/07/08 | 2.00 |
| | Business Valuation: Mastering Changes in Key Standards | Stafford | Webinar | Nashville, TN | 05/06/08 | 05/06/07 | 1.50 |
| | 10 Deadliest Mistakes of Expert Witnesses | NACVA | Webinar | Online | 05/07/09 | 05/07/09 | 1.00 |
| | 2009 AICPA Nat'l Business Valuation Conference | AICPA | Various | San Francisco | 11/15/09 | 11/17/09 | 22.00 |
| | Expert Witness Boot Camp | NACVA | Various | Tampa, FL | 05/03/10 | 05/05/10 | 24.00 |
| | Commercial Damages - Legal Theory & Case Law | NACVA | Various | Orlando, FL | 07/26/10 | 07/31/10 | 10.00 |
| | Calculating Economic Damages | NACVA | Various | Orlando, FL | 07/26/10 | 07/31/10 | 6.00 |
| | Deposition - Theory, Practice and Strategy; Witness Preparation & Communication with Jurors | NACVA | Various | Orlando, FL | 07/26/10 | 07/31/10 | 3.00 |
| | The Dynamics of Trial - Expert Testimony and Juror Perspectives | NACVA | Various | Orlando, FL | 07/26/10 | 07/31/10 | 8.00 |
| | ESOP Valuation:Repurchase Obligations | BVR | Webinar | Online | 08/25/10 | 08/25/10 | 1.50 |
| | 2010 AICPA National Business Valuation Conference | AICPA | Seminar | Washington, DC | 11/07/10 | 11/09/10 | 25.00 |
| | Advanced Techniques for Exceptional Report Writing - Part 1 | NACVA | Webinar | Online | 12/02/10 | 12/02/10 | 2.00 |

As of December 2, 2010

1

Thompson 000210

# Dana L. Holmes, MBA, AVA, CFFA

## Historical Summary of Previous Expert Witness Engagements Within the Past Ten Years

(As of April, 2011)

| Case Style | Court | Case # | Party Represented | Affidavit or Deposition | Represented at: | | |
|---|---|---|---|---|---|---|---|
| | | | | | Trial | Arbitration or Mediation (A) | Other |
| Eric Crawford; Peter Marcum; Robert Echols, Jr.; Peter Adams; and Essex Technology Group, Inc. vs Consumer Depot, LLC, Martin Fike and Michael hinds, both d/b/a "Hector Gomez;" Sonny Akers; and eBAY INC., | Fifth Circuit Court for Davidson County, Tennessee at Nashville | 03C-3242 | Plaintiff | X (under protective order) | | | |
| Cricket Technologies, LLC vs Mintz, Levin, Cohn, Ferris, Glovsky & Popeo. P.C., et. Al. | Circuit Court of Fairfax County, Virginia | 2008-13812 | Plaintiff | | | X (under protective order) | |
| Fastenetix, LLC vs Medtronic Sofamore Danek, Inc., and Sofamore Danek USA, Inc | United States District Court, District of New Jersey | 06-2070 SRC-MAS | Plaintiff | X (under protective order) | | | |
| Guesthouse International, LLC vs. Shoney's North America Corp. and Sholand, LLC | Chancery Court for the State of Tennessee, Eighteenth Judicial District, Sumner County | 2007C-204 | Defendant | X | | | active matter |
| Mary Jane McGee vs. Edward D. Jones & Co., LP and The Estate of William E. Hood | FINRA Mediation | FINRA 08-001121 | Plaintiff | | | X (under protective order) | |
| Martha Wilks vs. Edward D. Jones & Co., LP and The Estate of William E. Hood | FINRA Mediation | | Plaintiff | | | X (under protective order) | |
| Thomas Givens; Ethel Givens; Richard Roe; Ruby Roe; Carney Bell; and Dick Rolfe and Bonnie Bell, as Trustees of the Kent Patch, Inc. Defined Benefit Pension Plan vs Edward D. Jones & Co. LP and The Estate of William E. Hood | FINRA Mediation | FINRA 08-20823 | Plaintiff | | | X (under protective order) | |
| The Mahaffey Family Trust vs Regions Bank, Trustee | United States District Court, Southern District of Mississippi, Eastern Division | No. 4:09CV166 | Plaintiff | X | | X (under protective order) | |
| Chad J. Shandler, Trustee of Insilco Technologies, Inc. vs DLJ Merchant Banking, et.al. and McDonald Investments, Inc. | Court of Chancery of the State of Delaware | CA#4797-VCS | Defendant | | | | active matter |
| Greg Scott Daily - Debtor | United States Bankruptcy Court for the Middle District of Tennessee - Nashville Division | 3:09-bk-05337 | Plaintiff – Creditor | | | | active matter |
| Four Winds Manufacturing, LLC vs. Isotec International, Inc. | United States District Court for the Northern District of Georgia, Atlanta Division | 1:10-CV-0915 | Plaintiff | | | X | |

Thompson 000211

## Dana Holmes
## Speeches and Publications within the Past Ten Years [1]

o   "What Makes a Deal Work?", Winter-2005
o   "It's a Vision Thing, Spring-2005
o   "Calling the Ball Fair or Foul....The Independent Fairness Opinion", Summer 2005
o   "Business Owners Should Seek Professional Assistance in Valuation Matters", Winter-2007
o   "Turn to the Experts for Valuation Needs", Fall-2007
o   "Financial Experts Have Various Roles in Litigation", Fall-2008
o   "How to Find the Right Kind of Money to Meet Your Specific Needs", Spring-2008
o   "Dr. Mom is going High Tech", Summer-2009
o   "Not so Random Musings", Fall-2009
o   "Fallen Angels?", Spring-2010
o   "The Advisory Board....A Sound Alternative for Private Companies", Summer 2010
o   "Royalty payments...trust, but verify", Fall-2010
o   "An Awakening Middle Market Shows Signs of Recovery", Spring 2011

---

[1] Including only speeches with written notes preserved. There have been others at special purpose events, such as university student organizations and panel participation in continuing education seminars or venture capital forums for which no known written record exists. I have also excluded those for in-house produced newsletter.

Thompson 000212





618 Church Street
Suite 430
Nashville, TN 37219

615-846-7650
mcollins@2ndgeneration.com

## Mike Collins, CPA ABV CFF
## Managing Member & CEO

Mike is chief executive officer, managing member and founder of 2nd Generation Capital, LLC, a merchant-banking firm active as an investment principal, advisor, and placement agent (through its licensed broker/dealer subsidiary, BrightChoice Financial, LLC), 2nd Generation participates in private offerings both as an investor (together with its own principals, clients and associates) and as a placement agent. Among other services, 2nd Generation provides assistance in locating, evaluating and negotiating financing alternatives; fairness opinions and other business valuations; acquisition and merger transactions; general business consulting; expert witness and alternative dispute resolution; and industry and specific company investment analysis.

Mike is experienced in starting new businesses, developing and implementing their strategic and operating plans, and in obtaining necessary financing. He is a frequent speaker and author on current business and financing issues, healthcare industry investment and trends, corporate governance, negotiation, and litigation consulting and expert witness services.

Mike is an active investor. He has been engaged in the merchant banking and venture capital industries as a principal and senior executive for the majority of his business career. Mike is also managing partner of several venture investment partnerships affiliated with 2nd Generation. His investment experience spans many different industries including healthcare services, biotechnology, insurance, financial and business services, aerospace and defense, distribution, manufacturing and publishing.

Mike has served on numerous corporate boards and chaired executive, compensation, audit and other key committees. Among other boards, he is a past Chairman of the Board of Governors of the Sarah Cannon Research Institute, LLC, a clinical research organization and clinical trials services company, and he serves on the Advisory Board of XMi High Growth Development Fund, LLC, a Tennessee based venture capital fund. He is a member of KraftCPAs, an affiliate of and minority investor in 2nd Generation.

An honors graduate of the University of Tennessee, Mike also participates in continuing education programs, meeting or exceeding the requirements for his various professional certifications. He is a CPA, has the specialty designation Accredited in Business Valuations (ABV) and is Certified in Financial Forensics (CFF) and holds FINRA licenses 7, 63 and 24 (General Securities Principal). Mike has been accepted as a civilian attendee to the 2011 US Army War College Strategy Implementation Seminar program.

Mike's professional and community affiliations have included: Nashville Business Journal Healthcare Newsmaker Award; Nashville Medical News In-Charge leader selection; Financial Executives Institute, member and former chapter president; American Arbitration Association Neutrals Panel; American Institute of Certified Public Accountants and Tennessee Society of Certified Public Accountants, past chairman of various TSCPA committees and member of its ruling council; Association of University Technology Managers; Licensing Executives Society (USA and Canada); Tennessee Biotechnology Association; and other organizations related to healthcare and venture investment.

Thompson 000213

## Michael E. Collins, CPA, ABV, CFF
### Historical Summary of Previous Expert Witness Engagements Within the Past Ten Years
(As of November, 2018)

| Case Style | Court | Party Representing | Case # | Affidavit or Deposition | Trial | Arbitration or Mediation (A) | Other |
|---|---|---|---|---|---|---|---|
| American NeuroPatient, Inc. Debtor | United States Bankruptcy Court for the Middle District of Tennessee | Plaintiff/Debtor | 02-208915-GP-11 | X | X | | |
| Back Stencic Therapeutics, Inc. vs Deutsche Bank Services, Inc | Financial Industry Regulatory Authority (FINRA) | Claimant | 09-00876 | | | X (under protective order) | |
| Cookeville Regional Medical Center Authority vs. Durbar Anesthesia Services, PLLC and Cardiac Anesthesia Services, P.C. | Chancery Court For Putnam County, Cookeville, Tennessee | Plaintiff | 06-63 | X | X | | |
| Eric Crawford, Peter Marcum, Robert Eubele, Jr, Peter Admo. and Eutex Technology Group, Inc. vs. Company Doyen, LLC, Martin Tike and Michael Irode, both d/b/a "Hecori Groner," Sorny Allen, and eBAY INC. | Fifth Circuit Court for Davidson County, Tennessee at Nashville | Plaintiff | 03C-1342 | X (under protective order) | | | |
| Crofell Technologies, LLC vs Metzl, Lewis, Cohn, Farns, Giavitri & Pryor, P.C., et. Al | Circuit Court of Fairfax County, Virginia | Plaintiff | 2006-13012 | | | X (under protective order) | |
| Direct General Corporation, Derivative Litigation | United States District Court For The Middle District of Tennessee Nashville Division | Defendant | 3.05-0158 | X (under protective order) | | | |
| Erwin General Partnership, (i.i.e) Jackndoto; M.D.; Devani Sloan, M.D.; John Benter Smith, Edward Underwood, Cassillo Underwood, Eric Sloal and Kenn Stuff is, 1.13 Association of Security Dealers, Inc. Hilford, W.L. Lyerea, Inc | Arbitration Board of the National Association of Security Dealers, Inc | Claimant (Shell) | 03-06449 | | | X | |
| Fisenera, LLC vs. Medtroma Solutions Deurak, Inc., and Sedamore Deurak USA, Inc. | United States District Court, District of New Jersey | Plaintiff | 06-3570 (SRC-MAS) | X (under protective order) | | | |
| Glaxhouse International, LLC vs. Shone's v North America Corp. and Sheland, LLC | Chancery Court for the State of Tennessee, Eighteenth Judicial District, Sumner Count | Defendant | 2007C-204 | X | | | Active Matter |
| Heawerth Healthcare Services, LLC Debtor vs. Salam, Salam, Hunedal, Hudson, Chiny & Visner, Chiny Visner, Kason E. Walker & Anthony Joseph | United State Bankruptcy Court Middle District of Tennessee Nashville Division | Plaintiff | 302-02024 | X (under protective order) | | | |
| Ingram Barge Company vs. Century Aluminum of West Virginia, Inc. | United States District Court for the Middle District of Tennessee at Nashville | Defendant | 3.10-CV-00110 | | | | Active Matter |
| King Pharmaceuticals, Inc.; Monarch Pharmaceuticals, Inc.; King Pharmaceuticals Research and Development, Inc.; and Cosmic, Incorporated vs. Z-metoprorns, Inc | United States District Court for the Western District of Tennessee Greeneville Division | Plaintiff | 2:06-cv-244 | X (under protective order) | | | Active Matter |
| Medtronic Sofamor Danek, Inc. vs. Gary K. Michelson, M.D., and Karlin Technology, Inc | United States District Court for the Western District of Tennessee-Western Division | Defendant | 01-2373 M1V | X (under protective order) | X (under protective order) | | |
| Orthopartners, LLC, et al. vs. Smith & Nephew, Inc. | American Arbitration Association | Claimant | 50 193 T 00552 1B | | | X (under protective order) | |
| Mike Perrea vs. HB Hilliard, W. L., Lyerea, Inc. | Arbitration Board of the Financial Industry Regulatory Authority (FINRA) | Claimant | 07-01887 | | | X | |
| Obed J. Shandler, Trustee of Festive Technologies, Inc. vs. DLJ Merchant Banking II et al and McDonald Investments, Inc | Court of Chancery of the State of Delaware | Defendant | CAA 4797-VCS | | | | Active Matter |
| Greg Scott Eulily, Debtor | United States Bankruptcy Court for the Middle District of Tennessee Nashville Division | Plaintiff/Creditor | 3.09-bk-05317 | | | | Active Matter |

Thompson 000214

MICHAEL E. COLLINS, CPA ABV CFF
CONTINUING EDUCATION REPORT
REPORT FOR 01/01/00 TO 6/1/11

CATEGORY DETAILS

| NUMBER | TITLE | SPONSOR | INSTRUCTOR | LOCATION | START DATE | COMPLETION DATE | CPE HOURS |
|---|---|---|---|---|---|---|---|
| 2829 | Venture Capital Financing | The Seminar Grp. | Various | Nashville | 09/14/00 | 09/15/00 | 13.00 |
| 2981 | Nat'l. Business Valuation Conf. | AICPA | Various | Miami Beach | 11/12/00 | 11/14/00 | 21.90 |
| 2829 | Practitioners Corp Tax W/S | TSCPA | M. Mogg | Nashville | 12/12/00 | 12/12/00 | 8.00 |
| 2929 | FASB Update for Bus | TSCPA | F. Christensen | Nashville | 12/13/00 | 12/13/00 | 8.00 |
| 3316 | AICPA Business Valuation Conf. | AICPA | Various | Las Vegas | 12/02/01 | 12/04/01 | 1.00 |
| 3315 | AICPA Business Valuation Conf. | AICPA | Various | Las Vegas | 12/02/01 | 12/04/01 | 3.00 |
| 3317 | AICPA Business Valuation Conf. | AICPA | Various | Las Vegas, NV | 12/02/01 | 12/02/01 | 3.00 |
| 3217 | AICPA Business Valuation Conf. | AICPA | Various | Las Vegas, NV | 12/02/01 | 12/04/01 | 17.00 |
| 3331 | Auditing of Inventory | AICPA | Self Study | Nashville | 12/15/01 | 12/15/01 | 1.00 |
| 3330 | Ana Proc. Use in Plan/Substan | AICPA | Self Study | Nashville | 12/15/01 | 12/15/01 | 1.00 |
| 3329 | Ana Proc. Use in Overall Review | AICPA | Self Study | Nashvilla | 12/15/01 | 12/15/01 | 1.00 |
| 3328 | Ana Proc. Used in Eval Going Co | AICPA | Self Study | Nashville | 12/15/01 | 12/15/01 | 1.00 |
| 3327 | Analytical Procedures in a Rev. | AICPA | Self Study | Nashville | 12/15/01 | 12/15/01 | 1.00 |
| 3326 | Accounting for Debt Part 2 | AICPA | Self Study | Nashville | 12/15/01 | 12/15/01 | 1.00 |
| 3325 | Accounting for Debt Part 1 | AICPA | Self Study | Nashville | 12/15/01 | 12/15/01 | 1.00 |
| 3324 | Accounting and Auditing Fall 2000 | AICPA | Self Study | Nashville | 12/15/01 | 12/15/01 | 1.00 |
| 3340 | Business Combination | AICPA | Self Study | Nashville | 12/20/01 | 12/20/01 | 1.00 |
| 3610 | Business Valuation Conf | AICPA | Various | New Orleans | 11/17/02 | 11/19/02 | 4.00 |
| 3613 | Business Valuation Conf | AICPA | Various | New Orleans | 11/17/02 | 11/19/02 | 1.50 |
| 3612 | Business Valuation Conf | AICPA | Various | New Orleans | 11/17/02 | 11/19/02 | 12.90 |
| 3611 | Business Valuation Conf | AICPA | Various | New Orleans | 11/17/02 | 11/19/02 | 3.00 |
| 3575 | Healthcare Conference | TSCPA | Various | Franklin, TN | 12/02/02 | 12/03/02 | 16.00 |
| 3535 | AICPA Pracitions Corp. Tax W/S | TSCPA | Various | Nashville | 12/10/02 | 12/10/02 | 8.00 |
| 3123 | A & A Update/Common Acctg. Issues | McGladrey/Kraft | Various | Training Room | 08/10/03 | 08/10/03 | 2.00 |
| 3853 | Adv. Litigation & Fraud Conf | AICPA | Various | Miami Beach | 10/02/03 | 10/03/03 | 12.00 |
| 3854 | Adv. Litigation & Fraud Conf. | AICPA | Various | Miami Beach | 10/02/03 | 10/03/03 | 5.70 |
| 3885 | Nat'l BVA Conference | AICPA | Various | Phoenix | 11/16/03 | 11/16/03 | 1.00 |

1

As of June 1, 2011

Thompson 000215

MICHAEL E. COLLINS, CPA ABV CFF
CONTINUING EDUCATION REPORT
REPORT FOR 01/01/00 TO 6/1/11

CATEGORY DETAILS

| NUMBER | TITLE | SPONSOR | INSTRUCTOR | LOCATION | START DATE | COMPLETION DATE | CPE HOURS |
|---|---|---|---|---|---|---|---|
| 3888 | Nat'l BVA Conference | AICPA | Various | Phoenix | 11/16/03 | 11/18/03 | 1.50 |
| 3887 | Nat'l BVA Conferentc | AICPA | Various | Phoenix | 11/16/03 | 11/18/03 | 18.70 |
| 3886 | Nat'l. BVA Conference | AICPA | Various | Phoenix | 11/16/03 | 11/18/03 | 2.70 |
| 2489 | A & A Update/Cash Flow/Defer Tax | KraftCPAs | Valerie Tidwell | Training Room | 12/02/03 | 12/02/03 | 8.00 |
|  | *** A & A only |  |  |  |  |  | -4.00 |
| 3517 | Adv. Update for Comp & Review | TSCPA | Various | Nashville | 12/09/03 | 12/09/03 | 8.00 |
| 4268 | Nat'l BVA Conference | AICPA | Various | Orlando | 11/07/04 | 11/09/04 | 1.50 |
| 4271 | Nat'l Business Valuation Conf | AICPA | Various | Orlando | 11/07/04 | 11/09/04 | 1.50 |
| 4270 | Nat'l Business Valuation Conf. | AICPA | Various | Orlando | 11/07/04 | 11/09/04 | 17.40 |
| 4269 | Nat'l. Business Valuation Conf | AICPA | Various | Orlando | 11/07/04 | 11/09/04 | 1.20 |
| 4272 | Nat'l Conf on Banks & Savings | AICPA | Various | Washington, DC | 11/17/04 | 11/19/04 | 21.30 |
| 4273 | Nat'l Conf on Banks & Savings | AICPA | Various | Washington, DC | 11/17/04 | 11/19/04 | 3.40 |
| 4267 | I/C Rept-Mgrs Guide to Audit | AICPA | Self Study | Nashville | 12/30/04 | 12/30/04 | 10.00 |
| 4266 | I/C Reporting-documentation | AICPA | Self Study | Nashville | 12/30/04 | 12/30/04 | 6.00 |
| 4662 | Forensic Acctg. | Colorado CPAs | Various | Denver | 11/01/05 | 11/01/05 | 6.00 |
| 4587 | AICPA/ASA NBV Conf. | AICPA/ASA | Various | Las Vegas | 11/14/05 | 11/16/05 | 5.40 |
| 4589 | AICPA/ASA NBV Conf | AICPA/ASA | Various | Las Vegas, NV | 11/14/05 | 11/16/05 | 11.10 |
| 4585 | AICPA/ASA NBV Conf | AICPA/ASA | Various | Las Vegas, NV | 11/14/05 | 11/14/05 | 3.00 |
| 4588 | AICPA/ASA NBV Conf | AICPA/ASA | Various | Las Vegas, NV | 11/14/05 | 11/16/05 | 1.50 |
| 4586 | Stock-based comp | AICPA | Self Study | Nashville | 11/28/05 | 11/28/05 | 4.00 |
|  | Topics in Business Valuation and/or Litigation Consulting | NACVA | Various | Nashville | 08/18/06 | 08/18/06 | 8.00 |
|  | Valuing Goodwill & Intangible Assets | AICPA | Various | Correspondence | 10/08/06 | 10/08/06 | 13.00 |
|  | An Exciting Insight into the Health Care Ind. And Medical Practice Valuation | AICPA | Various | Correspondence | 10/15/06 | 10/15/06 | 10.00 |
|  | Tax Consequences of the Purchase or Sale of a Business | AICPA | Various | Memphis | 10/19/06 | 10/19/06 | 8.00 |
|  | Vanishing Trial Symposium (Writing/Presenting) | Knox Bar Assn | Various | Knoxville | 10/24/06 | 10/24/06 | 6.00 |
|  | Financial Statement Presentation & Disclosure: A Realistic App | CSCPA | Various | Denver, CO | 11/13/06 | 11/13/06 | 4.00 |
|  | Public Company Update: SEC, PCAOB, & AICPA Developments | CSCPA | Various | Denver, CO | 11/14/06 | 11/14/06 | 8.00 |

2

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 92 of 137 PageID #: 5976

Thompson 000216

MICHAEL E. COLLINS, CPA ABV CFF
CONTINUING EDUCATION REPORT
REPORT FOR 01/01/00 TO 6/1/11

CATEGORY DETAILS

| NUMBER | TITLE | SPONSOR | INSTRUCTOR | LOCATION | START DATE | COMPLETION DATE | CPE HOURS |
|---|---|---|---|---|---|---|---|
| | Fall 2006 Audit Committee Roundtable | KPMG | Various | Nashville | 11/28/06 | 11/28/06 | 2.00 |
| 1 | The Economics of Disasters: The Economic Impact of Katrina and Rita | AICPA | Various | New Orleans, LA | 12/02/07 | 12/02/07 | 1.50 |
| 3 | Healthcare Valuation Developments, Challenges and Solutions in 2007 | AICPA | Various | New Orleans, LA | 12/02/07 | 12/02/07 | 1.50 |
| 9 | Calculating the Cost of Capital for Companies less than $100 Million in Value | AICPA | Various | New Orleans, LA | 12/02/07 | 12/02/07 | 1.50 |
| 10 | Discounts for Lack of Marketability Panel - Who's on First, What's on Second, I Don't Know Who is on Third | AICPA | Various | New Orleans, LA | 12/02/07 | 12/02/07 | 1.75 |
| 201 | Town Hall Meeting - ABV Credential Holders | AICPA | Various | New Orleans, LA | 12/03/07 | 12/03/07 | 1.00 |
| 11 | Appraiser Professional Responsibility | AICPA | Various | New Orleans, LA | 12/03/07 | 12/03/07 | 1.00 |
| 15 | Quantitave Application in Valuation – Basic Statistical Measure | AICPA | Various | New Orleans, LA | 12/03/07 | 12/03/07 | 1.00 |
| 17 | IRC 409A and SFAS 123R Valuations | AICPA | Various | New Orleans, LA | 12/03/07 | 12/03/07 | 1.50 |
| 21 | The Relief from Royalty Method of Intellectual Property Valuation | AICPA | Various | New Orleans, LA | 12/03/07 | 12/03/07 | 1.50 |
| 27 | S Corporation Valuations - To Tax Affect or Not Is No Longer the Issue | AICPA | Various | New Orleans, LA | 12/03/07 | 12/03/07 | 2.00 |
| 28 | Hardball With Hitchner – Ask the Experts | AICPA | Various | New Orleans, LA | 12/03/07 | 12/03/07 | 1.75 |
| 202 | Reports, Reports and More Reports | AICPA | Various | New Orleans, LA | 12/04/07 | 12/04/07 | 1.50 |
| 29 | BV Standards Update with Q & A Panel | AICPA | Various | New Orleans, LA | 12/04/07 | 12/04/07 | 1.50 |
| 32 | Business Valuation Issues in Bankruptcy Context | AICPA | Various | New Orleans, LA | 12/04/07 | 12/04/07 | 1.50 |
| 34 | A View From the Bench: The Biggest Mistakes Experts Make and a Judge's View on How to Avoid Them | AICPA | Various | New Orleans, LA | 12/04/07 | 12/04/07 | 1.50 |
| | The Latest Trends in Venture Capital Deal Terms | NVCA & IBF | Various | Webconference | 01/25/08 | 01/25/08 | 1.50 |
| | Navigating the New Acct. Standards Affecting M&A | Price Waterhouse | Various | Nashville | 03/11/08 | 03/11/08 | 3.00 |
| | Fraud Acounting and Expert Witness Role | MTSU | Bill Moohingham | Murfreesboro, TN | 10/30/08 | 10/30/08 | 18.00 |
| 101 | SFAS No. 151 Case Study | AICPA/ASA | Various | Las Vegas | 11/10/08 | 11/10/08 | 3.00 |
| 1 | Fair Value Accounting | AICPA/ASA | Various | Las Vegas | 11/12/08 | 11/12/08 | 1.50 |
| 736184 | AICPA's Annual Accounting and Auditing Update Workshop | AICPA | Self Study | Nashville | 11/13/08 | 11/13/08 | 27.00 |
| 2 | Fair Value Panel | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |

3

As of June 1, 2011

Thompson 000217

MICHAEL E. COLLINS, CPA ABV CFF
CONTINUING EDUCATION REPORT
REPORT FOR 01/01/00 TO 6/1/11

CATEGORY DETAILS

| NUMBER | TITLE | SPONSOR | INSTRUCTOR | LOCATION | START DATE | COMPLETION DATE | CPE HOURS |
|---|---|---|---|---|---|---|---|
| 9 | Fairness Opinions | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |
|  | Using Monte Carlo Methods for Technology Valuation, Pricing and Dealmaking | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |
| 14 | AICPA Town Hall Meeting - ABV Credential Holders | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.20 |
| 201 | Valuation Inferno: Dante Meets DCF | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |
| 16 | Expert Double Play: Healthcare Valuation - Part 1 | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |
| 18 | Expert Double Play: Healthcare Valuation - Part 2 | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |
| 23 | Valuation for Exit Planning and M&A Related Engagements | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |
| 28 | Comparison of Intellectual Property Remedies | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |
| 34 | Valuation of the Customer Relationships Intangible Asset | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.50 |
| 37 | ASA Town Hall Meeting | AICPA/ASA | Various | Las Vegas | 12/02/08 | 12/02/08 | 1.20 |
| 202 | Equity Based Compensation - Speech | Nashville FEI |  |  | 04/23/09 | 04/23/09 | 3.00 |
|  | Series 7 | Kaplin | class | Nashville | 04/06/09 | 04/09/09 | 32.00 |
|  | Series 63 | Kaplin | Self Study | Nashville | 05/01/09 | 05/13/09 | 25.00 |
|  | Employment Law Update | KraftCPAs | Seminar | Nashville | 05/18/09 | 05/18/09 | 2.00 |
|  | Series 24 | Kaplin | Self Study | Nashville | 07/01/09 | 07/13/09 | 40.00 |
| 732312 | Ethics Standards for TN CPAs | LearnLive Technologies | Webinar | Nashville | 12/14/09 | 12/14/09 | 1.00 |
|  | Professional Ethics: The AICPAs Comprehensive Course | AICPA | Self Study | Nashville | 12/18/09 | 12/18/09 | 8.00 |
|  | Critical Trends in Healthcare Litigation | Waller, Lansden | Seminar | Nashville | 04/23/10 | 04/23/10 | 3.00 |
| 731795 | Advanced Forensic Techniques for Accountants | AICPA | Self Study | Nashville | 06/10/10 | 06/10/10 | 12.00 |
|  | 2010 Fair Value Measurement and Reporting Conference | AICPA | Various | Chicago | 06/08/10 | 06/10/10 | 20.90 |
|  | Nashville Chapter October Meeting | TSCPA | Various | Brentwood | 10/19/10 | 10/19/10 | 4.00 |
|  | Banker's Brew | KraftCPAs | Various | Nashville | 10/28/10 | 10/28/10 | 7.00 |
|  | Arbitration Fundamentals and Best Practices for New AAA Arbitrators | American Arbitration Association | Seminar | Philadelphia | 03/21/11 | 03/23/11 | 16.00 |

As of June 1, 2011

MICHAEL E. COLLINS, CPA ABV CFF
CONTINUING EDUCATION REPORT
REPORT FOR 01/01/00 TO 6/1/11

CATEGORY DETAILS

| NUMBER | TITLE | SPONSOR | INSTRUCTOR | LOCATION | START DATE | COMPLETION DATE | CPE HOURS |
|---|---|---|---|---|---|---|---|
| | Abitration Awards: Safeguarding, Deciding and Writing An Award | American Arbitration Association | Seminar | | 04/03/11 | 04/03/11 | 4.00 |
| | FINRA Continuing Education Regulatory Element Requirement | FINRA PROCTOR Professional Development Center | Various | Nashville | 06/01/11 | 06/01/11 | 4.00 |

As of June 1, 2011

5

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 95 of 137 PageID #: 5979

Thompson 000219

**Michael E. Collins**
**Speeches and Publications within the Past Ten Years** [1]

- Tennessee Biotechnology Association, "Yesterday-Today-Tomorrow" (September 2001)
- Knoxville Tennessee Bar Association - "Vanishing Trial" (10/26/06)
- Middle Tennessee State University – "Fraud Accounting and Expert Witness Role" (October 2008)
- Financial Executives Institute, Nashville Chapter – "Equity Based Compensation" (4/23/09)
- Capital Ideas – 2nd Generation Capital LLC newsletter, various managing member commentaries:

  o "It's a Vision Thing", Winter-2005
  o "Auld Lang Syne", Winter-2007
  o "What We Do at 2nd Generation", Winter-2008
  o "15 Years and Counting on More", Spring-2009
  o "2nd Generation Capital Forms Broker/Dealer Subsidiary", Winter-2009
  o "Opportunity Is Born out of Adversity", Winter-2009

- Kraft Advantage – KraftCPAS newsletter, various member commentaries on developing issues in the field

  o "What Makes a Deal Work?", Winter-2005
  o "It's a Vision Thing, Spring-2005
  o "Calling the Ball Fair or Foul….The Independent Fairness Opinion", Summer 2005
  o "Business Owners Should Seek Professional Assistance in Valuation Matters", Winter-2007
  o "Turn to the Experts for Valuation Needs", Fall-2007
  o "Financial Experts Have Various Roles in Litigation", Fall-2008
  o "How to Find the Right Kind of Money to Meet Your Specific Needs", Spring-2008
  o "Dr. Mom is going High Tech", Summer-2009
  o "Not so Random Musings", Fall-2009
  o "Fallen Angels?", Spring-2010
  o "The Advisory Board….A Sound Alternative for Private Companies", Summer 2010
  o "Royalty payments…trust, but verify", Fall-2010

- HealthLeaders Media - Is it Time to Resurrect Physician Practice Management Organizations? (March 2010)
- Kraft CPA's Banker's Brew – "Consolidation Caldron" – (October 2010)

---

[1] Including only speeches with written notes preserved. There have been others at special purpose events, such as university student organizations and panel participation in continuing education seminars or venture capital forums for which no known written record exists. I have also excluded those for in-house produced newsletter.

Thompson 000220

# EXHIBIT III

Thompson 000221

## Zander Insurance Group
### Actual Income Statements
### And Common Site Data

| | YTD 12/31/2010 ($ / %) | 12/31/2009 ($ / %) | 2009 ($ / %) | Jan 1 - Feb 28 2009 ($ / %) | 12/31/2008 ($ / %) | 12/31/2007 ($ / %) | 12/31/2006 ($ / %) |
|---|---|---|---|---|---|---|---|
| Property & Casualty | $1,975,917 / 8.4% | $1,792,055 / 9.6% | $1,518,753 / 10.2% | $273,302 / 7.1% | $1,599,008 / 8.8% | $1,470,257 / 12.0% | $1,455,283 / 13.5% |
| Identity Theft | 4,651,085 / 20% | 3,024,697 / 16.2% | 2,605,591 / 17.5% | 419,906 / 11.0% | 2,531,180 / 13.9% | 1,473,985 / 12.1% | 511,316 / 4.7% |
| Life & Health (Rev. net of P&C, IDT) | 16,471,142 / 71.5% | 13,898,472 / 74.3% | 10,765,591 / 72.3% | 3,132,881 / 81.9% | 14,138,517 / 81.9% | 9,276,958 / 75.9% | 8,800,582 / 81.7% |
| Total Commission Revenue (per stmts) | 23,048,144 / 100.0% | 18,715,224 / 100.0% | 14,889,535 / 100.0% | 3,825,689 / 100.0% | 18,268,705 / 100.0% | 12,221,200 / 100.0% | 10,767,181 / 100.0% |
| Annual Revenue Growth % | 23.5% | 2.4% | | | 49.5% | 13.5% | 21.2% |
| | | | | | | | |
| Gross Profit: | 23,048,144 / 100% | 18,715,224 / 100% | 14,889,535 / 100% | 3,825,689 / 100% | 18,268,705 / 100% | 12,221,200 / 100% | 10,767,181 / 100% |
| | | | | | | | |
| Sales Expense | 2,723,961 / 11.8% | 2,303,561 / 12.3% | 1,844,552 / 12.4% | 458,999 / 12.0% | 5,094,276 / 27.9% | 3,653,357 / 29.9% | 3,371,793 / 31.3% |
| Administrative Expense | 7,624,578 / 33.1% | 5,468,230 / 29.2% | 4,788,762 / 32.2% | 679,468 / 17.8% | 4,477,531 / 24.5% | 3,648,188 / 29.9% | 3,086,535 / 28.7% |
| Dave Ramsey Profit (paid out to JJDIA before 2008) | | | 8,327,750 / 55.9% | 1,175,622 / 30.7% | 8,489,018 / 46.5% | 4,781,282 / 39.1% | 4,358,222 / 40.5% |
| Depreciation and Amortization | / 0.0% | / 0.0% | / 0.0% | / 0.0% | 81,002 / 0.4% | 20,083 / 0.2% | / 0.0% |
| Total Operating Expenses | 10,348,539 / 44.9% | 7,771,791 / 41.5% | 14,961,074 / 100.5% | 2,314,089 / 60.5% | 18,141,827 / 99.3% | 12,102,910 / 99.0% | 10,816,550 / 100.5% |
| | | | | | | | |
| Income/(Loss) from Operations | 12,699,605 / 55.1% | 10,943,433 / 58.5% | (71,539) / -0.5% | 1,511,600 / 39.5% | 126,878 / 0.7% | 118,290 / 1.0% | (49,369) / -0.5% |
| | | | | | | | |
| Other Income/(Expense) | | | | | | | |
| Interest Income | 1,961 / 0.0% | 40,005 / 0.2% | 39,623 / 0.3% | 382 / 0.0% | 29,398 / 0.0% | 55,833 / 0.5% | 35,402 / 0.3% |
| Total Other Income/(Expense) | 1,961 / 0.0% | 40,005 / 0.2% | 39,623 / 0.3% | 382 / 0.0% | 29,398 / 0.0% | 55,833 / 0.5% | 35,402 / 0.3% |
| | | | | | | | |
| Income/(Loss) before Income Taxes | 12,701,566 / 55.1% | 10,983,438 / 58.7% | (31,916) / -0.2% | 1,511,982 / 39.5% | 156,276 / 0.9% | 174,123 / 1.4% | (13,967) / -0.1% |
| (Income Tax Expense)/Income Tax Credits | / 0.0% | / 0.0% | / 0.0% | / 0.0% | / 0.0% | / 0.0% | / 0.0% |
| Effective tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | | | |
| Net Income/(Loss) | 12,701,566 / 55.1% | 10,983,438 / 58.7% | (31,916) / -0.2% | 1,511,982 / 39.5% | 156,276 / 0.9% | 174,123 / 1.4% | (13,967) / -0.1% |
| | | | | | | | |
| Equivalent Profitability in prior years | 12,701,566 / 55.1% | 10,983,438 / 55.1% | 8,235,834 / 55.7% | 2,687,604 / 70.3% | 8,645,294 / 47.3% | 4,955,405 / 40.5% | 4,344,255 / 40.3% |
| Adjustment for Exec Comp, etc. | 2,286,265 | 1,519,573 | | | | | |
| EBITDA Equivalent | 14,987,831 | 12,503,011 | | | | | |

Source of data used on this schedule:
Internally Prepared Financial Statements

Thompson 000222

# JJZ Insurance Agency
# Balance Sheet
### As of March 31, 2011

|  | Mar 31, 11 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank of America | 781,224.17 |
| Bank of America - Payroll | 1,000.00 |
| JJZ Partnership Savings | 245,545.90 |
| Partnership Secure Savings | 2,662,705.36 |
| **Total Checking/Savings** | 3,690,475.43 |
| **Other Current Assets** | |
| Employee Advance - ADP | 1,000.00 |
| **Total Other Current Assets** | 1,000.00 |
| **Total Current Assets** | 3,691,475.43 |
| **Fixed Assets** | |
| Accumulated Depreciation | -43,404.00 |
| Automation Equipment | 33,044.91 |
| Telephone System | 39,289.55 |
| **Total Fixed Assets** | 28,930.46 |
| **TOTAL ASSETS** | 3,720,405.89 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| A/P JJZ INC. | -30.79 |
| Accrued Accounting | 2,000.00 |
| Accrued Pension | 311.62 |
| **Total Other Current Liabilities** | 2,280.83 |
| **Total Current Liabilities** | 2,280.83 |
| **Total Liabilities** | 2,280.83 |
| **Equity** | |
| Distribution - Cardinal | -1,922,372.00 |
| Distribution - Toxaway | -1,922,372.00 |
| Partner Capital - Cardinal | 1,912,540.22 |
| Partner Capital - Toxaway | 1,912,539.89 |
| Net Income | 3,737,788.85 |
| **Total Equity** | 3,718,125.06 |
| **TOTAL LIABILITIES & EQUITY** | 3,720,405.89 |

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 99 of 137 PageID #: 5983

Thompson 000223

# JJZ Insurance Agency
## Profit & Loss YTD Comparison
### March 2011

| | Mar 11 | Jan - Mar 11 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Commissions - DRP | 1,272,714.33 | 3,806,982.67 |
| Disability Commission | 54,793.43 | 157,273.19 |
| IDT Commission Income | 485,267.10 | 1,320,211.70 |
| IDT Salary Reimbursement | 2,621.68 | 3,932.52 |
| Individual Health Commissions | 39,806.75 | 90,746.40 |
| **Total Income** | 1,855,203.29 | 5,379,146.48 |
| **Expense** | | |
| **DRP** | | |
| **Accounting Services** | | |
| ESOP | 0.00 | 1,270.50 |
| Accounting Services - Other | 0.00 | 954.57 |
| **Total Accounting Services** | 0.00 | 2,225.07 |
| Advertising | 7,728.93 | 7,210.07 |
| Advertising - Lampo | 97,400.00 | 305,680.00 |
| Auto Expense | 115.06 | 691.11 |
| Auto Lease | 309.24 | 1,187.75 |
| Bank Fees | 69.22 | 314.28 |
| Bonus | 25,240.66 | 78,796.98 |
| Building Repairs | 365.25 | 1,261.32 |
| Cell Phone | 133.19 | 502.45 |
| Commission Expense - JAZ | 0.00 | 0.00 |
| Contributions | 2,937.50 | 4,175.00 |
| Corporate Insurance | 0.00 | 6,265.50 |
| Dues & Subscriptions | 37.13 | 262.13 |
| Entertainment | 936.74 | 3,698.50 |
| Executive Salaries | 39,813.71 | 119,441.13 |
| FICA Tax Employer | 10,608.63 | 34,807.22 |
| FUTA | 352.49 | 2,209.71 |
| Gifts | 54.48 | 380.96 |
| Group life, health, disability | 10,396.60 | 40,505.26 |
| Hardware Automation | 498.91 | 2,071.43 |
| Internet Expense | 372.71 | 1,768.17 |
| IRA Employer Expense | 0.00 | 0.00 |
| Janitorial Service | 54.02 | 146.77 |
| **Legal Expense** | | |
| ESOP | 10,049.26 | 31,505.14 |
| **Total Legal Expense** | 10,049.26 | 31,505.14 |
| Licensing | 894.75 | 3,183.76 |
| Medicare tax Employer | 2,405.52 | 7,346.37 |
| Misc Employee Benefits | 154.59 | 302.85 |
| Office Furniture | 1,530.14 | 1,530.14 |
| Office Salaries | 103,845.42 | 318,299.71 |
| Office Supplies | 1,674.29 | 7,526.65 |
| Payroll Processing | 146.56 | 639.99 |
| Pest Control | 173.00 | 242.00 |
| Postage | 8,864.78 | 29,161.93 |
| Printed Materials | 3,712.51 | 9,698.71 |
| Rent | 4,450.00 | 13,350.00 |
| Repairs and Maintaince | 154.01 | 1,787.84 |
| Shared Office Salaries | 6,750.00 | 20,250.00 |
| Shredding | 58.13 | 217.20 |
| Software Automation | 2,362.98 | 13,612.26 |
| Storage | 41.25 | 123.75 |
| SUTA | 695.05 | 7,526.39 |
| Taxes | 0.00 | 255.27 |
| Telephone | 1,289.01 | 3,765.41 |
| Temporary Labor | 3,605.07 | 5,997.58 |
| Travel | 3,565.17 | 19,852.24 |
| Underwriting Expense | 114.00 | 2,402.81 |
| Utilities | 734.08 | 2,377.60 |
| **Total DRP** | 354,784.04 | 1,112,755.11 |
| **IDT** | | |
| **Accounting Services** | | |
| ESOP | 0.00 | 1,270.50 |
| Accounting Services - Other | 0.00 | 954.56 |

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 100 of 137 PageID #: 5984

Thompson 000224

# JJZ Insurance Agency
## Profit & Loss YTD Comparison
### March 2011

| | Mar 11 | Jan - Mar 11 |
|---|---|---|
| Total Accounting Services | 0.00 | 2,225.06 |
| Advertising | 7,728.93 | 18,135.07 |
| Advertising - Lampo | 51,200.00 | 157,640.00 |
| Auto Expense | 115.04 | 491.09 |
| Auto Lease | 399.24 | 1,197.76 |
| Bank Fees | 69.22 | 314.27 |
| Bonus | 2,575.00 | 7,425.00 |
| Building Repairs | 365.25 | 1,261.31 |
| Cell Phone | 133.18 | 502.41 |
| Commission Expense JAZ | 0.00 | 0.00 |
| Contributions | 2,937.50 | 4,174.99 |
| Corporate Insurance | 0.00 | 6,265.50 |
| Dues & Subscriptions | 37.13 | 262.13 |
| Entertainment | 936.74 | 3,698.50 |
| Executive Salaries | 41,666.66 | 124,999.98 |
| FICA Tax Employer | 1,311.24 | 5,335.15 |
| Gifts | 54.48 | 361.00 |
| Group life, health, dis | 812.97 | 4,225.09 |
| Hardware Automation | 496.91 | 2,071.38 |
| Internet Expense | 372.71 | 1,617.95 |
| Janitorial Service | 54.02 | 146.77 |
| Legal Expense | | |
|    ESOP | 10,967.25 | 32,423.11 |
| Total Legal Expense | 10,967.25 | 32,423.11 |
| Licensing | 819.75 | 3,068.76 |
| Medicare Tax Employer | 829.40 | 2,489.97 |
| Misc Employee Benefits | 0.00 | 148.26 |
| Office Furniture | 1,530.14 | 1,530.14 |
| Office Salaries | 12,960.11 | 39,320.01 |
| Office Supplies | 1,661.21 | 7,513.84 |
| Payroll Processing | 146.54 | 639.66 |
| Postage | 8,434.76 | 28,271.86 |
| Printed Materials | 3,712.50 | 9,698.69 |
| Rent | 2,200.00 | 6,600.00 |
| Repairs and Maintaince | 154.01 | 1,787.84 |
| Shared Office Salaries | 4,050.00 | 12,150.00 |
| Shredding | 58.13 | 217.20 |
| Software Automation | 2,262.99 | 7,525.77 |
| Storage | 41.25 | 123.75 |
| SUTA | 1,410.01 | 1,410.01 |
| Taxes | 0.00 | 255.27 |
| Telephone | 1,289.01 | 3,765.40 |
| Temporary Labor | 1,748.78 | 3,151.27 |
| Travel | 3,565.17 | 19,852.22 |
| Underwriting Expense | 108.00 | 2,236.83 |
| Utilities | 734.08 | 2,377.58 |
| Total IDT | 168,951.31 | 529,109.95 |
| JJZ Personal Expense | 0.00 | 0.00 |
| Miscellanous Expense | 0.00 | 0.00 |
| Total Expense | 524,735.35 | 1,641,865.06 |
| Net Ordinary Income | 1,330,487.94 | 3,737,281.42 |
| Other Income/Expense | | |
| Other Income | | |
|    Interest Income | 261.20 | 507.53 |
| Total Other Income | 261.20 | 507.53 |
| Net Other Income | 261.20 | 507.53 |
| Net Income | 1,330,729.14 | 3,737,788.95 |

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 101 of 137 PageID #: 5985

Thompson 000225

# BALANCE SHEET STATEMENT

**Agency(s): #0 - JJZ Inc dba Zander Ins Group**
**Department(s): Undepartmentalized (0)**

### March 1, thru March 31, for the fiscal year 2011
Lines with a $0 balance suppressed

Page 1

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|-----|-------|------|-----------|-----------:|----------:|-----------:|-----------:|
| **ASSET** | | | | | | | |
| 0 | 1010 | | OPERATING CHECKING -5506 | 92,240.97 | 271,306.25 | 143,200.54 | 69,529.93 |
| 0 | 1020 | | CHARLES SCHWAB | 0.00 | 0.00 | 0.00 | 576.07 |
| 0 | 1040 | | PAYROLL ACCOUNT | 0.00 | 1,000.00 | 1,582.80 | 2,770.58 |
| 0 | 1050 | | SEASIDE BANK CD | 0.00 | 0.00 | 27.64 | 27.64 |
| 0 | 1070 | | MONEY MARKET SAVINGS-2002 | 0.00 | 0.00 | -1,009.09 | 0.00 |
| 0 | 1200 | | ACCOUNTS RECEIVABLE | -1,897.55 | 60,020.86 | -36,307.32 | 61,390.43 |
| 0 | 1220 | | A/R JJZ PARTNERSHIP | 0.00 | 0.00 | 16,200.00 | 46,250.00 |
| 0 | 1510 | | AUTOMATION EQUIPMENT | 0.00 | 30,332.24 | 0.00 | 14,054.08 |
| 0 | 1520 | | OFFICE EQUIPMENT | 0.00 | 11,434.93 | 0.00 | 10,550.00 |
| 0 | 1560 | | PSL'S | 0.00 | 10,982.00 | 0.00 | 10,982.00 |
| 0 | 1690 | | ACCUMULATED DEPRECIATION | 0.00 | -22,771.11 | -12,221.11 | -22,771.11 |
| | | | **Total ASSET** | **90,543.41** | **362,285.18** | **111,473.46** | **193,339.62** |

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|-----|-------|------|-----------|-----------:|----------:|-----------:|-----------:|
| **LIABILITY** | | | | | | | |
| 0 | 2005-ABI | | ABI COMPANY PAYABLE | -6,387.09 | 5,866.44 | 0.00 | -3.75 |
| | 2005-AOI | | AOI COMPANY PAYABLE | 0.00 | 304.57 | -6,555.11 | 304.57 |
| | 2005-ARC | | ARC COMPANY PAYABLE | 88.00 | 888.00 | 17.00 | 458.00 |
| 0 | 2005-BSR | | BSR COMPANY PAYABLE | 1,504.71 | 2,420.10 | -396.00 | 0.00 |
| 0 | 2005-BWG | | BWG COMPANY PAYABLE | -1,021.50 | -1,021.50 | -1,026.00 | -1,026.00 |
| 0 | 2005-CIN | | CIN COMPANY PAYABLE | 0.00 | 0.00 | -1,026.00 | -1,026.00 |
| 0 | 2005-CNA | | CNA COMPANY PAYABLE | -923.10 | -923.10 | -923.10 | 936.63 |
| 0 | 2005-CNS | | CNS COMPANY PAYABLE | 0.00 | 140.00 | 720.00 | 860.00 |
| 0 | 2005-CPC | | CPC COMPANY PAYABLE | 0.00 | 3,363.24 | -2,861.78 | 6,059.02 |
| 0 | 2005-G&A | | G&A COMPANY PAYABLE | -1,272.40 | -1,179.90 | 67.53 | 0.00 |
| 0 | 2005-HAN | | HAN COMPANY PAYABLE | 0.00 | 0.00 | -213.25 | 0.00 |
| 0 | 2005-HRF | | HARFORD MUTUAL PAYABLE | 615.00 | 615.00 | 0.00 | 0.00 |
| 0 | 2005-KKI | | KKI COMPANY PAYABLE | -18,411.30 | 0.00 | 0.00 | 0.00 |
| 0 | 2005-NSO | | NSO COMPANY PAYABLE | 14,518.17 | 15,280.50 | 17,111.13 | 17,111.13 |
| 0 | 2005-ORS | | ORS COMPANY PAYABLE | 740.60 | 740.60 | 571.80 | 740.60 |
| 0 | 2005-PIN | | PIN COMPANY PAYABLE | 0.00 | 0.00 | -4,254.80 | 0.00 |
| 0 | 2005-RPS | | RPS COMPANY PAYABLE | 0.00 | 0.00 | -46.25 | 0.00 |
| 0 | 2005-SOU | | SOU COMPANY PAYABLE | 12,081.49 | 27,427.01 | -10,087.40 | 2,894.87 |
| 0 | 2005-TIC | | TIC COMPANY PAYABLE | -13,469.05 | -1,290.00 | -6,154.55 | 12,859.37 |
| 0 | 2005-TUI | | TUI COMPANY PAYABLE | -1,415.49 | 770.63 | -4,123.67 | 981.25 |
| 0 | 2005-VOS | | VOS COMPANY PAYABLE | 0.00 | 0.00 | 0.00 | -1,295.00 |
| 0 | 2005-ZUR | | ZUR COMPANY PAYABLE | 0.00 | 0.00 | 5,138.65 | 3,004.75 |
| 0 | 2006-AND | | AND - AMY DILLARD - PAYABLE | -13.02 | 0.00 | 52.25 | 151.10 |
| 0 | 2006-ELP | | - PAYABLE | 0.00 | 623.14 | 0.00 | 0.00 |
| 0 | 2006-JAN | | JAN - JUSTIN NIX - PAYABLE | 446.63 | 616.13 | 0.00 | 0.00 |
| 0 | 2006-JJZ | | JEFFREY J. ZANDER COMM PAYABL | 0.00 | 0.00 | 164.91 | 164.91 |
| 0 | 2006-JZ1 | | JZ1 PRODUCER PAYABLE | -296.94 | 107.55 | -499.75 | 350.50 |
| 0 | 2006-JZ2 | | JZ2 - TAMMIE O. THOMAS - PAYAB | 116.81 | 116.81 | -92.25 | 0.00 |
| 0 | 2006-MAW | | MICHAEL A. WEINBERGER COMM PA | -782.30 | 0.00 | 6.66 | 39.86 |
| 0 | 2006-MW1 | | MW1 - MICHAEL WEINBERGER - PAY | -150.25 | 0.00 | 0.00 | 0.00 |
| 0 | 2006-TOT | | TAMMIE O. THOMAS COMM PAYABLE | -102.29 | 0.00 | 0.00 | 0.00 |
| 0 | 2006-WPS | | WILLIAM P. STRATTON COMM PAYA | 0.00 | 0.00 | 42.80 | 42.80 |
| 0 | 2006-ZED | | ZANDER EMPLOYEE DISCOUNT COMM | 0.00 | 45.27 | 0.00 | 0.00 |
| 0 | 2010 | | ACCRUED F & E | 0.00 | 0.00 | 0.00 | 1,521.00 |
| 0 | 2600 | | PENSION PAYABLE | 0.00 | 0.00 | 2,800.00 | 2,500.00 |
| 0 | 2820 | | MEDICARE TAX WITHHELD | 0.00 | 0.00 | 0.01 | 0.01 |
| 0 | 2895 | | EMPLOYEE ADVANCES | 0.00 | 0.00 | 86.80 | 0.00 |
| | 2930 | | ACCRUED ACCOUNTING | 0.00 | 0.00 | 0.00 | 1,900.00 |
| | 2955 | | OFFICER'S LOAN | 0.00 | 118,618.02 | 0.00 | -14,377.94 |
| | | | **Total LIABILITY** | **-14,155.32** | **173,526.51** | **-11,763.07** | **36,870.78** |

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|-----|-------|------|------------|-------------|--------------|--------------------------|-------------------------|

**EQUITY**

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|-----|-------|------|------------|-------------|--------------|--------------------------|-------------------------|
| 0 | 3100 | | COMMON STOCK | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| 0 | 3400 | | RETAINED EARNINGS | 0.00 | -55,747.96 | -18,755.47 | -83,479.07 |
| 0 | 3500 | | Net Profit/Loss | 104,698.73 | 243,506.63 | 141,992.00 | 238,836.16 |
| | | | Total EQUITY | 104,698.73 | 188,758.67 | 123,236.53 | 156,357.09 |
| | | | **Total Liabilities and Equities:** | **90,543.41** | **362,285.18** | **111,473.46** | **193,227.87** |

Thompson 000227

# INCOME AND EXPENSE STATEMENT

Agency(s): #0 - JJZ Inc dba Zander Ins Group
Department(s): Undepartmentalized (0)

### March 1, thru March 31, for the fiscal year 2011
Lines with a $0 balance suppressed

Page 1

| Agy | Chart | Dept | Chart Name | Current MTO | | Year to Date | | Prior Year Month to Date | | Prior Year Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | |
| 0 | 4000 | | AGENCY BILLED INCOME | 7,865.61 | 2.77% | 92,191.14 | 3.92% | 6,473.14 | 2.13% | 29,875.67 | 4.00% |
| 0 | 4001 | | BROKER FEES | 0.00 | | 10.00 | | 10.00 | | 20.00 | |
| 0 | 4020 | | DIRECT BILL INCOME - UH | 58,496.05 | 20.60% | 151,624.93 | 18.46% | 56,594.44 | 18.62% | 146,293.13 | 19.60% |
| 0 | 4030 | | DIRECT BILL INCOME - P&C | 154,498.02 | 54.40% | 502,076.84 | 61.12% | 151,328.26 | 49.79% | 435,927.16 | 58.42% |
| 0 | 4040 | | P/C BONUS COMMISSION | 63,165.30 | 22.24% | 135,594.09 | 16.51% | 89,557.36 | 29.46% | 134,142.36 | 17.99% |
| 0 | 4200 | | INTEREST INCOME | 0.00 | | 0.00 | | 0.00 | | 0.61 | |
| | | | **Total INCOME** | **284,024.99** | | **821,499.00** | | **303,963.22** | | **746,258.93** | |
| | | | | | | | | | | | |
| **SALES EXPENSE** | | | | | | | | | | | |
| 0 | 5000 | | MISC.COMMISSION EXPENSE | 26,666.68 | 35.77% | 81,254.49 | 34.25% | 29,166.67 | 42.29% | 87,500.01 | 41.45% |
| 0 | 5000-AD2 | | - EXPENSE | 74.74 | | 96.75 | | 0.00 | | 0.00 | |
| 0 | 5000-AND | | AND - AMY DILLARD - EXPENSE | 2,869.40 | 3.85% | 9,973.52 | 4.20% | 2,570.85 | 3.73% | 5,824.29 | 2.76% |
| 0 | 5000-JAN | | JAN - JUSTIN NIX - EXPENSE | 446.63 | 0.60% | 616.13 | | 0.00 | | 0.00 | |
| 0 | 5000-JAZ | | JULIAN A. ZANDER COMMISSION E | 0.00 | | 0.00 | | 1,896.36 | 2.75% | 1,896.36 | 0.90% |
| 0 | 5000-JJZ | | JEFFREY J. ZANDER COMMISSION | 0.00 | | 0.00 | | 164.91 | | 164.91 | |
| | 5000-JZ1 | | JZ1 PRODUCER EXPENSE | 3,735.55 | 5.01% | 13,526.87 | 5.70% | 5,185.93 | 7.52% | 15,597.64 | 7.39% |
| | 5000-JZ2 | | JZ2 - TAMMIE O. THOMAS - EXPEN | 103.86 | | 596.59 | | -54.49 | | 66.26 | |
| 0 | 5000-KL1 | | KS1 - KEITH LEWIS - RAMSE - EX | 0.00 | | 0.00 | | 0.00 | | 111.75 | |
| 0 | 5000-MAW | | MICHAEL A. WEINBERGER COMMISS | 2,690.19 | 3.61% | 12,503.82 | 5.27% | 2,022.57 | 2.93% | 6,823.84 | 3.23% |
| 0 | 5000-MW1 | | MW1 - MICHAEL WEINBERGER - EXP | 1,937.31 | 2.60% | 6,933.24 | 2.92% | 2,023.57 | 2.93% | 5,442.67 | 2.58% |
| 0 | 5000-MW2 | | MW2 - MICHAEL WEINBERGER - EXP | 13.24 | | 132.06 | | 0.00 | | 0.00 | |
| 0 | 5000-PRB | | Pattie Bowling - EXPENSE | 14,094.12 | 18.91% | 46,454.66 | 19.58% | 9,903.52 | 14.36% | 36,485.24 | 17.28% |
| 0 | 5000-RWB | | RWB - RANDALL BRIDGES - EXPENS | 0.00 | | 0.00 | | 0.00 | | 1,134.79 | 0.54% |
| 0 | 5000-TOT | | TAMMIE O. THOMAS COMMISSION E | 0.00 | | 929.36 | | 0.00 | | 54.60 | |
| 0 | 5000-WPS | | WILLIAM P. STRATTON COMMISSIO | 1,791.79 | 2.40% | 3,535.95 | 1.49% | 1,764.51 | 2.56% | 4,348.01 | 2.06% |
| 0 | 5000-ZED | | ZANDER EMPLOYEE DISCOUNT COMM | 0.00 | | 45.27 | | 79.65 | | 79.65 | |
| 0 | 5200 | | ADVERTISING EXPENSE | 15,127.60 | 20.29% | 37,890.01 | 15.97% | 5,052.60 | 7.33% | 24,899.00 | 11.80% |
| 0 | 5210 | | ADVERTISING EXPENSE/SPECIAL | 1,450.00 | 1.95% | 4,350.00 | 1.83% | 1,600.00 | 2.32% | 4,800.00 | 2.27% |
| 0 | 5215 | | ADVERTISING - NEWSPAPER - EMPL | 0.00 | | 1,006.30 | | 1,124.10 | 1.63% | 2,232.74 | 1.06% |
| 0 | 5220 | | ENTERTAINMENT | 624.51 | 0.84% | 2,465.65 | 1.04% | 1,418.00 | 2.06% | 2,983.68 | 1.41% |
| 0 | 5240 | | TRAVEL | 2,376.77 | 3.19% | 13,234.82 | 5.58% | 4,033.97 | 5.85% | 7,975.52 | 3.78% |
| 0 | 5300 | | AUTO EXPENSES | 271.52 | | 911.90 | | 750.96 | 1.09% | 1,863.29 | 0.88% |
| 0 | 5310 | | AUTOMOBILE LEASE | 266.17 | | 798.48 | | 266.16 | | 798.48 | |
| | | | **Total SALES EXPENSE** | **74,540.08** | | **237,257.89** | | **68,970.86** | | **211,082.75** | |
| | | | | | | | | | | | |
| **ADMINISTRATIVE EXPENSE** | | | | | | | | | | | |
| 0 | 6010-OFC | | OFFICE SALARIES, OFFICE STAFF | 70,947.95 | 67.71% | 207,061.01 | 60.77% | 66,851.35 | 71.88% | 206,352.63 | 70.31% |
| 0 | 6010-SPC | | SALARIES-SPECIAL PROJECT | 1,750.00 | 1.67% | 4,650.00 | 1.36% | 1,300.00 | 1.40% | 3,850.00 | 1.30% |
| 0 | 6100 | | AUTOMATION SOFTWARE | 1,027.32 | 0.98% | 14,415.12 | 4.23% | 792.50 | 0.85% | 13,663.51 | 4.61% |
| 0 | 6110 | | AUTOMATION HARDWARE | 332.61 | | 1,005.23 | | 427.16 | | 427.16 | |
| 0 | 6120 | | AUTOMATION MAINT/SUPPORT | 1,149.79 | 1.10% | 3,620.37 | 1.06% | 4,114.20 | 4.42% | 4,362.51 | 1.48% |
| 0 | 6130 | | INTERNET EXPENSE | 248.48 | | 795.07 | | 647.71 | 0.70% | 1,673.03 | 0.56% |
| | 6200 | | OFFICE SUPPLIES | 1,076.68 | 1.03% | 5,189.19 | 1.52% | 2,253.91 | 2.42% | 6,086.09 | 2.05% |
| | 6205 | | PRINTING EXPENSE | 1,724.12 | 1.65% | 3,104.22 | 0.91% | 1,459.41 | 1.57% | 3,898.51 | 1.32% |
| 0 | 6210 | | POSTAGE/SHIPPING EXPENSE | 4,793.01 | 4.57% | 16,186.13 | 4.75% | 146.70 | | 3,651.88 | 1.23% |
| 0 | 6220 | | TELEPHONE EXPENSE | 948.13 | 0.90% | 2,845.23 | 0.84% | 970.24 | 1.04% | 4,254.42 | 1.44% |

| Agy | Chart | Dept Chart Name | Current MTD | | Year to Date | | Prior Year Month to Date | | Prior Year Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 6230 | OFFICE FURNITURE | 779.74 | 0.74% | 779.74 | | 0.00 | | 0.00 | |
| 0 | 6245 | FLOWERS & GIFTS | 36.33 | | 340.88 | | 0.00 | | 110.76 | |
| | 6250 | RENT | 4,350.00 | 4.15% | 13,050.00 | 3.83% | 4,350.00 | 4.68% | 13,050.00 | 4.40% |
| | 6260 | UTILITIES | 489.37 | | 1,614.30 | | 550.18 | 0.59% | 1,753.57 | 0.59% |
| 0 | 6280 | REPAIR & MAINTENANCE | 396.17 | | 2,082.73 | 0.61% | 327.36 | | 1,482.45 | 0.50% |
| 0 | 6282 | SHREDDING EXPENSE | 38.74 | | 144.78 | | 130.00 | | 332.66 | |
| 0 | 6284 | PEST CONTROL | 23.00 | | 92.00 | | 98.00 | | 144.00 | |
| 0 | 6290 | LEASED EQUIPMENT EXPENSE | 27.50 | | 82.50 | | 51.00 | | 204.00 | |
| 0 | 6300 | INSURANCE-PROPERTY & CASUALTY | 0.00 | | 773.00 | | 0.00 | | 0.00 | |
| 0 | 6310 | GROUP INS-LIFE, HEALTH, DISABI | 7,084.54 | 6.76% | 23,417.81 | 6.87% | 7,538.37 | 8.11% | 23,123.43 | 7.80% |
| 0 | 6320 | INSURANCE-CORP. | 0.00 | | 10,060.00 | 2.95% | 0.00 | | 0.00 | |
| 0 | 6330 | OFFICERS INSURANCE | 0.00 | | 0.00 | | 399.88 | | 399.88 | |
| 0 | 6400 | LICENSE & PERMITS | 178.00 | | 1,256.29 | | 199.00 | | 997.13 | |
| 0 | 6410 | DUES & SUBSCRIPTIONS | 24.74 | | 174.74 | | 0.00 | | 180.00 | |
| 0 | 6420 | CONTRIBUTIONS | 1,525.00 | 1.55% | 2,450.00 | 0.72% | 4,550.00 | 4.89% | 6,487.99 | 2.19% |
| 0 | 6430 | EDUCATION | 0.00 | | 173.00 | | 0.00 | | 0.00 | |
| 0 | 6450 | JANITORIAL SERVICE | 36.02 | | 97.84 | | 59.08 | | 177.24 | |
| 0 | 6460 | MISC. EMPLOYEE BENEFITS | 67.05 | | 390.25 | | 275.45 | | 585.20 | |
| 0 | 6470 | UNDERWRITING EXPENSE | 669.74 | 0.64% | 3,187.00 | 0.94% | 641.66 | 0.69% | 3,012.16 | 1.02% |
| 0 | 6500 | ACCOUNTING/TAX SERVICE FEES | 0.00 | | 428.13 | | 315.00 | | 315.00 | |
| 0 | 6502 | ACCOUNTING - ESOP | 0.00 | | 847.00 | | 0.00 | | 0.00 | |
| 0 | 6510 | LEGAL FEES | 0.00 | | 1,320.37 | | 76.35 | | 76.35 | |
| 0 | 6512 | LEGAL ESOP | 6,899.52 | 6.99% | 19,883.05 | 5.78% | 0.00 | | 0.00 | |
| 0 | 6516 | TEMP. AGENCY FEES | 0.00 | | 0.00 | | 728.46 | 0.78% | 728.46 | |
| 0 | 6527 | SHARED OFFICE SALARIES | -10,800.00 | -10.31% | -32,400.00 | -9.51% | -16,200.00 | -17.42% | -41,200.00 | -13.90% |
| 0 | 6530 | PAYROLL PROCESSING EXPENSE | 165.40 | | 822.80 | | 321.30 | | 1,157.09 | |
| 0 | 6540 | BANK SERVICE CHARGES | 0.00 | | 176.84 | | 389.54 | | 958.56 | |
| 0 | 6550 | INTEREST EXPENSE | 0.00 | | 0.00 | | 0.00 | | -18.97 | |
| 0 | 6560 | BAD DEBT EXPENSE | 0.00 | | 281.87 | | 20.00 | | 20.00 | |
| 0 | 6570 | SMALL BALANCE WRITE-OFF | 4.29 | | 4.50 | | -6.02 | | -12.82 | |
| 0 | 6700 | IRA - EMPLOYER PAID | 0.00 | | 0.00 | | 1,746.78 | 1.88% | 5,576.40 | 1.88% |
| 0 | 6800 | FICA TAX - EMPLOYER | 6,157.78 | 5.88% | 18,590.05 | 5.46% | 5,563.89 | 6.00% | 17,422.79 | 5.88% |
| 0 | 6810 | MEDICARE TAX - EMPLOYER | 1,440.13 | 1.37% | 4,347.67 | 1.28% | 1,305.93 | 1.40% | 4,074.69 | 1.36% |
| 0 | 6830 | XX STATE UNEMPLOYMENT TAX | 1,142.01 | 1.09% | 6,251.65 | 1.83% | 468.09 | 0.50% | 2,892.31 | 1.01% |
| 0 | 6840 | FEDERAL UNEMPLOYMENT TAX | 153.02 | | 1,170.14 | | 117.76 | | 1,147.48 | |
| 0 | 6870 | TAXES-PERSONAL PROPERTY | 0.00 | | 170.18 | | 0.00 | | 830.46 | |
| | | Total ADMINISTRATIVE EXPENSE | 104,786.18 | | 340,734.48 | | 93,000.36 | | 296,340.02 | |
| | | **Total Expenses** | **179,326.26** | | **577,992.37** | | **161,971.22** | | **507,422.77** | |
| | | **Net Profit/Loss:** | **104,698.73** | | **243,506.63** | | **141,992.00** | | **238,836.16** | |

Thompson 000229

# INCOME AND EXPENSE STATEMENT

Agency(s): #0 - JJZ Inc dba Zander Ins Group
Department(s): Undepartmentalized (0)

**March 1, thru March 31, for the fiscal year 2011**
Lines with a $0 balance suppressed

Page 1

| Agy | Chart | Dept | Chart Name | Current MTD | | Year to Date | | Prior Year Month to Date | | Prior Year Year to Date | |
|-----|-------|------|------------|------------|------|--------------|------|--------------------------|------|-------------------------|------|
| **INCOME** | | | | | | | | | | | |
| 0 | 4000 | | AGENCY BILLED INCOME | 7,865.61 | 2.77% | 32,191.14 | 3.92% | 6,473.14 | 2.13% | 29,875.67 | 4.00% |
| 0 | 4001 | | BROKER FEES | 0.00 | | 0.00 | | 10.00 | | 20.00 | |
| 0 | 4020 | | DIRECT BILL INCOME - L/H | 58,496.06 | 20.60% | 151,624.93 | 18.46% | 55,594.44 | 18.62% | 146,293.13 | 19.60% |
| 0 | 4030 | | DIRECT BILL INCOME - P&C | 154,498.02 | 54.40% | 502,078.84 | 61.12% | 151,328.28 | 49.78% | 435,827.16 | 58.42% |
| 0 | 4040 | | P/C BONUS COMMISSION | 63,165.30 | 22.24% | 135,594.09 | 16.51% | 89,557.36 | 29.46% | 134,142.36 | 17.98% |
| 0 | 4200 | | INTEREST INCOME | 0.00 | | 0.00 | | 0.00 | | 0.61 | |
| | | | **Total INCOME** | 284,024.99 | | 821,499.00 | | 303,963.22 | | 746,258.93 | |
| **SALES EXPENSE** | | | | | | | | | | | |
| 0 | 5000 | | MISC.COMMISSION EXPENSE | 26,665.68 | 35.77% | 81,254.49 | 34.25% | 29,166.67 | 42.29% | 87,500.01 | 41.45% |
| 0 | 5000-AD2 | | - EXPENSE | 74.74 | | 96.75 | | 0.00 | | 0.00 | |
| 0 | 5000-AND | | AND - AMY DILLARD - EXPENSE | 2,869.40 | 3.85% | 9,973.52 | 4.20% | 2,570.85 | 3.73% | 5,824.29 | 2.76% |
| 0 | 5000-JAN | | JAN - JUSTIN NIX - EXPENSE | 446.63 | 0.60% | 618.13 | | 0.00 | | 0.00 | |
| 0 | 000-JAZ | | JULILAN A. ZANDER COMMISSION E | 0.00 | | 0.00 | | 1,896.38 | 2.75% | 1,896.38 | 0.90% |
| 0 | 5000-JJZ | | JEFFREY J. ZANDER COMMISSION | 0.00 | | 0.00 | | 184.91 | | 164.91 | |
| 0 | 5000-JZ1 | | JZ1 PRODUCER EXPENSE | 3,735.55 | 5.01% | 13,526.87 | 5.70% | 5,185.93 | 7.52% | 15,597.64 | 7.39% |
| 0 | 5000-JZ2 | | JZ2 - TAMMIE O. THOMAS - EXPEN | 103.86 | | 596.59 | | -54.49 | | 66.26 | |
| 0 | 5000-KL1 | | KS1 - KEITH LEWIS - RAMSE - EX | 0.00 | | 0.00 | | 0.00 | | 111.75 | |
| 0 | 5000-MAW | | MICHAEL A. WEINBERGER COMMISS | 2,690.19 | 3.61% | 12,503.82 | 5.27% | 2,022.57 | 2.93% | 6,823.84 | 3.23% |
| 0 | 5000-MW1 | | MW1 - MICHAEL WEINBERGER - EXP | 1,937.31 | 2.60% | 8,993.24 | 2.92% | 2,023.57 | 2.93% | 5,442.67 | 2.58% |
| 0 | 5000-MW2 | | MW2 - MICHAEL WEINBERGER - EXP | 13.24 | | 132.06 | | 0.00 | | 0.00 | |
| 0 | 5000-PRB | | Pattie Bowling - EXPENSE | 14,094.12 | 18.91% | 46,454.66 | 19.58% | 9,903.52 | 14.36% | 36,485.24 | 17.28% |
| 0 | 5000-RWB | | RWB - RANDALL BRIDGES - EXPENS | 0.00 | | 0.00 | | 0.00 | | 1,134.79 | 0.54% |
| 0 | 5000-TOT | | TAMMIE O. THOMAS COMMISSION E | 0.00 | | 929.38 | | 0.00 | | 54.60 | |
| 0 | 5000-WPS | | WILLIAM P. STRATTON COMMISSIO | 1,791.79 | 2.40% | 3,535.95 | 1.49% | 1,764.51 | 2.56% | 4,348.01 | 2.06% |
| 0 | 5000-ZED | | ZANDER EMPLOYEE DISCOUNT COMM | 0.00 | | 45.27 | | 79.65 | | 79.65 | |
| 0 | 5200 | | ADVERTISING EXPENSE | 15,127.60 | 20.29% | 37,890.01 | 15.97% | 5,052.60 | 7.33% | 24,899.00 | 11.80% |
| 0 | 5210 | | ADVERTISING EXPENSE/SPECIAL | 1,450.00 | 1.95% | 4,350.00 | 1.83% | 1,600.00 | 2.32% | 4,800.00 | 2.27% |
| 0 | 5215 | | ADVERTISING - NEWSPAPER - EMPL | 0.00 | | 1,006.30 | | 1,124.10 | 1.63% | 2,232.74 | 1.06% |
| 0 | 6220 | | ENTERTAINMENT | 624.51 | 0.84% | 2,465.65 | 1.04% | 1,419.00 | 2.06% | 2,983.68 | 1.41% |
| 0 | 5240 | | TRAVEL | 2,376.77 | 3.19% | 13,234.82 | 5.58% | 4,033.97 | 5.85% | 7,975.52 | 3.78% |
| 0 | 5300 | | AUTO EXPENSES | 271.52 | | 911.90 | | 750.66 | 1.09% | 1,863.29 | 0.88% |
| 0 | 5310 | | AUTOMOBILE LEASE | 266.17 | | 798.48 | | 266.16 | | 798.48 | |
| | | | **Total SALES EXPENSE** | 74,540.08 | | 237,257.89 | | 66,970.66 | | 211,082.75 | |
| **ADMINISTRATIVE EXPENSE** | | | | | | | | | | | |
| 0 | 6010-OFC | | OFFICE SALARIES, OFFICE STAFF | 70,947.95 | 67.71% | 207,061.01 | 60.77% | 66,851.35 | 71.86% | 208,352.63 | 70.31% |
| 0 | 6010-SPC | | SALARIES-SPECIAL PROJECT | 1,750.00 | 1.67% | 4,650.00 | 1.36% | 1,300.00 | 1.40% | 3,850.00 | 1.30% |
| | 100 | | AUTOMATION SOFTWARE | 1,027.32 | 0.98% | 14,415.12 | 4.23% | 792.50 | 0.85% | 13,663.51 | 4.61% |
| | 110 | | AUTOMATION HARDWARE | 332.61 | | 1,005.23 | | 427.18 | | 427.18 | |
| 0 | 6120 | | AUTOMATION MAINT/SUPPORT | 1,149.79 | 1.10% | 3,620.37 | 1.06% | 4,114.20 | 4.42% | 4,382.51 | 1.48% |
| 0 | 6130 | | INTERNET EXPENSE | 248.48 | | 795.07 | | 647.71 | 0.70% | 1,673.03 | 0.56% |
| 0 | 6200 | | OFFICE SUPPLIES | 1,076.88 | 1.03% | 5,189.19 | 1.52% | 2,253.91 | 2.42% | 6,088.09 | 2.05% |
| 0 | 6205 | | PRINTING EXPENSE | 1,724.12 | 1.65% | 3,104.22 | 0.91% | 1,459.41 | 1.57% | 3,898.51 | 1.32% |
| 0 | 6210 | | POSTAGE/SHIPPING EXPENSE | 4,793.01 | 4.57% | 16,188.13 | 4.75% | 146.70 | | 3,651.88 | 1.23% |
| 0 | 6220 | | TELEPHONE EXPENSE | 568.13 | 0.54% | 4,483.53 | 0.71% | 909.24 | 0.97% | 4,284.42 | 1.44% |

Case 3:17-cv-01657   Document 104-16   Filed 05/23/19   Page 106 of 137 PageID #: 5990

Thompson 000230

| Agy | Chart | Dept | Chart Name | Current MTD | | Year to Date | | Prior Year Month to Date | | Prior Year Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 6230 | | OFFICE FURNITURE | 779.74 | 0.74% | 779.74 | | 0.00 | | 0.00 | |
| 0 | 6245 | | FLOWERS & GIFTS | 36.33 | | 340.68 | | 0.00 | | 110.76 | |
| | 250 | | RENT | 4,350.00 | 4.15% | 13,050.00 | 3.83% | 4,350.00 | 4.68% | 13,050.00 | 4.40% |
| . | 3260 | | UTILITIES | 489.37 | | 1,614.30 | | 550.18 | 0.59% | 1,753.57 | 0.59% |
| 0 | 6280 | | REPAIR & MAINTENANCE | 396.17 | | 2,082.73 | 0.61% | 327.36 | | 1,482.46 | 0.50% |
| 0 | 6282 | | SHREDDING EXPENSE | 38.74 | | 144.78 | | 130.00 | | 332.66 | |
| 0 | 6284 | | PEST CONTROL | 23.00 | | 92.00 | | 88.00 | | 144.00 | |
| 0 | 6290 | | LEASED EQUIPMENT EXPENSE | 27.50 | | 82.50 | | 51.00 | | 204.00 | |
| 0 | 6300 | | INSURANCE-PROPERTY & CASUALTY | 0.00 | | 773.00 | | 0.00 | | 0.00 | |
| 0 | 6310 | | GROUP INS-LIFE, HEALTH, DISABI | 7,084.54 | 6.76% | 23,417.81 | 6.87% | 7,538.37 | 8.11% | 23,123.43 | 7.80% |
| 0 | 6320 | | INSURANCE-CORP. | 0.00 | | 10,060.00 | 2.95% | 0.00 | | 0.00 | |
| 0 | 6330 | | OFFICERS INSURANCE | 0.00 | | 0.00 | | 399.88 | | 399.88 | |
| 0 | 6400 | | LICENSE & PERMITS | 178.00 | | 1,256.29 | | 199.00 | | 997.13 | |
| 0 | 6410 | | DUES & SUBSCRIPTIONS | 24.74 | | 174.74 | | 0.00 | | 180.00 | |
| 0 | 6420 | | CONTRIBUTIONS | 1,625.00 | 1.55% | 2,450.00 | 0.72% | 4,550.00 | 4.89% | 6,487.89 | 2.19% |
| 0 | 6430 | | EDUCATION | 0.00 | | 173.00 | | 0.00 | | 0.00 | |
| 0 | 6450 | | JANITORIAL SERVICE | 36.02 | | 97.84 | | 59.08 | | 177.24 | |
| 0 | 6460 | | MISC. EMPLOYEE BENEFITS | 67.05 | | 390.25 | | 275.45 | | 585.20 | |
| 0 | 6470 | | UNDERWRITING EXPENSE | 669.74 | 0.64% | 3,187.00 | 0.94% | 641.68 | 0.69% | 3,012.16 | 1.02% |
| 0 | 6500 | | ACCOUNTING/TAX SERVICE FEES | 0.00 | | 428.13 | | 315.00 | | 315.00 | |
| 0 | 6502 | | ACCOUNTING - ESOP | 0.00 | | 847.00 | | 0.00 | | 0.00 | |
| 0 | 6510 | | LEGAL FEES | 0.00 | | 1,320.37 | | 76.35 | | 76.35 | |
| 0 | 6512 | | LEGAL ESOP | 6,699.52 | 6.39% | 19,683.05 | 5.78% | 0.00 | | 0.00 | |
| 0 | 6515 | | TEMP. AGENCY FEES | 0.00 | | 0.00 | | 728.46 | 0.78% | 728.46 | |
| 0 | 6527 | | SHARED OFFICE SALARIES | -10,800.00 | -10.31% | -32,400.00 | -9.51% | -16,200.00 | -17.42% | -41,200.00 | -13.90% |
| 0 | 6530 | | PAYROLL PROCESSING EXPENSE | 165.40 | | 822.80 | | 321.30 | | 1,157.09 | |
| 0 | 6540 | | BANK SERVICE CHARGES | 0.00 | | 176.84 | | 389.54 | | 858.56 | |
| 0 | 6550 | | INTEREST EXPENSE | 0.00 | | 0.00 | | 0.00 | | -18.87 | |
| 0 | 6560 | | BAD DEBT EXPENSE | 0.00 | | 281.67 | | 20.00 | | 20.00 | |
| 0 | 6570 | | SMALL BALANCE WRITE-OFF | 4.29 | | 4.50 | | -8.02 | | -12.82 | |
| 0 | 6700 | | IRA - EMPLOYER PAID | 0.00 | | 0.00 | | 1,746.78 | 1.88% | 5,576.40 | 1.88% |
| 0 | 6800 | | FICA TAX - EMPLOYER | 6,157.78 | 5.88% | 18,590.05 | 5.46% | 5,583.99 | 6.00% | 17,422.79 | 5.88% |
| 0 | 6810 | | MEDICARE TAX - EMPLOYER | 1,440.13 | 1.37% | 4,347.67 | 1.28% | 1,305.93 | 1.40% | 4,074.69 | 1.38% |
| 0 | 6830 | | XX STATE UMEMPLOYMENT TAX | 1,142.01 | 1.09% | 6,251.65 | 1.83% | 468.09 | 0.50% | 2,982.31 | 1.01% |
| 0 | 6840 | | FEDERAL UNEMPLOYMENT TAX | 153.02 | | 1,170.14 | | 117.76 | | 1,147.48 | |
| 0 | 6870 | | TAXES-PERSONAL PROPERTY | 0.00 | | 170.18 | | 0.00 | | 830.46 | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total ADMINISTRATIVE EXPENSE | | 104,786.18 | | 340,734.48 | | 93,000.36 | | 296,340.02 | |
| **Total Expenses** | | **179,326.26** | | **577,992.37** | | **161,971.22** | | **507,422.77** | |
| **Net Profit/Loss:** | | **104,698.73** | | **243,506.63** | | **141,992.00** | | **238,836.16** | |

Thompson 000231

# BALANCE SHEET STATEMENT

Agency(s): #0 - JJZ Inc dba Zander Ins Group
Department(s): Undepartmentalized (0)

### March 1, thru March 31, for the fiscal year 2011
Lines with a $0 balance suppressed

Page 1

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|---|---|---|---|---|---|---|---|
| **ASSET** | | | | | | | |
| 0 | 1010 | | OPERATING CHECKING -5006 | 92,240.97 | 271,306.26 | 143,200.54 | 69,529.93 |
| 0 | 1020 | | CHARLES SCHWAB | 0.00 | 0.00 | 0.00 | 576.07 |
| 0 | 1040 | | PAYROLL ACCOUNT | 0.00 | 1,000.00 | 1,582.80 | 2,770.58 |
| 0 | 1050 | | SEASIDE BANK CD | 0.00 | 0.00 | 27.64 | 27.64 |
| 0 | 1070 | | MONEY MARKET SAVINGS-2002 | 0.00 | 0.00 | -1,009.09 | 0.00 |
| 0 | 1200 | | ACCOUNTS RECEIVABLE | -1,697.56 | 60,020.86 | -36,307.32 | 61,390.43 |
| 0 | 1220 | | A/R JJZ PARTNERSHIP | 0.00 | 0.00 | 16,200.00 | 46,250.00 |
| 0 | 1510 | | AUTOMATION EQUIPMENT | 0.00 | 30,332.24 | 0.00 | 14,054.08 |
| 0 | 1520 | | OFFICE EQUIPMENT | 0.00 | 11,434.93 | 0.00 | 10,550.00 |
| 0 | 1560 | | PSL'S | 0.00 | 10,962.00 | 0.00 | 10,962.00 |
| 0 | 1690 | | ACCUMULATED DEPRECIATION | 0.00 | -22,771.11 | -12,221.11 | -22,771.11 |
| | | | **Total ASSET** | **90,543.41** | **362,285.18** | **111,473.46** | **193,339.62** |
| **LIABILITY** | | | | | | | |
| 0 | 2005-ABI | | ABI COMPANY PAYABLE | -8,387.09 | 5,866.44 | 0.00 | -3.75 |
| 0 | 2005-AOI | | AOI COMPANY PAYABLE | 0.00 | 304.57 | -8,555.11 | 304.57 |
| 0 | 2005-ARC | | ARC COMPANY PAYABLE | 68.00 | 886.00 | 17.00 | 458.00 |
| 0 | 2005-BSR | | BSR COMPANY PAYABLE | 1,504.71 | 2,420.10 | -396.00 | 0.00 |
| 0 | 2005-BWG | | BWG COMPANY PAYABLE | -1,021.50 | -1,021.50 | -1,026.00 | -1,026.00 |
| 0 | 2005-CIN | | CIN COMPANY PAYABLE | 0.00 | 0.00 | 690.30 | 690.30 |
| 0 | 2005-CNA | | CNA COMPANY PAYABLE | -923.10 | -923.10 | -923.10 | 939.63 |
| 0 | 2005-CNS | | CNS COMPANY PAYABLE | 0.00 | 140.00 | 720.00 | 860.00 |
| 0 | 2005-CPC | | CPC COMPANY PAYABLE | 0.00 | 3,363.24 | -2,861.78 | 6,058.02 |
| 0 | 2005-G&A | | G&A COMPANY PAYABLE | -1,272.40 | -1,179.90 | 67.53 | 0.00 |
| 0 | 2005-HAN | | HAN COMPANY PAYABLE | 0.00 | 0.00 | -213.25 | 0.00 |
| 0 | 2005-HRF | | HARFORD MUTUAL PAYABLE | 815.00 | 815.00 | 0.00 | 0.00 |
| 0 | 2005-KKI | | KKI COMPANY PAYABLE | -18,411.30 | 0.00 | 0.00 | 0.00 |
| 0 | 2005-NSO | | NSO COMPANY PAYABLE | 14,516.17 | 15,280.50 | 17,111.13 | 17,111.13 |
| 0 | 2005-ORS | | ORS COMPANY PAYABLE | 740.60 | 740.60 | 571.80 | 740.60 |
| 0 | 2005-PIN | | PIN COMPANY PAYABLE | 0.00 | 0.00 | -4,254.80 | 0.00 |
| 0 | 2005-RPS | | RPS COMPANY PAYABLE | 0.00 | 0.00 | -46.25 | 0.00 |
| 0 | 2005-SOU | | SOU COMPANY PAYABLE | 12,081.49 | 27,427.01 | -10,087.40 | 2,894.67 |
| 0 | 2005-TIC | | TIC COMPANY PAYABLE | -13,469.05 | -1,290.00 | -6,154.55 | 12,858.37 |
| 0 | 2005-TUI | | TUI COMPANY PAYABLE | -1,415.49 | 770.63 | -4,123.67 | 981.25 |
| 0 | 2005-VOS | | VOS COMPANY PAYABLE | 0.00 | 0.00 | 0.00 | -1,295.00 |
| 0 | 2005-ZUR | | ZUR COMPANY PAYABLE | 0.00 | 0.00 | 5,338.65 | 3,004.75 |
| 0 | 2006-AND | | AND - AMY DILLARD - PAYABLE | -13.02 | 0.00 | 52.25 | 151.10 |
| 0 | 2006-ELP | | - PAYABLE | 0.00 | 623.14 | 0.00 | 0.00 |
| 0 | 2006-JAN | | JAN - JUSTIN NIX - PAYABLE | 446.63 | 616.13 | 0.00 | 0.00 |
| 0 | 2006-JJZ | | JEFFREY J. ZANDER COMM PAYABL | 0.00 | 0.00 | 164.91 | 164.91 |
| 0 | 2006-JZ21 | | JZ21 PRODUCER PAYABLE | -296.94 | 107.55 | -499.75 | 350.50 |
| 0 | 2006-JZ2 | | JZ2 - TAMMIE O. THOMAS - PAYAB | 116.81 | 116.81 | -92.25 | 0.00 |
| 0 | 2005-MAW | | MICHAEL A. WEINBERGER COMM PA | -782.30 | 0.00 | 5.66 | 39.66 |
| 0 | 2006-MW1 | | MW1 - MICHAEL WEINBERGER - PAY | -150.25 | 0.00 | 0.00 | 0.00 |
| 0 | 2006-TOT | | TAMMIE O. THOMAS COMM PAYABLE | -102.29 | 0.00 | 0.00 | 0.00 |
| 0 | 2006-WPS | | WILLIAM P. STRATTON COMM PAYA | 0.00 | 0.00 | 42.80 | 42.80 |
| 0 | 2006-ZED | | ZANDER EMPLOYEE DISCOUNT COMM | 0.00 | 45.27 | 0.00 | 0.00 |
| | 010 | | ACCRUED F & E | 0.00 | 0.00 | 0.00 | 1,521.00 |
| | 2600 | | PENSION PAYABLE | 0.00 | 0.00 | 2,800.00 | 2,500.00 |
| 0 | 2820 | | MEDICARE TAX WITHHELD | 0.00 | 0.00 | 164.91 | 0.01 |
| 0 | 2895 | | EMPLOYEE ADVANCES | 0.00 | 0.00 | 88.80 | 0.00 |
| 0 | 2930 | | ACCRUED ACCOUNTING | 0.00 | 0.00 | 0.00 | 1,900.00 |
| 0 | 2955 | | OFFICER'S LOAN | 0.00 | 118,618.02 | 0.00 | -14,377.94 |
| | | | **Total LIABILITY** | **-14,155.32** | **173,526.51** | **-11,763.07** | **36,870.78** |

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|-----|-------|------|------------|-------------|--------------|--------------------------|-------------------------|

**EQUITY**

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|-----|-------|------|------------|-------------|--------------|--------------------------|-------------------------|
| 0 | 3100 | | COMMON STOCK | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| 0 | 3400 | | RETAINED EARNINGS | 0.00 | -55,747.96 | -18,755.47 | -83,479.07 |
| 0 | 3500 | | Net Profit/Loss | 104,698.73 | 243,506.63 | 141,992.00 | 238,836.16 |
| | | | Total EQUITY | 104,698.73 | 188,758.67 | 123,236.53 | 156,357.09 |

| | | | | | | | |
|-----|-------|------|------------|-------------|--------------|--------------------------|-------------------------|
| | | | **Total Liabilities and Equities:** | 90,543.41 | 362,285.18 | 111,473.46 | 193,227.87 |

Thompson 000233

# BALANCE SHEET STATEMENT

Agency(s): #0 - JJZ Inc dba Zander Ins Group
Department(s): Undepartmentalized (0)

### January 1, thru December 31, for the fiscal year 2010
Lines with a $0 balance suppressed

Page   1

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|---|---|---|---|---|---|---|---|
| **ASSET** | | | | | | | |
| 0 | 1010 | | OPERATING CHECKING -5506 | 213,167.22 | 95,714.04 | -117,453.18 | -117,453.18 |
| 0 | 1020 | | CHARLES SCHWAB | 0.00 | 576.07 | 576.07 | 576.07 |
| 0 | 1040 | | PAYROLL ACCOUNT | 1,664.10 | 4,975.98 | 3,311.88 | 3,311.88 |
| 0 | 1050 | | SEASIDE BANK CD | 27.66 | 27.66 | 0.00 | 0.00 |
| 0 | 1070 | | MONEY MARKET SAVINGS-2002 | -1,023.48 | 0.00 | 1,023.48 | 1,023.48 |
| 0 | 1200 | | ACCOUNTS RECEIVABLE | -38,735.04 | 30,380.38 | 69,095.42 | 69,095.42 |
| 0 | 1205 | | DIRECT BILL RECEIVABLES | 2,671.21 | 2,671.21 | 0.00 | 0.00 |
| 0 | 1220 | | A/R JJZ PARTNERSHIP | -4,387.72 | -4,387.72 | 0.00 | 0.00 |
| 0 | 1510 | | AUTOMATION EQUIPMENT | 18,110.13 | 30,332.24 | 12,222.11 | 12,222.11 |
| 0 | 1520 | | OFFICE EQUIPMENT | 884.93 | 11,434.93 | 10,550.00 | 10,550.00 |
| 0 | 1560 | | PSL'S | 0.00 | 10,962.00 | 10,962.00 | 10,962.00 |
| 0 | 1690 | | ACCUMULATED DEPRECIATION | -12,221.11 | -22,771.11 | -10,550.00 | -10,550.00 |
| 0 | 1755 | | PREPAID EXPENSES | 2,320.00 | 2,320.00 | 0.00 | 0.00 |
| | | | **Total ASSET** | **182,477.90** | **162,215.68** | **-20,262.22** | **-20,262.22** |
| **LIABILITY** | | | | | | | |
| 0 | 2005-ABI | | ABI COMPANY PAYABLE | 4,424.41 | 21,631.33 | 17,206.92 | 17,206.92 |
| 0 | 2005-AOI | | AOI COMPANY PAYABLE | -995.61 | 304.57 | 1,300.18 | 1,300.18 |
| 0 | 2005-ARC | | ARC COMPANY PAYABLE | 343.00 | 767.00 | 424.00 | 424.00 |
| 0 | 2005-CEN | | CEN COMPANY PAYABLE | -498.38 | 0.00 | 498.38 | 498.38 |
| 0 | 2005-CNA | | CNA COMPANY PAYABLE | -2,015.85 | 0.00 | 2,015.85 | 2,015.85 |
| 0 | 2005-CNS | | CNS COMPANY PAYABLE | 0.00 | 140.00 | 140.00 | 140.00 |
| 0 | 2005-CPC | | CPC COMPANY PAYABLE | -332.00 | 3,363.24 | 3,695.24 | 3,695.24 |
| 0 | 2005-HAN | | HAN COMPANY PAYABLE | -2,682.50 | 0.00 | 2,682.50 | 2,682.50 |
| 0 | 2005-ORS | | ORS COMPANY PAYABLE | -140.00 | 0.00 | 140.00 | 140.00 |
| 0 | 2005-SAI | | SAI COMPANY PAYABLE | -633.52 | 9,052.86 | 9,686.40 | 9,686.40 |
| 0 | 2005-SOU | | SOU COMPANY PAYABLE | 3,507.02 | 5,425.62 | 1,918.60 | 1,918.60 |
| 0 | 2005-TIC | | TIC COMPANY PAYABLE | 1,453.08 | 6,624.85 | 5,171.77 | 5,171.77 |
| 0 | 2005-TUI | | TUI COMPANY PAYABLE | -3,676.70 | 976.55 | 4,653.25 | 4,653.25 |
| 0 | 2005-ZUR | | ZUR COMPANY PAYABLE | -1,468.25 | 0.00 | 1,468.25 | 1,468.25 |
| 0 | 2006-AND | | AND - AMY DILLARD - PAYABLE | -18.75 | -18.75 | 0.00 | 0.00 |
| 0 | 2006-ELP | | - PAYABLE | 623.14 | 623.14 | 0.00 | 0.00 |
| 0 | 2006-JJZ | | JEFFREY J. ZANDER  COMM PAYABL | -878.64 | 0.00 | 878.64 | 878.64 |
| 0 | 2006-JZ1 | | JZ1 PRODUCER PAYABLE | -1,049.44 | -826.84 | 222.60 | 222.60 |
| 0 | 2006-JZ2 | | JZ2 - TAMMIE O. THOMAS - PAYAB | 1.30 | 1.30 | 0.00 | 0.00 |
| 0 | 2006-MAW | | MICHAEL A. WEINBERGER  COMM PA | -1.54 | 5.25 | 6.79 | 6.79 |
| 0 | 2006-MW1 | | MW1 - MICHAEL WEINBERGER - PAY | 272.00 | 272.00 | 0.00 | 0.00 |
| 0 | 2006-RWB | | RWB - RANDALL BRIDGES - PAYABL | 0.00 | 0.00 | 35.80 | 35.80 |
| 0 | 2006-TOT | | TAMMIE O. THOMAS  COMM PAYABLE | 3.48 | 3.48 | 0.00 | 0.00 |
| 0 | 2010 | | ACCRUED F & E | -1,521.00 | 0.00 | 1,521.00 | 1,521.00 |
| 0 | 2500 | | IRA - EMPLOYEE PAID | -4,300.00 | 0.00 | 4,300.00 | 4,300.00 |
| 0 | 2895 | | EMPLOYEE ADVANCES | 2,026.65 | 0.00 | -2,026.85 | -2,026.85 |
| 0 | 2930 | | ACCRUED ACCOUNTING | -1,900.00 | 0.00 | 1,900.00 | 1,900.00 |
| 0 | 2955 | | OFFICER'S LOAN | 162,695.98 | 166,618.02 | -14,377.94 | -14,377.94 |
| | | | **Total LIABILITY** | **173,538.06** | **216,963.64** | **43,461.38** | **43,461.38** |
| **EQUITY** | | | | | | | |

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 110 of 137 PageID #: 5994

Thompson 000234

# INCOME AND EXPENSE STATEMENT

Agency(s): #0 - JJZ Inc dba Zander Ins Group
Department(s): Undepartmentalized (0)

### January 1, thru December 31, for the fiscal year 2010
Lines with a $0 balance suppressed

Page 1

| Agy | Chart | Dept | Chart Name | Current MTD | | Year to Date | | Prior Year Month to Date | | Prior Year Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | |
| 0 | 4000 | | AGENCY BILLED INCOME | 128,463.92 | 4.81% | 128,463.92 | 4.81% | 103,628.84 | 2.00% | 103,628.84 | 2.00% |
| 0 | 4001 | | BROKER FEES | 50.00 | | 50.00 | | 260.00 | | 260.00 | |
| 0 | 4020 | | DIRECT BILL INCOME - L/H | 614,111.56 | 23.01% | 614,111.56 | 23.01% | 1,166,699.07 | 22.49% | 1,166,699.07 | 22.49% |
| 0 | 4030 | | DIRECT BILL INCOME - P&C | 1,784,365.17 | 66.87% | 1,784,365.17 | 66.87% | 1,327,313.17 | 25.58% | 1,327,313.17 | 25.58% |
| 0 | 4040 | | P/C BONUS COMMISSION | 141,552.36 | 5.30% | 141,552.36 | 5.30% | 194,439.45 | 3.75% | 194,439.45 | 3.75% |
| 0 | 4200 | | INTEREST INCOME | 13.79 | | 13.79 | | 20,144.62 | | 20,144.62 | |
| 0 | 4400 | | COMMISSION INCOME | 0.00 | | 0.00 | | 2,359,962.25 | 45.48% | 2,359,962.25 | 45.48% |
| 0 | 4500 | idt | IDT SALARY REIMBURSEMENT | 0.00 | | 0.00 | | 16,320.02 | | 16,320.02 | |
| | | | Total INCOME | 2,668,556.80 | | 2,668,556.80 | | 5,188,767.42 | | 5,188,767.42 | |

| Agy | Chart | Dept | Chart Name | Current MTD | | Year to Date | | Prior Year Month to Date | | Prior Year Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES EXPENSE** | | | | | | | | | | | |
| 0 | 5000 | | MISC.COMMISSION EXPENSE | 349,645.56 | 38.34% | 349,645.56 | 38.34% | 733,024.67 | 59.17% | 733,024.67 | 59.17% |
| 0 | 5000-AD2 | | - EXPENSE | 228.68 | | 228.68 | | 0.00 | | 0.00 | |
| 0 | 5000-AND | | AND - AMY DILLARD - EXPENSE | 36,741.82 | 4.03% | 36,741.82 | 4.03% | 5,061.94 | | 5,061.94 | |
| 0 | 5000-ELP | | - EXPENSE | 623.14 | | 623.14 | | 0.00 | | 0.00 | |
| 0 | 5000-JAZ | | JULIAN A. ZANDER COMMISSION E | 2,667.53 | | 2,667.53 | | 1,954.95 | | 1,954.95 | |
| 0 | 5000-JJZ | | JEFFREY J. ZANDER COMMISSION | 152.91 | | 152.91 | | 8,893.12 | 0.72% | 8,893.12 | 0.72% |
| 0 | 5000-JZ1 | | JZ1 PRODUCER EXPENSE | 60,265.22 | 6.61% | 60,265.22 | 6.61% | 58,391.42 | 4.71% | 58,391.42 | 4.71% |
| 0 | 5000-JZ2 | | JZ2 - TAMMIE O. THOMAS - EXPEN | 733.26 | | 733.26 | | 2,529.52 | | 2,529.52 | |
| 0 | 5000-KL1 | | KS1 - KEITH LEWIS - RAMSE - EX | -75.75 | | -75.75 | | 0.00 | | 0.00 | |
| 0 | 5000-KSL | | KSL - Keith Lewis - EXPENSE | 0.00 | | 0.00 | | 1,125.00 | | 1,125.00 | |
| 0 | 5000-MAW | | MICHAEL A. WEINBERGER COMMISS | 37,339.86 | 4.09% | 37,339.86 | 4.09% | 34,207.69 | 2.76% | 34,207.69 | 2.76% |
| 0 | 5000-MW1 | | MW1 - MICHAEL WEINBERGER - EXP | 32,647.50 | 3.58% | 32,647.50 | 3.58% | 26,928.05 | 2.17% | 26,928.05 | 2.17% |
| 0 | 5000-MW2 | | MW2 - MICHAEL WEINBERGER - EXP | 107.76 | | 107.76 | | 123.40 | | 123.40 | |
| 0 | 5000-PRB | | Pattie Bowling - EXPENSE | 154,467.64 | 16.94% | 154,467.64 | 16.94% | 134,528.92 | 10.86% | 134,528.92 | 10.86% |
| 0 | 5000-RW2 | | RW2 - RANDAL BRIDGES - EXPENSE | 0.00 | | 0.00 | | 342.97 | | 342.97 | |
| 0 | 5000-RWB | | RWB - RANDALL BRIDGES - EXPENS | 1,134.79 | | 1,134.79 | | 19,813.11 | 1.60% | 19,813.11 | 1.60% |
| 0 | 5000-TOT | | TAMMIE O. THOMAS COMMISSION E | 106.10 | | 106.10 | | 339.12 | | 339.12 | |
| 0 | 5000-WPS | | WILLIAM P. STRATTON COMMISSIO | 20,071.03 | 2.20% | 20,071.03 | 2.20% | 15,733.16 | 1.27% | 15,733.16 | 1.27% |
| 0 | 5000-ZED | | ZANDER EMPLOYEE DISCOUNT COMM | 3,377.32 | | 3,377.32 | | 3,498.91 | | 3,498.91 | |
| 0 | 5200 | | ADVERTISING EXPENSE | 117,165.78 | 12.85% | 117,165.78 | 12.85% | 111,213.08 | 8.98% | 111,213.08 | 8.98% |
| 0 | 5210 | | ADVERTISING EXPENSE/SPECIAL | 18,450.00 | 2.02% | 18,450.00 | 2.02% | 13,900.00 | 1.12% | 13,900.00 | 1.12% |
| 0 | 5215 | | ADVERTISING - NEWSPAPER - EMPL | 4,540.90 | | 4,540.90 | | 1,085.00 | | 1,085.00 | |
| 0 | 5220 | | ENTERTAINMENT | 17,176.31 | 1.88% | 17,176.31 | 1.88% | 16,016.45 | 1.29% | 16,016.45 | 1.29% |
| 0 | 5240 | | TRAVEL | 43,433.38 | 4.76% | 43,433.38 | 4.76% | 37,428.53 | 3.02% | 37,428.53 | 3.02% |
| 0 | 5300 | | AUTO EXPENSE | 7,704.54 | 0.84% | 7,704.54 | 0.84% | 2,305.07 | | 2,305.07 | |
| 0 | 5310 | | AUTOMOBILE LEASE | 3,193.92 | | 3,193.92 | | 10,376.96 | 0.84% | 10,376.96 | 0.84% |
| | | | Total SALES EXPENSE | 911,899.20 | | 911,899.20 | | 1,238,821.04 | | 1,238,821.04 | |

| Agy | Chart | Dept | Chart Name | Current MTD | | Year to Date | | Prior Year Month to Date | | Prior Year Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **'INISTRATIVE EXPENSE** | | | | | | | | | | | |
| 0 | 6000 | | EXECUTIVE SALARIES | 388,313.42 | 22.46% | 388,313.42 | 22.46% | 2,793,126.94 | 71.58% | 2,793,126.94 | 71.58% |
| 0 | 6010 | | OFFICE SALARIES-SUB(NOTAX) | 0.00 | | 0.00 | | -5,000.00 | | -5,000.00 | |
| 0 | 6010-OFC | | OFFICE SALARIES, OFFICE STAFF | 819,412.08 | 47.39% | 819,412.08 | 47.39% | 639,043.37 | 16.38% | 639,043.37 | 16.38% |
| 0 | 6010-SPC | | SALARIES-SPECIAL PROJECT | 39,383.68 | 2.28% | 39,383.68 | 2.28% | 49,067.06 | 1.26% | 49,067.06 | 1.26% |
| 0 | 6100 | | AUTOMATION SOFTWARE | 25,382.73 | 1.47% | 25,382.73 | 1.47% | 10,034.90 | | 10,034.90 | |
| 0 | 6110 | | AUTOMATION HARDWARE | 8,402.82 | | 8,402.82 | | 591.54 | | 591.54 | |

| Agy | Chart | Dept | Chart Name | Current MTD | | Year to Date | | Prior Year Month to Date | | Prior Year Year to Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 6120 | | AUTOMATION MAINT/SUPPORT | 16,781.20 | 0.97% | 16,781.20 | 0.97% | 22,080.64 | 0.57% | 22,080.64 | 0.57% |
| 0 | 6130 | | INTERNET EXPENSE | 5,318.76 | | 5,318.76 | | 3,703.87 | | 3,703.87 | |
| | 00 | | OFFICE SUPPLIES | 26,577.41 | 1.54% | 26,577.41 | 1.54% | 20,346.22 | 0.52% | 20,346.22 | 0.52% |
| 0 | 205 | | PRINTING EXPENSE | 13,575.06 | 0.79% | 13,575.06 | 0.79% | 12,402.55 | | 12,402.55 | |
| 0 | 6210 | | POSTAGE/SHIPPING EXPENSE | 61,279.62 | 3.54% | 61,279.62 | 3.54% | 19,346.77 | | 19,346.77 | |
| 0 | 6220 | | TELEPHONE EXPENSE | 15,250.46 | 0.88% | 15,250.46 | 0.88% | 13,659.69 | | 13,659.69 | |
| 0 | 6245 | | FLOWERS & GIFTS | 728.11 | | 728.11 | | 1,526.60 | | 1,526.60 | |
| 0 | 6250 | | RENT | 52,200.00 | 3.02% | 52,200.00 | 3.02% | 21,990.00 | 0.55% | 21,990.00 | 0.56% |
| 0 | 6260 | | UTILITIES | 7,170.40 | | 7,170.40 | | 6,915.39 | | 6,915.39 | |
| 0 | 6280 | | REPAIR & MAINTENANCE | 6,935.00 | | 6,935.00 | | 4,091.86 | | 4,091.86 | |
| 0 | 6282 | | SHREDDING EXPENSE | 713.88 | | 713.88 | | 414.63 | | 414.63 | |
| 0 | 6284 | | PEST CONTROL | 351.00 | | 351.00 | | 485.00 | | 485.00 | |
| 0 | 6290 | | LEASED EQUIPMENT EXPENSE | 663.50 | | 663.50 | | 506.00 | | 506.00 | |
| 0 | 6310 | | GROUP INS-LIFE, HEALTH, DISABI | 92,485.32 | 5.35% | 92,485.32 | 5.35% | 68,914.39 | 1.77% | 68,914.39 | 1.77% |
| 0 | 6320 | | INSURANCE-CORP. | 25,663.44 | 1.48% | 25,663.44 | 1.48% | 11,939.65 | | 11,939.65 | |
| 0 | 6330 | | OFFICERS INSURANCE | 25,397.68 | 1.47% | 25,397.68 | 1.47% | -13,048.05 | | -13,048.05 | |
| 0 | 6400 | | LICENSE & PERMITS | 2,648.92 | | 2,648.92 | | 1,518.84 | | 1,518.84 | |
| 0 | 6410 | | DUES & SUBSCRIPTIONS | 1,839.59 | | 1,839.59 | | 5,026.43 | | 5,026.43 | |
| 0 | 6420 | | CONTRIBUTIONS | 27,152.09 | 1.57% | 27,152.09 | 1.57% | 43,869.40 | 1.12% | 43,869.40 | 1.12% |
| 0 | 6450 | | JANITORIAL SERVICE | 641.33 | | 641.33 | | 590.80 | | 590.80 | |
| 0 | 6460 | | MISC. EMPLOYEE BENEFITS | 2,383.76 | | 2,383.76 | | 1,354.07 | | 1,354.07 | |
| 0 | 6470 | | UNDERWRITING EXPENSE | 11,910.52 | 0.69% | 11,910.52 | 0.69% | 46,750.59 | 1.20% | 46,750.59 | 1.20% |
| 0 | 6500 | | ACCOUNTING/TAX SERVICE FEES | 1,010.63 | | 1,010.63 | | 7,169.00 | | 7,169.00 | |
| 0 | 6505 | | CONSULTING | 0.00 | | 0.00 | | 1,625.00 | | 1,625.00 | |
| 0 | 6510 | | LEGAL FEES | 22,023.16 | 1.27% | 22,023.16 | 1.27% | 6,347.32 | | 6,347.32 | |
| 0 | 6515 | | TEMP. AGENCY FEES | 23,488.67 | 1.36% | 23,488.67 | 1.36% | 16,779.35 | | 16,779.35 | |
| 0 | 6527 | | SHARED OFFICE SALARIES | -141,934.67 | -8.21% | -141,934.67 | -8.21% | -88,524.12 | -2.27% | -88,524.12 | -2.27% |
| 0 | 6530 | | PAYROLL PROCESSING EXPENSE | 2,792.19 | | 2,792.19 | | 1,788.77 | | 1,788.77 | |
| 0 | 6540 | | BANK SERVICE CHARGES | 1,199.24 | | 1,199.24 | | 1,298.15 | | 1,298.15 | |
| 0 | 6560 | | BAD DEBT EXPENSE | 20.00 | | 20.00 | | 148.71 | | 148.71 | |
| 0 | 6570 | | SMALL BALANCE WRITE-OFF | 40.30 | | 40.30 | | 2.44 | | 2.44 | |
| 0 | 6700 | | IRA - EMPLOYER PAID | 37,924.10 | 2.19% | 37,924.10 | 2.19% | 19,327.83 | | 19,327.83 | |
| 0 | 6800 | | FICA TAX - EMPLOYER | 72,918.08 | 4.22% | 72,918.08 | 4.22% | 64,402.92 | 1.65% | 64,402.92 | 1.55% |
| 0 | 6810 | | MEDICARE TAX - EMPLOYER | 22,726.23 | 1.31% | 22,726.23 | 1.31% | 83,380.04 | 2.14% | 83,380.04 | 2.14% |
| 0 | 6820 | | XX STATE WRKMNS COMP-EMPLOYER | 269.85 | | 269.85 | | 0.00 | | 0.00 | |
| 0 | 6830 | | XX STATE WRKMNS UNEMPLOYMENT TAX | 5,184.11 | | 5,184.11 | | 3,770.33 | | 3,770.33 | |
| | 10 | | FEDERAL UNEMPLOYMENT TAX | 1,871.96 | | 1,871.96 | | 1,448.60 | | 1,448.60 | |
| 0 | 865 | | TAXES-TN F&E | 0.00 | | 0.00 | | 1,621.00 | | 1,621.00 | |
| 0 | 6870 | | TAXES-PERSONAL PROPERTY | 830.46 | | 830.46 | | 0.00 | | 0.00 | |

|  | Total ADMINISTRATIVE EXPENSE | 1,728,926.49 | 1,728,926.49 | 3,901,794.29 | 3,901,794.29 |
|---|---|---|---|---|---|
|  | **Total Expenses** | 2,640,825.69 | 2,640,825.69 | 5,140,615.33 | 5,140,615.33 |
|  | **Net Profit/Loss:** | 27,731.11 | 27,731.11 | 48,152.09 | 48,152.09 |

Thompson 000236

| Agy | Chart | Dept | Chart Name | Current MTD | Year to Date | Prior Year Month to Date | Prior Year Year to Date |
|-----|-------|------|------------|-------------|--------------|--------------------------|-------------------------|
| 0 | 3100 | | COMMON STOCK | 0.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| 0 | 3400 | | RETAINED EARNINGS | -16,755.47 | -83,479.07 | -32,808.10 | -32,808.10 |
| | 00 | | Net Profit/Loss | 27,731.11 | 27,731.11 | -31,915.50 | -31,915.50 |
| | | | Total EQUITY | 8,975.64 | -54,747.96 | -63,723.60 | -63,723.60 |

| | | | | | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | **Total Liabilities and Equities:** | **182,513.70** | **162,215.68** | **-20,262.22** | **-20,262.22** |

# JJZ Insur̃ ̃e Agency
## Profit & Loss Y̧Đ Comparison
### January through December 2010

| | Jan - Dec 10 | Jan - Dec 10 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Commissions - DRP | 14,688,442.80 | 14,688,442.80 |
| Disability Commission | 650,629.33 | 650,629.33 |
| IDT Commission Income | 4,651,084.85 | 4,651,084.85 |
| IDT Salary Reimbursement | 17,040.92 | 17,040.92 |
| Individual Health Commissions | 369,091.27 | 369,091.27 |
| Miscellaneous Commission | 3,297.67 | 3,297.67 |
| **Total Income** | 20,379,586.84 | 20,379,586.84 |
| **Expense** | | |
| **DRP** | | |
| Accounting Services | 2,405.94 | 2,405.94 |
| Advertising | 18,909.95 | 18,909.95 |
| Advertising - Lampo | 1,198,770.00 | 1,198,770.00 |
| Auto Expense | 2,553.72 | 2,553.72 |
| Auto Lease | 4,790.94 | 4,790.94 |
| Bank Fees | 421.72 | 421.72 |
| Bonus | 305,053.24 | 305,053.24 |
| Building Repairs | 7,083.96 | 7,083.96 |
| Cell Phone | 1,829.91 | 1,829.91 |
| Commission Expense - JAZ | 174,999.97 | 174,999.97 |
| Contributions | 47,226.55 | 47,226.55 |
| Corporate Insurance | 19,096.17 | 19,096.17 |
| Dues & Subscriptions | 3,139.32 | 3,139.32 |
| Entertainment | 15,991.32 | 15,991.32 |
| Executive Salaries | 863,720.12 | 863,720.12 |
| FICA Tax Employer | 87,614.75 | 87,614.75 |
| FUTA | 2,588.18 | 2,588.18 |
| Gifts | 1,177.66 | 1,177.66 |
| Group life, health, disability | 155,798.25 | 155,798.25 |
| Hardware Automation | 20,232.21 | 20,232.21 |
| Internet Expense | 10,149.76 | 10,149.76 |
| IRA Employer Expense | 11,827.08 | 11,827.08 |
| Janitorial Service | 468.97 | 468.97 |
| Legal Expense | | |
| ESOP | 10,306.63 | 10,306.63 |
| Legal Expense - Other | 15,947.02 | 15,947.02 |
| **Total Legal Expense** | 26,253.65 | 26,253.65 |
| Licensing | 17,912.21 | 17,912.21 |
| Medicare Tax Employer | 31,805.38 | 31,805.38 |
| Misc Employee Benefits | 5,702.30 | 5,702.30 |
| Office Salaries | 1,020,424.45 | 1,020,424.45 |
| Office Supplies | 37,981.42 | 37,981.42 |
| Payroll Processing | 3,032.16 | 3,032.16 |
| Pest Control | 351.00 | 351.00 |
| Postage | 108,408.34 | 108,408.34 |
| Printed Materials | 32,925.56 | 32,925.56 |
| Rent | 45,525.00 | 45,525.00 |
| Repairs and Maintence | 3,650.91 | 3,650.91 |
| Seminar Expenses | 17,841.72 | 17,841.72 |

:50 PM
2/08/11
Accrual Basis

## JJZ Insurance Agency
## Profit & Loss YTD Comparison
### January through December 2010

| | Jan - Dec 10 | Jan - Dec 10 |
|---|---|---|
| Shared Office Salaries | 97,034.67 | 97,034.67 |
| Shredding | 959.25 | 959.25 |
| Software Automation | 44,628.10 | 44,628.10 |
| Storage | 422.25 | 422.25 |
| SUTA | 10,311.84 | 10,311.84 |
| Telephone | 20,978.58 | 20,978.59 |
| Temporary Labor | 33,848.54 | 33,848.54 |
| Travel | 69,741.19 | 69,741.19 |
| Underwriting Expense | 6,788.09 | 6,788.09 |
| Utilities | 9,252.64 | 9,252.64 |
| **Total DRP** | **4,601,648.94** | **4,601,648.94** |
| **IDT** | | |
| Accounting Services | 2,405.93 | 2,405.93 |
| Advertising | 20,109.85 | 20,109.85 |
| Advertising - Lampo | 597,160.00 | 597,160.00 |
| Auto Expense | 2,472.10 | 2,472.10 |
| Auto Lease | 4,790.88 | 4,790.88 |
| Bank Fees | 232.84 | 232.84 |
| Bonus | 19,775.00 | 19,775.00 |
| Building Repairs | 5,979.44 | 5,979.44 |
| Cell Phone | 1,736.27 | 1,736.27 |
| Commission Expense DS | 1,462,062.60 | 1,462,062.60 |
| Commission Expense JAZ | 175,000.07 | 175,000.07 |
| Contributions | 33,929.68 | 33,929.68 |
| Corporate Insurance | 16,944.27 | 16,944.27 |
| Dues & Subscriptions | 2,921.82 | 2,921.82 |
| Entertainment | 17,605.32 | 17,605.32 |
| FICA Tax Employer | 12,156.32 | 12,156.32 |
| FUTA | 56.00 | 56.00 |
| Gifts | 560.60 | 560.60 |
| Group life, health, dis | 14,193.28 | 14,193.28 |
| Hardware Automation | 14,820.20 | 14,820.20 |
| Internet Expense | 10,149.94 | 10,149.94 |
| Janitorial Service | 468.98 | 468.98 |
| Legal Expense | | |
| ESOP | 10,306.61 | 10,306.61 |
| Legal Expense - Other | 6,207.76 | 6,207.76 |
| **Total Legal Expense** | **16,514.37** | **16,514.37** |
| Licensing | 17,518.26 | 17,518.26 |
| Medicare Tax Employer | 2,748.05 | 2,748.05 |
| Misc Employee Benefits | 1,920.44 | 1,920.44 |
| Office Salaries | 211,891.22 | 211,891.22 |
| Office Supplies | 35,839.54 | 35,839.54 |
| Payroll Processing | 1,546.34 | 1,546.34 |
| Postage | 114,108.86 | 114,108.86 |
| Printed Materials | 27,607.93 | 27,607.93 |
| Rent | 34,275.00 | 34,275.00 |
| Repairs and Maintaince | 1,886.43 | 1,886.43 |
| Seminar Expenses | 14,775.14 | 14,775.14 |
| Shared Office Salaries | 44,900.00 | 44,900.00 |

Thompson 000239

:50 PM
2/09/11
ccrual Basis

## JJZ Insurance Agency
## Profit & Loss Y/D Comparison
### January through December 2010

|  | Jan - Dec 10 | Jan - Dec 10 |
|---|---|---|
| Shredding | 517.19 | 517.19 |
| Software Automation | 38,061.94 | 38,061.94 |
| Storage | 319.25 | 319.25 |
| SUTA | 243.01 | 243.01 |
| Telephone | 16,604.07 | 16,604.07 |
| Temporary Labor | 31,063.90 | 31,063.90 |
| Travel | 64,227.56 | 64,227.56 |
| Underwriting Expense | 4,501.27 | 4,501.27 |
| Utilities | 9,262.63 | 9,262.63 |
| **Total IDT** | **3,106,063.79** | **3,106,063.79** |
| JJZ Personal Expense | 0.00 | 0.00 |
| **Total Expense** | **7,707,712.73** | **7,707,712.73** |
| **Net Ordinary Income** | **12,671,874.11** | **12,671,874.11** |
| Other Income/Expense |  |  |
| Other Income |  |  |
| Interest Income | 1,946.95 | 1,946.95 |
| **Total Other Income** | **1,946.95** | **1,946.95** |
| **Net Other Income** | **1,946.95** | **1,946.95** |
| **Net Income** | **12,673,821.06** | **12,673,821.06** |

## JJZ Insur[ance] Agency
### Balance Sheet
#### As of December 31, 2010

| | Dec 31, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank of America | 377,744.82 |
| Bank of America - Payroll | 2,281.84 |
| JJZ Partnership Savings | 245,512.61 |
| Partnership Secure Savings | 3,168,534.48 |
| **Total Checking/Savings** | 3,794,073.55 |
| **Total Current Assets** | 3,794,073.55 |
| **Fixed Assets** | |
| Automation Equipment | 5,495.91 |
| Telephone System | 39,289.55 |
| **Total Fixed Assets** | 44,785.46 |
| **TOTAL ASSETS** | 3,838,859.01 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| A/P JJZ INC. | -4,367.72 |
| **Total Other Current Liabilities** | -4,367.72 |
| **Total Current Liabilities** | -4,367.72 |
| **Total Liabilities** | -4,367.72 |
| **Equity** | |
| Distribution - Cardinal | -4,681,571.00 |
| Distribution - Toxaway | -4,681,571.00 |
| Partner Capital - Cardinal | 266,284.00 |
| Partner Capital - Toxaway | 266,283.67 |
| Net Income | 12,673,821.06 |
| **Total Equity** | 3,843,246.73 |
| **TOTAL LIABILITIES & EQUITY** | 3,838,859.01 |

Thompson 000241

# EXHIBIT IV

Thompson 000242



# ESOP Deal Structure
# "Partnership First"

### May 9, 2011

All information ©2011, KSM Business Services, Inc.

**Our People : Your Success**

## KATZ, SAPPER & MILLER
### Certified Public Accountants

Thompson 000243

**"Partnership First" Deal Structure**

### STEP 1

1.     Trusts exchange *[47%]* partnership interest (JJZIA partnership) for 100% of ZGH (newly-formed holding company) stock

     1.1    ZGH - *[47%]* partner in JJZIA partnership

     1.2    Trusts - 100% shareholders of ZGH

     1.3    JJZIA partnership and ZGH enter into management services agreement (inclusive of all partnership employees), whereby all employees become ZGH employees

### STEP 2

2.     ZGH sponsors ESOP Plan, and ESOP enters into an acquisition

     2.1    ZGH issues <u>note</u> to Trusts, in exchange for Purchase Price $

           *(Purchase Price is appraised value, less $1.4 million for JJZ)*

     2.2    ESOP borrows Purchase Price $ from ZGH, issues <u>note</u>

           ("exempt loan") to ZGH

     2.3    Trusts take back Purchase Price $ from ESOP in exchange for

           100% of ZGH stock

### STEP 3

3.     ZGH acquires 100% of JJZ, Inc., issues <u>note</u> to Jeff Zander ($1.4 million)

     3.1    ZGH contributes assets of JJZ, Inc. to JJZIA partnership in exchange for *[2%]* interest in JJZIA partnership

*Note: relative percentages of value split between JJZ and JJZIA to be determined in appraisal*

Thompson 000244

# EXHIBIT V

Thompson 000245

## Key Variables in Estimating the Cost of Capital

| | | | | Value |
|---|---|---|---|---|
| **Yields** (Riskless Rates)[1] | | | | |
| *Long-term (20-year) U.S. Treasury Coupon Bond Yield* | | | | 4.1% |
| | | | | |
| **Equity Risk Premium**[2] | | | | |
| *Long-horizon expected equity risk premium (historical): large company stock total returns minus long-term government bond income returns* | | | | 6.7 |
| *Long-horizon expected equity risk premium (supply side): historical equity risk premium minus price-to-earnings ratio calculated using three-year average earnings* | | | | 6.0 |

### Size Premium[3]

| Decile | Market Capitalization of Smallest Company (in millions) | | Market Capitalization of Largest Company (in millions) | Size Premium (Return in Excess of CAPM) |
|---|---|---|---|---|
| Mid-Cap (3–5) | $1,776.756 | – | $6,793.876 | 1.20% |
| Low-Cap (6–8) | 478.102 | – | 1,775.966 | 1.98 |
| Micro-Cap (9–10) | 1.222 | – | 477.539 | 4.07 |
| | | | | |
| **Breakdown of Deciles 1–10** | | | | |
| 1-Largest | 15,273.943 | – | 314,622.574 | -0.38 |
| 2 | 6,895.258 | – | 15,079.529 | 0.81 |
| 3 | 3,714.445 | – | 6,793.876 | 1.01 |
| 4 | 2,512.137 | – | 3,710.985 | 1.20 |
| 5 | 1,778.756 | – | 2,509.152 | 1.81 |
| 6 | 1,214.679 | – | 1,775.966 | 1.82 |
| 7 | 772.795 | – | 1,212.260 | 1.88 |
| 8 | 478.102 | – | 771.789 | 2.65 |
| 9 | 235.725 | – | 477.539 | 2.94 |
| 10-Smallest | 1.222 | – | 235.647 | 6.36 |
| | | | | |
| **Breakdown of the 10th Decile** | | | | |
| 10a | 143.887 | – | 235.647 | 4.55 |
| 10w | 179.554 | – | 235.647 | 3.99 |
| 10x | 143.887 | – | 179.316 | 4.96 |
| 10b | 1.222 | – | 143.379 | 10.06 |
| 10y | 85.706 | – | 143.379 | 9.15 |
| 10z | 1.222 | – | 85.670 | 12.06 |

[1] As of December 31, 2010. Maturity is approximate.

[2] See chapter 5 for complete methodology.

[3] See chapter 7 for complete methodology.

Note: Examples on how these variables can be used are found in Chapters 3 and 4.

# SIC 64
Number of Companies 6
Insurance Agents, Brokers, and Service

| Sales (mil$) | |
| --- | --- |
| Total | 5,990.51 |
| Average | 998.75 |

**Three Largest Companies**

| | |
| --- | --- |
| Catalyst Health Solutions, Inc | 2,894.38 |
| Arthur J. Gallagher & Co | 1,779.38 |
| Brown & Brown, Inc | 957.99 |

**Three Smallest Companies**

| | |
| --- | --- |
| Intersections, Inc | 364.63 |
| United American Healthcare Corporation | 16.66 |
| Kingstone Companies Inc | 7.67 |

**Total Capital (mil$)**

| | |
| --- | --- |
| Total | |
| Average | |

**Three Largest Companies**

| | |
| --- | --- |
| Arthur J. Gallagher & Co | |
| Brown & Brown, Inc | |
| Catalyst Health Solutions, Inc | |

**Three Smallest Companies**

| | |
| --- | --- |
| Intersections, Inc | |
| Kingstone Companies Inc | |
| United American Healthcare Corporation | |

## Industry Description
This major group includes agents and brokers dealing in insurance, and also organizations offering services to insurance companies and to policyholders

## Sales, Income & Market Capitalization (bil$)

| | Sales | Operating Income | Net Income | Equity Capital | Debt Capital |
| --- | --- | --- | --- | --- | --- |
| Current Year | 5.98 | 0.55 | 0.34 | 6.43 | 0.86 |
| Last Year | 5.55 | 0.49 | 0.27 | 6.72 | 0.84 |
| 2 Years Ago | 4.74 | 0.59 | 0.37 | 7.29 | 0.67 |
| 3 Years Ago | 3.85 | 0.52 | 0.34 | 8.15 | 0.30 |
| 4 Years Ago | 3.77 | 0.48 | 0.22 | 7.53 | 0.41 |

## Distribution of Sales & Total Capital (mil$)

| | Distribution of Sales | | Total Capital |
| --- | --- | --- | --- |
| | Latest | 5-Yr Avg | Latest |
| 90th Percentile | 2,311.84 | 1,715.76 | 2,889.53 |
| 75th Percentile | 1,539.94 | 1,412.94 | 2,496.13 |
| Median | 666.25 | 593.31 | 744.79 |
| 25th Percentile | 103.65 | 83.68 | 37.84 |
| 10th Percentile | 12.16 | 13.61 | 9.25 |

## Growth Over Last 5 Years (%)

| | Net Sales | Operating Income | Net Income |
| --- | --- | --- | --- |
| Median | 6.50 | 3.54 | 18.03 |
| SIC Composite | 16.91 | -19.70 | -0.56 |
| Large Composite | | | |
| Small Composite | | | |

## Compound Annual Equity Return (%)

| | 5 Years | 10 Years |
| --- | --- | --- |
| 75th Percentile | 0.31 | 13.37 |
| Median | -7.76 | 3.81 |
| 25th Percentile | -18.60 | -2.34 |
| SIC Composite | 1.33 | 11.98 |
| Large Composite | | |
| Small Composite | | |

## Annualized Statistics for Last 10 Yrs (%)

| | Average Return | Std Deviation |
| --- | --- | --- |
| S&P 500 | 0.63 | 16.1 |
| SIC Composite | 14.47 | 24.3 |
| Large Composite | | |
| Small Composite | | |

## Cost of Equity Capital (%)

| | CAPM | CAPM + Size Prem | 3-Factor Fama-French | 1-Stage | 3-Stage |
| --- | --- | --- | --- | --- | --- |
| Median | 10.72 | 12.27 | 10.64 | 13.86 | 15.51 |
| SIC Composite | 9.33 | 11.16 | 9.82 | 16.65 | 15.70 |
| Large Composite | | | | | |
| Small Composite | | | | | |

Discounted Cash Flow

## Betas

| | Levered Raw Beta | Adjusted Beta |
| --- | --- | --- |
| | 0.85 | 0.92 |
| | 0.68 | 0.71 |

## Weighted Average Cost of Capital (%)

| | CAPM | CAPM + Size Prem | 3-Factor Fama-French | 1-Stage | 3-Stage |
| --- | --- | --- | --- | --- | --- |
| Median | 9.91 | 12.27 | 9.80 | 12.95 | 15.51 |
| SIC Composite | 8.61 | 10.28 | 9.05 | 15.13 | 14.28 |
| Large Composite | | | | | |
| Small Composite | | | | | |

Discounted Cash Flow

## Capital Structure Ratios (%)

| | Debt/Total Capital | | Debt/MV Equity |
| --- | --- | --- | --- |
| | Latest | 5-Yr Avg | Latest |
| | 14.21 | 16.28 | 16.77 |
| | 14.25 | 12.60 | 16.62 |

## Equity Valuation Ratios (Multiples)

| | Price/Earnings | | Market/Book | | Price/Sales | | Price/Cash Flow | | Price/Oper Income | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Latest | 5-Yr Avg | Latest | 5-Yr Avg | Latest | 5-Yr Avg | Latest | 5-Yr Avg | Latest | 5-Yr Avg |
| Median | 17.77 | 22.13 | 1.16 | 1.99 | 0.83 | 1.04 | 11.48 | 14.41 | 12.05 | 17.80 |
| SIC Composite | 20.56 | 22.07 | 2.37 | 2.97 | 1.17 | 1.53 | 12.59 | 13.97 | 12.77 | 13.57 |
| Large Composite | | | | | | | | | | |
| Small Composite | | | | | | | | | | |

## Dividend Yield

| (% of Price) | |
| --- | --- |
| Latest | 5-Yr Avg |
| 0.00 | |
| 2.43 | |

## Margins (%)

| | Oper Margin | | Net Margin | | Asset Turnover | | Return on Inv Cap | | Return on Assets | | Return on Equity | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Latest | 5-Yr Avg | Latest | 5-Yr Avg | Latest | 5-Yr Avg | Latest | 5-Yr Avg | Latest | 5-Yr Avg | Latest | 5-Yr Avg |
| Median | 2.74 | 4.47 | 4.97 | 4.72 | 57.93 | 62.66 | 8.99 | 10.16 | 5.57 | 3.96 | 12.87 | 14.19 |
| SIC Composite | 11.99 | 14.13 | 5.71 | 6.95 | 92.66 | 78.09 | 8.95 | 10.70 | 5.29 | 5.43 | 11.97 | 14.01 |
| Large Composite | | | | | | | | | | | | |
| Small Composite | | | | | | | | | | | | |

## Growth Rates

Analysts' Estimate

©2013 Morningstar. All Rights Reserved. Morningstar has noted the utmost care in compiling the data presented herein, but cannot guarantee the accuracy, completeness, or timeliness of the information.



# EXHIBIT VI

Thompson 000248

AJG Key Statistics | Arthur J. Gallagher & Co. Commo Stock - Yahoo! Finance

Page 1 of 2

# Arthur J Gallagher & Co. (AJG)

On Feb 28 **31.40** 0.00 (0.00%)

The website you a
continue to visit t        The website you

Want to know
more about AJG?

The website you

## Key Statistics

Get Key Statistics for:

| | | | GO |
|---|---|---|---|

Data provided by Capital IQ, except where noted

AdChoices

**Valuation Measures**

| | |
|---|---|
| Market Cap (intraday)[5] | 3.41B |
| Enterprise Value (Mar 1, 2011)[3] | 3.66B |
| Trailing P/E (ttm, intraday). | 18.88 |
| Forward P/E (fye Dec 31, 2012)[1] | 17.94 |
| PEG Ratio (5 yr expected)[1] | 2.14 |
| Price/Sales (ttm) | 1.84 |
| Price/Book (mrq): | 3.08 |
| Enterprise Value/Revenue (ttm)[3]. | 1.98 |
| Enterprise Value/EBITDA (ttm)[3] | 11.05 |

**Financial Highlights**

**Fiscal Year**

| | |
|---|---|
| Fiscal Year Ends | Dec 31 |
| Most Recent Quarter (mrq) | Dec 31, 2010 |

**Profitability**

| | |
|---|---|
| Profit Margin (ttm) | 9.38% |
| Operating Margin (ttm) | 13.04% |

**Management Effectiveness**

| | |
|---|---|
| Return on Assets (ttm) | 4.42% |
| Return on Equity (ttm). | 16.33% |

**Income Statement**

| | |
|---|---|
| Revenue (ttm) | 1.86B |
| Revenue Per Share (ttm) | 17.71 |
| Qtrly Revenue Growth (yoy) | 5.00% |
| Gross Profit (ttm) | 1.86B |
| EBITDA (ttm) | 332.80M |
| Net Income Avl to Common (ttm) | 163.30M |
| Diluted EPS (ttm) | 1.66 |
| Qtrly Earnings Growth (yoy) | 225.60% |

**Balance Sheet**

| | |
|---|---|
| Total Cash (mrq) | 249.60M |
| Total Cash Per Share (mrq) | 2.30 |
| Total Debt (mrq) | 550.00M |
| Total Debt/Equity (mrq) | 49.70 |
| Current Ratio (mrq) | 1.09 |
| Book Value Per Share (mrq) | 10.21 |

**Cash Flow Statement**

| | |
|---|---|
| Operating Cash Flow (ttm) | 231.60M |
| Levered Free Cash Flow (ttm) | 155.69M |

View Financials
Income Statement - Balance Sheet - Cash Flow

**Trading Information**

**Stock Price History**

| | |
|---|---|
| Beta: | 0.93 |
| 52-Week Change[3] | 30.72% |
| S&P500 52-Week Change[3] | 18.96% |
| 52-Week High (Feb 22, 2011)[3]. | 31.92 |
| 52-Week Low (May 6, 2010)[3]. | 22.63 |
| 50-Day Moving Average[3]. | 29.94 |
| 200-Day Moving Average[3] | 27.97 |

**Share Statistics**

| | |
|---|---|
| Avg Vol (3 month)[3] | 419,251 |
| Avg Vol (10 day)[3]. | 506,133 |
| Shares Outstanding[5] | 106.60M |
| Float | 106.40M |
| % Held by Insiders[5] | 1.37% |
| % Held by Institutions[5] | 77.20% |
| Shares Short (as of Feb 15, 2011)[3] | 1.96M |
| Short Ratio (as of Feb 15, 2011)[3] | 4.70 |
| Short % of Float (as of Feb 15, 2011)[3] | 2.00% |
| Shares Short (prior month)[3]. | 2.17M |

**Dividends & Splits**

| | |
|---|---|
| Forward Annual Dividend Rate[4] | 1.32 |
| Forward Annual Dividend Yield[4]. | 4.20% |
| Trailing Annual Dividend Yield[3] | 1.28 |
| Trailing Annual Dividend Yield[3] | 4.10% |
| 5 Year Average Dividend Yield[4] | N/A |
| Payout Ratio[4] | 77.00% |
| Dividend Date[3] | Apr 14, 2011 |
| Ex-Dividend Date[4] | Mar 29, 2011 |
| Last Split Factor (new per old)[2] | 2:1 |
| Last Split Date[3] | Jan 19, 2001 |

See Key Statistics Help for definitions of terms used

Abbreviation Guide: K = Thousands, M = Millions; B = Billions
mrq = Most Recent Quarter (as of Dec 31, 2010)
ttm = Trailing Twelve Months (as of Dec 31, 2010)
yoy = Year Over Year (as of Dec 31, 2010)
lfy = Last Fiscal Year (as of Dec 31, 2010)
fye = Fiscal Year Ending
[1] Data provided by Thomson
[2] Data provided by EDGAR Online
[3] Data derived from multiple sources or calculated by Yahoo! Finance
[4] Data provided by Morningstar, Inc
[5] Shares outstanding is taken from the most recently filed quarterly or annual report and Market Cap is calculated using shares outstanding
[6] Data provided by Computershare

Thompson 000249

AON Key Statistics | Aon Corporation Common Stock Stock - Yahoo! Finance

Page 1 of 2

## Aon Corporation (AON)

On Feb 28 **52.64** 0 00 (0 00%)

**30** Fidelity

The website you...    The website you...    The website you r
continue to visit t

### Key Statistics

Get Key Statistics for: [GO]

Data provided by Capital IQ, except where noted
**Valuation Measures**

AdChoices

| | |
|---|---|
| Market Cap (intraday)[5] | 17 88B |
| Enterprise Value (Mar 1, 2011)[3] | 21 21B |
| Trailing P/E (ttm, intraday) | 22 22 |
| Forward P/E (fye Dec 31, 2012)[1] | 13 53 |
| PEG Ratio (5 yr expected)[1] | 1 95 |
| Price/Sales (ttm) | 2 10 |
| Price/Book (mrq) | 2 17 |
| Enterprise Value/Revenue (ttm)[3] | 2 49 |
| Enterprise Value/EBITDA (ttm)[5] | 12 96 |

**Financial Highlights**

**Fiscal Year**

| | |
|---|---|
| Fiscal Year Ends: | Dec 31 |
| Most Recent Quarter (mrq) | Dec 31, 2010 |

**Profitability**

| | |
|---|---|
| Profit Margin (ttm) | 8 29% |
| Operating Margin (ttm) | 16 42% |

**Management Effectiveness**

| | |
|---|---|
| Return on Assets (ttm) | 3 38% |
| Return on Equity (ttm) | 11 05% |

**Income Statement**

| | |
|---|---|
| Revenue (ttm) | 8 51B |
| Revenue Per Share (ttm) | 29 06 |
| Qtrly Revenue Growth (yoy) | 42 00% |
| Gross Profit (ttm) | 7 60B |
| EBITDA (ttm) | 1 64B |
| Net Income Avl to Common (ttm) | 733 09M |
| Diluted EPS (ttm) | 2 37 |
| Qtrly Earnings Growth (yoy) | 16 70% |

**Balance Sheet**

| | |
|---|---|
| Total Cash (mrq) | 1 13B |
| Total Cash Per Share (mrq) | 3 33 |
| Total Debt (mrq) | 4 51B |
| Total Debt/Equity (mrq) | 54 25 |
| Current Ratio (mrq) | 1 12 |
| Book Value Per Share (mrq) | 24 29 |

**Cash Flow Statement**

| | |
|---|---|
| Operating Cash Flow (ttm) | N/A |
| Levered Free Cash Flow (ttm) | N/A |

View Financials
Income Statement - Balance Sheet - Cash Flow

**Trading Information**

**Stock Price History**

| | |
|---|---|
| Beta | 0 51 |
| 52-Week Change[3] | 28 45% |
| S&P500 52-Week Change[3] | 18 96% |
| 52-Week High (Feb 22, 2011)[3] | 53 05 |
| 52-Week Low (Jul 12, 2010)[3] | 35 10 |
| 50-Day Moving Average[3] | 47 96 |
| 200-Day Moving Average[3] | 42 35 |

**Share Statistics**

| | |
|---|---|
| Avg Vol (3 month)[3] | 2,431,490 |
| Avg Vol (10 day)[3] | 2,738,850 |
| Shares Outstanding[5] | 339 70M |
| Float | 320 56M |
| % Held by Insiders[5] | 8 53% |
| % Held by Institutions[5] | 80 90% |
| Shares Short (as of Feb 15, 2011)[3] | 4 56M |
| Short Ratio (as of Feb 15, 2011)[3] | 2 20 |
| Short % of Float (as of Feb 15, 2011)[3] | 1 70% |
| Shares Short (prior month)[3] | 3 81M |

**Dividends & Splits**

| | |
|---|---|
| Forward Annual Dividend Rate[4] | 0 60 |
| Forward Annual Dividend Yield[4] | 1 10% |
| Trailing Annual Dividend Yield[3] | 0 60 |
| Trailing Annual Dividend Yield[3] | 1 10% |
| 5 Year Average Dividend Yield[4] | 1 40% |
| Payout Ratio[4] | 25 90% |
| Dividend Date[3] | Feb 14, 2011 |
| Ex-Dividend Date[4] | Jan 28, 2011 |
| Last Split Factor (new per old)[2] | 3:2 |
| Last Split Date[3] | May 18, 1998 |

See Key Statistics Help for definitions of terms used

Abbreviation Guide: K = Thousands, M = Millions, B = Billions
mrq = Most Recent Quarter (as of Dec 31, 2010)
ttm = Trailing Twelve Months (as of Dec 31, 2010)
yoy = Year Over Year (as of Dec 31, 2010)
lfy = Last Fiscal Year (as of Dec 31, 2010)
fye = Fiscal Year Ending
[1] Data provided by Thomson
[2] Data provided by EDGAR Online
[3] Data derived from multiple sources or calculated by Yahoo! Finance
[4] Data provided by Morningstar, Inc
[5] Shares outstanding is taken from the most recently filed quarterly or annual report and Market Cap is calculated using shares outstanding
[6] Data provided by Computershare

Thompson 000250

BRO Key Statistics | Brown & Brown, Inc. Common Stoc Stock - Yahoo! Finance

Page 1 of 2

# Brown & Brown Inc. (BRO)

On Feb 28 25.14  0.00 (0.00%)

## Key Statistics

Get Key Statistics for:  **GO**

WARNII

Data provded by Capital IQ, except where noted

### Valuation Measures

| | |
|---|---|
| Market Cap (intraday)[5] | 3.73B |
| Enterprise Value (Mar 1, 2011)[3] | 3.72B |
| Trailing P/E (ttm, intraday) | 23.34 |
| Forward P/E (fye Dec 31, 2012)[1] | 18.22 |
| PEG Ratio (5 yr expected)[1] | 1.82 |
| Price/Sales (ttm) | 3.83 |
| Price/Book (mrq) | 2.48 |
| Enterprise Value/Revenue (ttm)[3] | 3.82 |
| Enterprise Value/EBITDA (ttm)[3] | 10.85 |

The website you are attempting to visit may vic
continue to visit the site or click cancel to not
logged an

User/Machine: STARFLEETW.owWebFilter\qust
IP: 10.3.10.11
Category: Banner/Web Ads
Blocked URL:

### Financial Highlights

#### Fiscal Year

| | |
|---|---|
| Fiscal Year Ends | Dec 31 |
| Most Recent Quarter (mrq) | Dec 31, 2010 |

#### Profitability

| | |
|---|---|
| Profit Margin (ttm) | 15.62% |
| Operating Margin (ttm) | 28.85% |

#### Management Effectiveness

| | |
|---|---|
| Return on Assets (ttm) | 7.54% |
| Return on Equity (ttm) | 11.25% |

#### Income Statement

| | |
|---|---|
| Revenue (ttm) | 973.49M |
| Revenue Per Share (ttm) | 7.06 |
| Qtrly Revenue Growth (yoy) | 6.90% |
| Gross Profit (ttm) | 967.88M |
| EBITDA (ttm) | 342.32M |
| Net Income Avl to Common (ttm) | 161.75M |
| Diluted EPS (ttm) | 1.12 |
| Qtrly Earnings Growth (yoy) | 35.90% |

#### Balance Sheet

| | |
|---|---|
| Total Cash (mrq) | 280.69M |
| Total Cash Per Share (mrq) | 1.97 |
| Total Debt (mrq) | 251.73M |
| Total Debt/Equity (mrq) | 16.71 |
| Current Ratio (mrq) | 1.39 |
| Book Value Per Share (mrq) | 10.55 |

#### Cash Flow Statement

| | |
|---|---|
| Operating Cash Flow (ttm) | N/A |
| Levered Free Cash Flow (ttm) | N/A |

View Financials
Income Statement - Balance Sheet - Cash Flow

### Trading Information

#### Stock Price History

| | |
|---|---|
| Beta | 0.61 |
| 52-Week Change[3] | 55.23% |
| S&P500 52-Week Change[3] | 18.86% |
| 52-Week High (Feb 18, 2011)[3] | 26.60 |
| 52-Week Low (May 6, 2010)[3] | 8.04 |
| 50-Day Moving Average[3] | 25.10 |
| 200-Day Moving Average[3] | 22.53 |

#### Share Statistics

| | |
|---|---|
| Avg Vol (3 month)[3] | 809,759 |
| Avg Vol (10 day)[3] | 572,917 |
| Shares Outstanding[5] | 142.79M |
| Float | 113.99M |
| % Held by Insiders[6] | 18.02% |
| % Held by Institutions[6] | 69.60% |
| Shares Short (as of Feb 15, 2011)[3] | 3.22M |
| Short Ratio (as of Feb 15, 2011)[3] | 4.70 |
| Short % of Float (as of Feb 15, 2011)[3] | 2.80% |
| Shares Short (prior month)[3] | 3.75M |

#### Dividends & Splits

| | |
|---|---|
| Forward Annual Dividend Rate[4] | 0.32 |
| Forward Annual Dividend Yield[4] | 1.20% |
| Trailing Annual Dividend Yield[3] | 0.32 |
| Trailing Annual Dividend Yield[3] | 1.20% |
| 5 Year Average Dividend Yield[4] | 1.30% |
| Payout Ratio[4] | 28.00% |
| Dividend Date[3] | Feb 15, 2011 |
| Ex-Dividend Date[4] | Jan 31, 2011 |
| Last Split Factor (new per old)[2] | 2:1 |
| Last Split Date[3] | Nov 29, 2005 |

See Key Statistics Help for definitions of terms used

Abbreviation Guide: K = Thousands; M = Millions; B = Billions
mrq = Most Recent Quarter (as of Dec 31, 2010)
ttm = Trailing Twelve Months (as of Dec 31, 2010)
yoy = Year Over Year (as of Dec 31, 2010)
lfy = Last Fiscal Year (as of Dec 31, 2010)
fye = Fiscal Year Ending
[1] Data provided by Thomson
[2] Data provided by EDGAR Online
[3] Data derived from multiple sources or calculated by Yahoo! Finance
[4] Data provided by Morningstar, Inc.
[5] Shares outstanding is taken from the most recently filed quarterly or annual report and Market Cap is calculated using shares outstanding
[6] Data provided by Computershare

# Marsh & McLennan Companies, Inc. (MMC)

On Feb 28 30.44 0.00 (0.00%)

**200 FREE TRADES**

## Key Statistics

Get Key Statistics for: [GO]

Data provided by Capital IQ, except where noted

AdChoices

### Valuation Measures

| | |
|---|---|
| Market Cap (intraday)[5] | 16.47B |
| Enterprise Value (Mar 1, 2011)[3] | 17.46B |
| Trailing P/E (ttm, intraday) | 19.50 |
| Forward P/E (fye Dec 31, 2012)[1] | 14.29 |
| PEG Ratio (5 yr expected)[1] | 1.41 |
| Price/Sales (ttm) | 1.56 |
| Price/Book (mrq) | 2.57 |
| Enterprise Value/Revenue (ttm)[3] | 1.66 |
| Enterprise Value/EBITDA (ttm)[3] | 13.40 |

### Financial Highlights

**Fiscal Year**

| | |
|---|---|
| Fiscal Year Ends | Dec 31 |
| Most Recent Quarter (mrq) | Dec 31, 2010 |

**Profitability**

| | |
|---|---|
| Profit Margin (ttm) | 8.10% |
| Operating Margin (ttm) | 8.90% |

**Management Effectiveness**

| | |
|---|---|
| Return on Assets (ttm) | 3.83% |
| Return on Equity (ttm) | 9.20% |

**Income Statement**

| | |
|---|---|
| Revenue (ttm) | 10.55B |
| Revenue Per Share (ttm) | 19.54 |
| Qtrly Revenue Growth (yoy) | 1.90% |
| Gross Profit (ttm) | 10.49B |
| EBITDA (ttm) | 1.30B |
| Net Income Avl to Common (ttm) | 549.00M |
| Diluted EPS (ttm) | 1.56 |
| Qtrly Earnings Growth (yoy) | 782.60% |

**Balance Sheet**

| | |
|---|---|
| Total Cash (mrq) | 1.89B |
| Total Cash Per Share (mrq) | 3.50 |
| Total Debt (mrq) | 3.03B |
| Total Debt/Equity (mrq) | 47.30 |
| Current Ratio (mrq) | 1.70 |
| Book Value Per Share (mrq) | 11.86 |

**Cash Flow Statement**

| | |
|---|---|
| Operating Cash Flow (ttm) | N/A |
| Levered Free Cash Flow (ttm) | N/A |

View Financials
Income Statement - Balance Sheet - Cash Flow

### Trading Information

**Stock Price History**

| | |
|---|---|
| Beta | 0.72 |
| 52-Week Change[3] | 30.42% |
| S&P500 52-Week Change[3] | 19.96% |
| 52-Week High (Feb 16, 2011)[3] | 31.08 |
| 52-Week Low (Jun 8, 2010)[3] | 20.21 |
| 50-Day Moving Average[3] | 28.59 |
| 200-Day Moving Average[3] | 25.95 |

**Share Statistics**

| | |
|---|---|
| Avg Vol (3 month)[3] | 2,783,070 |
| Avg Vol (10 day)[3] | 3,853,330 |
| Shares Outstanding[5] | 541.00M |
| Float | 539.97M |
| % Held by Insiders[6] | 0.22% |
| % Held by Institutions[6] | 82.00% |
| Shares Short (as of Feb 15, 2011)[3] | 9.84M |
| Short Ratio (as of Feb 15, 2011)[3] | 3.80 |
| Short % of Float (as of Feb 15, 2011)[3] | 1.90% |
| Shares Short (prior month)[3] | 12.27M |

**Dividends & Splits**

| | |
|---|---|
| Forward Annual Dividend Rate[4] | 0.84 |
| Forward Annual Dividend Yield[4] | 2.80% |
| Trailing Annual Dividend Yield[3] | 0.82 |
| Trailing Annual Dividend Yield[3] | 2.70% |
| 5 Year Average Dividend Yield[4] | 3.00% |
| Payout Ratio[4] | 81.00% |
| Dividend Date[3] | Feb 14, 2011 |
| Ex-Dividend Date[4] | Jan 26, 2011 |
| Last Split Factor (new per old)[2] | 2:1 |
| Last Split Date[3] | Jul 1, 2002 |

See Key Statistics Help for definitions of terms used
Abbreviation Guide: K = Thousands, M = Millions, B = Billions
mrq = Most Recent Quarter (as of Dec 31, 2010)
ttm = Trailing Twelve Months (as of Dec 31, 2010)
yoy = Year Over Year (as of Dec 31, 2010)
lfy = Last Fiscal Year (as of Dec 31, 2010)
fye = Fiscal Year Ending
[1] Data provided by Thomson
[2] Data provided by EDGAR Online
[3] Data derived from multiple sources or calculated by Yahoo! Finance
[4] Data provided by Morningstar, Inc
[5] Shares outstanding is taken from the most recently filed quarterly or annual report and Market Cap is calculated using shares outstanding
[6] Data provided by Computershare

Thompson 000252

# Willis Group Holdings Public Limited Company (WSH)

On Feb 26 38.89 0.00 (0.00%)


Fidelity

The website you...    The website you...    The website you a continue to visit i

## Key Statistic

Data provided by Capital IQ, except where noted

Get Key Statistics for: [ GO ]

AdChoices

### Valuation Measures

| | |
|---|---|
| Market Cap (intraday)[5] | 6.65B |
| Enterprise Value (Mar 1, 2011)[3] | 8.56B |
| Trailing P/E (ttm, intraday) | 14.62 |
| Forward P/E (fye Dec 31, 2012)[1] | 11.82 |
| PEG Ratio (5 yr expected)[1] | 1.25 |
| Price/Sales (ttm) | 1.99 |
| Price/Book (mrq) | 2.58 |
| Enterprise Value/Revenue (ttm)[3] | 2.57 |
| Enterprise Value/EBITDA (ttm)[3] | 9.40 |

### Financial Highlights

**Fiscal Year**

| | |
|---|---|
| Fiscal Year Ends | Dec 31 |
| Most Recent Quarter (mrq) | Dec 31, 2010 |

**Profitability**

| | |
|---|---|
| Profit Margin (ttm) | 13.63% |
| Operating Margin (ttm) | 22.85% |

**Management Effectiveness**

| | |
|---|---|
| Return on Assets (ttm) | 3.05% |
| Return on Equity (ttm) | 18.43% |

**Income Statement**

| | |
|---|---|
| Revenue (ttm) | 3.34B |
| Revenue Per Share (ttm) | 19.54 |
| Qtrly Revenue Growth (yoy) | 1.20% |
| Gross Profit (ttm) | 3.26B |
| EBITDA (ttm) | 911.33M |
| Net Income Avl to Common (ttm) | 465.00M |
| Diluted EPS (ttm) | 2.66 |
| Qtrly Earnings Growth (yoy) | 24.10% |

**Balance Sheet**

| | |
|---|---|
| Total Cash (mrq) | 316.00M |
| Total Cash Per Share (mrq) | 1.85 |
| Total Debt (mrq) | 2.27B |
| Total Debt/Equity (mrq) | 86.93 |
| Current Ratio (mrq) | 1.07 |
| Book Value Per Share (mrq) | 15.08 |

**Cash Flow Statement**

| | |
|---|---|
| Operating Cash Flow (ttm) | N/A |
| Levered Free Cash Flow (ttm) | N/A |

View Financials
Income Statement - Balance Sheet - Cash Flow

### Trading Information

**Stock Price History**

| | |
|---|---|
| Beta | 0.98 |
| 52-Week Change[3] | 26.90% |
| S&P500 52-Week Change[3] | 18.96% |
| 52-Week High (Feb 18, 2011)[3] | 39.73 |
| 52-Week Low (Aug 27, 2010)[3] | 28.91 |
| 50-Day Moving Average[3] | 37.29 |
| 200-Day Moving Average[3] | 33.29 |

**Share Statistics**

| | |
|---|---|
| Avg Vol (3 month)[3] | 827,883 |
| Avg Vol (10 day)[3] | 970,083 |
| Shares Outstanding[5] | 170.66M |
| Float | 157.69M |
| % Held by Insiders[6] | 2.27% |
| % Held by Institutions[6] | 88.80% |
| Shares Short (as of Feb 15, 2011)[3] | 3.28M |
| Short Ratio (as of Feb 15, 2011)[3] | 2.80 |
| Short % of Float (as of Feb 15, 2011)[3] | 2.00% |
| Shares Short (prior month)[3] | 2.48M |

**Dividends & Splits**

| | |
|---|---|
| Forward Annual Dividend Rate[4] | 1.04 |
| Forward Annual Dividend Yield[4] | 2.70% |
| Trailing Annual Dividend Yield[3] | 1.04 |
| Trailing Annual Dividend Yield[3] | 2.70% |
| 5 Year Average Dividend Yield[4] | 3.20% |
| Payout Ratio[4] | 39.00% |
| Dividend Date[3] | Apr 14, 2011 |
| Ex-Dividend Date[4] | Mar 29, 2011 |
| Last Split Factor (new per old)[2] | N/A |
| Last Split Date[3] | N/A |

See Key Statistics Help for definitions of terms used
Abbreviation Guide: K = Thousands, M = Millions, B = Billions
mrq = Most Recent Quarter (as of Dec 31, 2010)
ttm = Trailing Twelve Months (as of Dec 31, 2010)
yoy = Year Over Year (as of Dec 31, 2010)
lfy = Last Fiscal Year (as of Dec 31, 2010)
fye = Fiscal Year Ending
[1] Data provided by Thomson
[2] Data provided by EDGAR Online
[3] Data derived from multiple sources or calculated by Yahoo! Finance
[4] Data provided by Morningstar, Inc
[5] Shares outstanding is taken from the most recently filed quarterly or annual report and Market Cap is calculated using shares outstanding
[6] Data provided by Computershare

Case 3:17-cv-01187    Document 104-10    Filed 05/23/19    Page 129 of 137 PageID #: 6013

http://finance.yahoo.com/q/ks?s=WSH+Key+Statistics

Thompson 000253

## Willis Group Holdings Public Limited Company (WSH)

On Feb 28 **38.89** 0.0d (0.00%)

### Key Statistics

Get Key Statistics for: [ GO ]

Data provided by Capital IQ, except where noted.

AdChoices

**Valuation Measures**

| | |
|---|---|
| Market Cap (intraday)[5] | 6 65B |
| Enterprise Value (Mar 1, 2011)[3] | 8 56B |
| Trailing P/E (ttm, intraday). | 14 62 |
| Forward P/E (fye Dec 31, 2012)[1] | 11.82 |
| PEG Ratio (5 yr expected)[1] | 1.25 |
| Price/Sales (ttm) | 1.99 |
| Price/Book (mrq) | 2.58 |
| Enterprise Value/Revenue (ttm)[3] | 2 57 |
| Enterprise Value/EBITDA (ttm)[3] | 9 40 |

**Financial Highlights**

**Fiscal Year**

| | |
|---|---|
| Fiscal Year Ends | Dec 31 |
| Most Recent Quarter (mrq) | Dec 31, 2010 |

**Profitability**

| | |
|---|---|
| Profit Margin (ttm) | 13.63% |
| Operating Margin (ttm) | 22 95% |

**Management Effectiveness**

| | |
|---|---|
| Return on Assets (ttm) | 3 05% |
| Return on Equity (ttm) | 18 43% |

**Income Statement**

| | |
|---|---|
| Revenue (ttm) | 3 34B |
| Revenue Per Share (ttm) | 19 64 |
| Qtrly Revenue Growth (yoy) | 1.20% |
| Gross Profit (ttm) | 3 26B |
| EBITDA (ttm) | 911 33M |
| Net Income Avl to Common (ttm) | 455.00M |
| Diluted EPS (ttm). | 2 66 |
| Qtrly Earnings Growth (yoy) | 24 10% |

**Balance Sheet**

| | |
|---|---|
| Total Cash (mrq) | 316 00M |
| Total Cash Per Share (mrq) | 1 85 |
| Total Debt (mrq) | 2.27B |
| Total Debt/Equity (mrq) | 86 93 |
| Current Ratio (mrq) | 1 07 |
| Book Value Per Share (mrq) | 15 08 |

**Cash Flow Statement**

| | |
|---|---|
| Operating Cash Flow (ttm) | N/A |
| Levered Free Cash Flow (ttm) | N/A |

View Financials
Income Statement - Balance Sheet - Cash Flow

**Trading Information**

**Stock Price History**

| | |
|---|---|
| Beta | 0 98 |
| 52-Week Change[3] | 28 80% |
| S&P500 52-Week Change[3]. | 18 86% |
| 52-Week High (Feb 18, 2011)[3] | 39 73 |
| 52-Week Low (Aug 27, 2010)[3] | 28 81 |
| 50-Day Moving Average[3] | 37 29 |
| 200-Day Moving Average[3]. | 33 29 |

**Share Statistics**

| | |
|---|---|
| Avg Vol (3 month)[3] | 827,583 |
| Avg Vol (10 day)[3]. | 970,083 |
| Shares Outstanding[5] | 170 88M |
| Float | 157 69M |
| % Held by Insiders[5] | 2.27% |
| % Held by Institutions[5]. | 88 80% |
| Shares Short (as of Feb 15, 2011)[3] | 3 28M |
| Short Ratio (as of Feb 15, 2011)[3] | 2 80 |
| Short % of Float (as of Feb 15, 2011)[3] | 2 03% |
| Shares Short (prior month)[3] | 2 48M |

**Dividends & Splits**

| | |
|---|---|
| Forward Annual Dividend Rate[4]. | 1 04 |
| Forward Annual Dividend Yield[4] | 2 70% |
| Trailing Annual Dividend Yield[3] | 1 04 |
| Trailing Annual Dividend Yield[3] | 2 70% |
| 5 Year Average Dividend Yield[4] | 3 20% |
| Payout Ratio[4]. | 39.00% |
| Dividend Date[3]. | Apr 14, 2011 |
| Ex-Dividend Date[4] | Mar 28, 2011 |
| Last Split Factor (new per old)[2]. | N/A |
| Last Split Date[3]: | N/A |

See Key Statistics Help for definitions of terms used
Abbreviation Guide: K = Thousands, M = Millions, B = Billions
mrq = Most Recent Quarter (as of Dec 31, 2010)
ttm = Trailing Twelve Months (as of Dec 31, 2010)
yoy = Year Over Year (as of Dec 31, 2010)
lfy = Last Fiscal Year (as of Dec 31, 2010)
fye = Fiscal Year Ending
[1] Data provided by Thomson.
[2] Data provided by EDGAR Online
[3] Data derived from multiple sources or calculated by Yahoo! Finance
[4] Data provided by Morningstar, Inc
[5] Shares outstanding is taken from the most recently filed quarterly or annual report and Market Cap is calculated using shares outstanding
[5] Data provided by Computershare

Thompson 000254

## Pratt's Stats® Advanced Search Results    Prepared: 7/22/2010 10:41:57 AM (PST)

### Search Criteria

**Total transactions found meeting criteria: 15**
**Your search results are based upon this criteria:**

1. SIC Code ('6311', '6321', '6331')
2. Sale Date (1/16/2005 - 6/21/2010)

### Transaction Summary

| Statistic | Count | Range | Mean | Median | Coefficient of Variation |
|---|---|---|---|---|---|
| Sale Date | 15 | 1/26/2005 - 11/13/2009 | N/A | N/A | N/A |
| Net Sales | 15 | $2,799,921 - $553,828,000 | $78,078,163 | $30,707,000 | N/A |
| Market Value of Invested Capital (MVIC) | 15 | $1,000,000 - $401,086,000 | $101,952,374 | $39,625,000 | N/A |
| EBITDA | 9 | $18,312 - $77,945,000 | $15,442,770 | $5,424,922 | N/A |
| EBIT | 15 | ($96,690,000) - $76,924,000 | $7,659,541 | $4,994,000 | N/A |
| Net Income | 15 | ($97,998,000) - $111,086,000 | $8,909,292 | $3,284,000 | N/A |
| Gross Profit Margin | 15 | 1.000 - 1.000 | 1.000 | 1.000 | N/A |
| Operating Profit Margin | 15 | -4.254 - 2.259 | 0.045 | 0.175 | N/A |
| Net Profit Margin | 15 | -4.312 - 1.656 | -0.040 | 0.105 | N/A |
| MVIC/Net Sales | 15 | 0.224 - 15.015 | 2.442 | 0.945 | 1.554 |
| MVIC/Gross Profit | 15 | 0.224 - 15.015 | 2.442 | 0.945 | 1.554 |
| MVIC/EBIT | 12 | 1.000 - 16.021 | 6.442 | 5.466 | 0.683 |
| MVIC/EBITDA | 9 | 1.205 - 313.882 | 40.177 | 4.798 | 2.557 |
| MVIC/DiscEarnings | 1 | 14.155 | N/A | N/A | N/A |
| MVIC/Book Value of Invested Capital | 8 | 0.411 - 124.000 | 20.506 | 2.304 | 2.085 |

### Transactions

| No | SIC Code | Business Description | Market Value of Invested Capital | Sale Date | Net Sales | MVIC / Sales | MVIC / Disc Earnings | MVIC / EBITDA |
|---|---|---|---|---|---|---|---|---|
| 1 | 6311 | Issuance of Life and Annuity Policies | $13,500,000 | 12/31/2005 | $3,658,918 | 3.690 | N/A | 10.831 |
| 2 | 6311 | Sells Medical Discount Plans and Life and Health Insurance | $5,068,805 | 4/3/2006 | $2,873,207 | 1.764 | N/A | 4.798 |
| 3 | 6311 | Life Insurance | $37,500,000 | 1/31/2006 | $86,116,287 | 0.435 | N/A | 1.205 |
| 4 | 6311 | Life Insurance | $28,000,000 | 12/29/2006 | $30,707,000 | 0.912 | N/A | N/A |
| 5 | 6331 | Commercial Property and Casualty Insurance Broker | $5,747,806 | 1/26/2005 | $6,084,692 | 0.945 | N/A | 313.882 |
| 6 | 6331 | Insurance | $400,000,000 | 1/4/2006 | $196,639,000 | 2.034 | N/A | N/A |
| 7 | 6331 | Commercial Property, Casualty, and Surety Lines of Insurance | $40,394,000 | 10/3/2005 | $56,214,424 | 0.719 | N/A | 3.657 |
| 8 | 6331 | Property/Casualty Insurance Agency and Employee Benefits TPA | $6,200,000 | 2/15/2007 | $5,365,000 | 1.156 | 14.155 | 14.155 |
| 9 | 6331 | Property and Casualty Insurance Products | $39,625,000 | 1/30/2006 | $52,005,000 | 0.762 | N/A | 7.304 |
| 10 | 6331 | Cellular Insurance | $1,000,000 | 3/1/2007 | $2,799,921 | 0.357 | N/A | N/A |

Thompson 000255

| 11 | 6331 | Insurance Holding Company | $41,000,000 | 7/2/2007 | $62,545,000 | 0.656 | N/A | N/A |
|----|------|---------------------------|-------------|----------|-------------|-------|-----|-----|
| 12 | 6331 | Closed Reinsurance and Insurance Operations | $401,086,000 | 3/5/2008 | $67,099,000 | 5.978 | N/A | N/A |
| 13 | 6331 | Insurance and Reinsurance Company | $341,266,000 | 12/30/2008 | $22,729,000 | 15.015 | N/A | N/A |
| 14 | 6331 | Reinsurance Managing General Agent Writing Business on Behalf of Motors Insurance Corporation | $124,298,000 | 11/3/2008 | $553,828,000 | 0.224 | N/A | 1.595 |
| 15 | 6331 | Provides Property/Casualty Insurance and other Insurance Services | $44,600,000 | 11/13/2009 | $22,508,000 | 1.982 | N/A | 4.170 |

Copyright © 2010 Business Valuation Resources, LLC. All rights reserved. www.BVResources.com<sup>SM</sup>
(888) BUS-VALU, (503) 291-7963

Thompson 000256

## Pratt's Stats® Advanced Search Results   Prepared: 3/7/2011 2:42:50 PM (PST)

### Search Criteria
**Total transactions found meeting criteria: 5**
**Your search results are based upon this criteria:**

### Transaction Summary

| Statistic | Count | Range | Mean | Median | Coefficient of Variation |
|---|---|---|---|---|---|
| Sale Date | 5 | 1/31/2007 - 9/13/2010 | N/A | N/A | N/A |
| Net Sales | 5 | $14,381,000 - $906,684,000 | $236,058,375 | $79,317,360 | N/A |
| Market Value of Invested Capital (MVIC) | 5 | $24,971,000 - $225,488,000 | $109,561,200 | $57,201,000 | N/A |
| EBITDA | 3 | ($17,366,141) - $28,713,747 | $6,162,869 | $7,141,000 | N/A |
| EBIT | 5 | ($17,692,868) - $27,191,953 | $9,551,217 | $9,665,000 | N/A |
| Net Income | 5 | ($11,066,418) - $16,276,964 | $3,519,909 | $6,301,000 | N/A |
| Gross Profit Margin | 5 | 0.037 - 1.000 | 0.807 | 1.000 | N/A |
| Operating Profit Margin | 5 | -0.072 - 0.824 | 0.326 | 0.343 | N/A |
| Net Profit Margin | 5 | -0.072 - 0.505 | 0.120 | 0.007 | N/A |
| MVIC/Net Sales | 5 | 0.163 - 3.049 | 1.619 | 2.158 | 0.821 |
| MVIC/Gross Profit | 5 | 0.163 - 6.796 | 2.928 | 2.475 | 0.826 |
| MVIC/EBIT | 4 | 2.618 - 23.330 | 9.918 | 6.862 | 0.924 |
| MVIC/EBITDA | 2 | 6.139 - 6.837 | 6.488 | 6.488 | 0.076 |
| MVIC/DiscEarnings | 0 | | --No statistics available-- | | |
| MVIC/Book Value of Invested Capital | 5 | 0.812 - 56.036 | 12.358 | 1.659 | 1.976 |

### Transactions

| No | SIC Code | Business Description | Market Value of Invested Capital | Sale Date | Net Sales | MVIC / Sales | MVIC / Disc Earnings | MVIC / EBITDA |
|---|---|---|---|---|---|---|---|---|
| 1 | 6411 | Underwriting, Servicing and Distributing Non-Standard Automobile Insurance Policies | $196,305,000 | 1/31/2007 | $79,317,362 | 2.475 | N/A | 6.837 |
| 2 | 6411 | Insurance Underwriter | $57,201,000 | 2/23/2007 | $26,509,000 | 2.158 | N/A | N/A |
| 3 | 6411 | Sells Insurance and Fixed Annuity Products | $24,971,000 | 11/7/2007 | $153,400,511 | 0.163 | N/A | N/A |
| 4 | 6411 | Insurance Exchange | $43,841,000 | 1/2/2008 | $14,381,000 | 3.049 | N/A | 6.139 |
| 5 | 6411 | Pharmacy Benefit Management Company | $225,488,000 | 9/13/2010 | $906,684,000 | 0.249 | N/A | N/A |

Copyright © 2011 Business Valuation Resources, LLC. All rights reserved. www.BVResources.com[SM]
(888) BUS-VALU, (503) 291-7963

# EXHIBIT VII

Thompson 000258

## Best Practices
PREMIER AGENCY STUDY

2010 Best Practices Study
**Agencies with Revenues between $10,000,000 and $25,000,000**

| Profile | Revenues | Expenses | Profitability | Employee Overview | Producer Information | Service Staff Information | Technology | Insurance Carriers | Appendix |

Population Density / Corporate Structure / Shareholder Info  |  Parent Corporation

### Profile (of Agencies in this Study Group)

| A. Average Total Revenues: $15,821,895 | | | |
|---|---|---|---|
| B. Population Density of Metropolitan Areas Where Home Office is Located | Average | +25% Profit | +25% Growth |
| Less than 50,000 | 5 1% | 6.1% | 8.5% |
| 50,000 – 250,000 | 20.5% | 20.4% | 22.0% |
| 250,000 – 1,000,000 | 38.5% | 36.7% | 30.5% |
| More than 1,000,000 | 35.9% | 36 7% | 39 0% |
| C. Corporate Structure | | | |
| C | 20.5% | 20.4% | 22.0% |
| S | 56.4% | 59.2% | 54.2% |
| Partnership | 0.0% | 0.0% | 0.0% |
| LLC | 23.1% | 20.4% | 23.7% |
| Sole Proprietorship | 0.0% | 0.0% | 0.0% |
| Average Number of Agency Locations (Main Offices and Branch Offices) | 4.4 | 5.0 | 5.5 |
| # of States Offices are Located in | 1 4 | 1.3 | 1.6 |
| Agency has an ESOP | 15 4% | 20.0% | 10 0% |
| % of Stock Owned by ESOP | 63 1% | 56 8% | 84.0% |

| | Average | +25% Profit | +25% Growth |
|---|---|---|---|
| D. Shareholders | | | |
| Number of Shareholders (excl ESOP) | 8.3 | 7.3 | 5.5 |
| High | 32.0 | | |
| Low | 1.0 | | |
| E. Ownership Percentage | | | |
| % Owned by Largest Shareholder | 46.5% | 52.8% | 46.8% |
| High | 100.0% | | |
| Low | 11.0% | | |
| F. Shareholder Age | | | |
| Current Age of Largest Shareholder | 55.5 | 54.6 | 52 8 |



Next >

© 2010 by the Independent Insurance Agents & Brokers of America and Reagan Consulting  All Rights Reserved



2010 Best Practices Study
## Agencies with Revenues between $10,000,000 and $25,000,000



| Profile | Revenues | Expenses | Profitability | Employee Overview | Producer Information | Service Staff Information | Technology | Insurance Carriers | Appendix |

Rev. % By Source | Acquisition Info | Rev. by Account Concentration/Size | Rev Growth By Source: P&C L&H Total

### Revenues

| (% by Source) | Average | +25% Profit | +25% Growth |
|---|---|---|---|
| **Property & Casualty** | | | |
| Commercial Comm. & Fees | 60.3% | 59.6% | 43.9% |
| Bonds | 2.2% | 2.1% | 1.4% |
| Personal P&C | 13.9% | 14.6% | 19.1% |
| Value Added Services | 1.0% | 1.3% | 2.1% |
| Contingent/Bonus | 8.7% | 9.9% | 9.1% |
| Total P&C | 76.0% | 78.6% | 75.8% |

| (% by Source) | Average | +25% Profit | +25% Growth |
|---|---|---|---|
| **Life & Health / Financial** | | | |
| Group Medical Commissions & Fees | 14.7% | 11.1% | 14.2% |
| All Other Group Commissions & Fees | 4.6% | 4.7% | 5.4% |
| Individual L&H Commissions & Fees | 1.6% | 2.9% | 2.3% |
| Bonus/Overrides | 1.7% | 1.0% | 1.1% |
| Total L&H/Financial | 22.5% | 19.6% | 23.1% |
| Investments | 0.6% | 0.7% | 0.3% |
| Miscellaneous | 0.9% | 1.0% | 1.0% |
| Gross Revenues | 100.0% | 100.0% | 100.0% |
| Brokerage Commission Expense | 1.6% | 3.1% | 2.4% |
| Net Revenues | 96.4% | 96.9% | 97.6% |



< Back    Next >

© 2010 by the Independent Insurance Agents & Brokers of America and Reagan Consulting. All Rights Reserved.

Case 3:17-cv-01187   Document 104-10   Filed 05/23/19   Page 136 of 137 PageID #: 6020

Thompson 000260



2010 Best Practices Study
## Agencies with Revenues between $10,000,000 and $25,000,000

| Profile | Revenues | Expenses | Profitability | Employee Overview | Producer Information | Service Staff Information | Technology | Insurance Carriers | Appendix |

Compensation Expense | Selling Expenses | Operating Expense | Administrative Expense/Total Expenses | Expense Growth Over Prior Year

### Expenses (as % of Net Revenues)

| | Average | +25% Profit | +25% Growth |
|---|---|---|---|
| Compensation Expenses | | | |
| Payroll: Employee | 54.0% | 48.5% | 51.7% |
| Payroll: "Non-Employee" – 1099 Producers/Temp Help | 4.8% | 3.2% | 5.8% |
| Total Payroll | 58.8% | 51.6% | 57.5% |
| Benefits: Payroll Taxes | 3.1% | 3.1% | 3.0% |
| Benefits: Retirement | 1.6% | 1.8% | 0.9% |
| Benefits: Insurance | 3.2% | 3.0% | 2.6% |
| Benefits: Other | 0.7% | 0.0% | 0.2% |
| Total Benefits | 8.6% | 7.9% | 6.8% |
| Total Compensation | 67.3% | 59.6% | 64.2% |



< Back    Next >

©2010 by the Independent Insurance Agents & Brokers of America and Reagan Consulting. All Rights Reserved.

Thompson 000261