# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **EUGENE SCALIA**, Secretary of Labor, U.S. Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>**ZANDER GROUP HOLDINGS, INC.**;<br>**JEFFREY J. ZANDER**, an individual;<br>**STEPHEN M. THOMPSON**, an individual; and<br>**ZANDER GROUP HOLDINGS, INC.**<br>**EMPLOYEE STOCK OWNERSHIP PLAN**,<br><br>    Defendants. | Civil Action No. **3:17-cv-01187**<br><br>**Judge Campbell** |

## JOINT MEDIATION REPORT

The Parties participated in a mediation in this matter on December 3, 2019. While the parties have yet to reach a settlement, they will continue to informally discuss the possibility of resolution.

[SIGNATURES ON NEXT PAGE]

<div style="column-count:2">

　/s/ Sean C. Abouchedid, by permission
Sean C. Abouchedid
Lars C. Golumbic
GROOM LAW GROUP
CHARTERED
Attorneys for Defendants
Jeffrey J. Zander
and Zander Group Holdings, Inc.
1701 Pennsylvania Ave., N.W.,
Suite 1200
Washington, D.C. 20006
Email: *sabouchedid@groom.com*
　　　　*lgolumbic@groom.com*

Mark Stamelos
FORD HARRISON, LLP
Attorney and Local Counsel
for Defendants Jeffrey J. Zander
and Zander Group Holdings, Inc.
150 3rd Avenue South, Suite 2010
Nashville, Tennessee 37201
*mstamelos@fordharrison.com*


　/s/ Patrick DiCarlo, by permission
Patrick DiCarlo
THE DICARLO LAW FIRM
Attorney for Defendant
Stephen M. Thompson
1230 Peachtree Street, Suite 1900
Atlanta, Georgia 30309
*pat@dicarlolawfirm.com*

H. Douglas Hinson
Emily C. Hootkins
ALSTON & BIRD, LLP
Attorneys for Defendant
Stephen M. Thompson
One Atlantic Center
1201 Peachtree Street, N.W., Suite 4900
Atlanta, Georgia 30309
*doug.hinson@alston.com*
*emily.hootkins@alston.com*

KATE S. O'SCANNLAIN
Solicitor of Labor

STANLEY E. KEEN
Regional Solicitor

ROBERT M. LEWIS, JR.
Counsel

By:　/s/ Willow Eden Fort
DANE STEFFENSON
Senior Trial Attorney
WILLOW EDEN FORT
Attorney

Office of the Solicitor
U. S. Department of Labor
Attorneys for Plaintiff
618 Church Street, Suite 230
Nashville, Tennessee 37219

*steffenson.dane @dol.gov*
*fort.willow@dol.gov*
*graeber.rachel@dol.gov*
*ATL.FEDCOURT@dol.gov*

Matthew C. Lonergan
BRADLEY, ARANT, BOULT,
CUMMINGS, LLP
Attorney and Local Counsel for Defendant
Stephen M. Thompson
1600 Division Street, Suite 700
Nashville, Tennessee 37203
*mlonergan@bradley.com*

</div>

2