UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EUGENE SCALIA, <br> Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> ZANDER GROUP HOLDINGS, INC.; <br> JEFFREY J. ZANDER, an individual; <br> STEPHEN M. THOMPSON, an individual; and <br> ZANDER GROUP HOLDINGS, INC. <br> EMPLOYEE STOCK OWNERSHIP PLAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 3:17-cv-01187 <br><br><br> **Judge Campbell** <br> **Magistrate Judge Brown** |

## NOTICE OF COMPROMISE AND REQUEST TO STAY TRIAL DEADLINES

Plaintiff Eugene Scalia, Secretary of the United States Department of Labor, and Defendants Stephen M. Thompson, Jeffrey J. Zander, and Zander Group Holdings, Inc. (collectively, the "Parties") hereby provide notice to the Court that they have reached an agreement in principle to settle, resolve, and fully compromise all of the claims and defenses asserted in this case. The Parties are in the process of drafting and finalizing the documents necessary to effectuate the settlement agreement, and they anticipate filing a proposed consent order and judgment within the next 60 days.

Trial in this case is scheduled to begin on February 4, 2020. Additionally, pursuant to the Court's May 13, 2019 Order (Dkt. No. 89), the following pretrial deadlines are currently scheduled:

- January 13, 2020: Deadline to exchange trial exhibits, exchange deposition

designations, file motions in limine, and file motions objecting to expert testimony;

- January 20, 2020: Deadline to file trial exhibit lists, witness lists, stipulations, the joint proposed pretrial order, and responses to any motions in limine and motions objecting to expert testimony;

- January 27, 2020: Pretrial conference.

The Parties respectfully request a stay of the trial date and all pretrial deadlines in order to avoid incurring the significant time and expense of preparing for trial, and to avoid creating unnecessary work for the Court, while they are finalizing the settlement documents.

Dated: January 10, 2020          Respectfully submitted,

| | |
|---|---|
| __/s/ Lars C. Golumbic_____ | KATE S. O'SCANNLAIN |
| Lars C. Golumbic | Solicitor of Labor |
| Sean C. Abouchedid | |
| GROOM LAW GROUP | STANLEY E. KEEN |
| CHARTERED | Regional Solicitor |
| Attorneys for Defendants | |
| Jeffrey J. Zander | ROBERT M. LEWIS, JR. |
| and Zander Group Holdings, Inc. | Counsel |
| 1701 Pennsylvania Ave., N.W., | |
| Suite 1200 | By: __/s/ Willow Eden Fort_____ |
| Washington, D.C. 20006 | WILLOW EDEN FORT |
| lgolumbic@groom.com | RACHAEL LEVINSON GRAEBER |
| sabouchedid@groom.com | Attorneys |
| | |
| Mark Stamelos | Office of the Solicitor |
| FORD HARRISON, LLP | U.S. Department of Labor |
| Attorney and Local Counsel | Attorneys for Plaintiff |
| for Defendants Jeffrey J. Zander | 618 Church Street, Suite 230 |
| and Zander Group Holdings, Inc. | Nashville, Tennessee 37219 |
| 150 3rd Avenue South, Suite 2010 | fort.willow@dol.gov |
| Nashville, Tennessee 37201 | graeber.rachel@dol.gov |
| mstamelos@fordharrison.com | ATL.FEDCOURT@dol.gov |

___/s/_Patrick DiCarlo_____
Patrick DiCarlo
THE DICARLO LAW FIRM
Attorney for Defendant
Stephen M. Thompson
1230 Peachtree Street, Suite 1900
Atlanta, Georgia 30309
pat@dicarlolawfirm.com

Matthew C. Lonergan
BRADLEY, ARANT, BOULT,
CUMMINGS, LLP
Attorney and Local Counsel for Defendant
Stephen M. Thompson
1600 Division Street, Suite 700
Nashville, Tennessee 37203
mlonergan@bradley.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, a true and correct copy of the foregoing NOTICE OF COMPROMISE AND REQUEST TO STAY TRIAL DEADLINES was served via the Court's electronic case filing system upon the following:

H. Douglas Hinson
Emily Hootkins
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7590
Fax: (404) 253-8663
dhinson@alston.com
emily.hootkins@alston.com

Patrick C. DiCarlo
The DiCarlo Law Firm
1230 Peachtree Street, Suite 1900
Atlanta, GA 30309
Tel: (404) 942-3737
Fax: (404) 942-3737
pat@dicarlolawfirm.com

Matthew C. Lonergan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203-0025
Tel: (615) 244-2582
Fax: (615) 252-6322
mlonergan@babc.com

*COUNSEL FOR DEFENDANT
STEPHEN M. THOMPSON*

Dane Steffenson
Willow Eden Fort
U.S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 230
Nashville, TN 37219-2456
Tel: (615) 781-5330
Fax: (615) 781-5321
steffenson.dane@dol.gov
fort.willow@dol.gov

*COUNSEL FOR PLAINTIFF
R. ALEXANDER ACOSTA, SECRETARY
OF LABOR, UNITED STATES
DEPARTMENT OF LABOR*

　

*s/ Lars C. Golumbic*
Lars C. Golumbic